**CRIMINAL DOCKET**
**UNITED STATES DISTRICT COURT**

**92 - 00469**  **D 6**

D. C. Form No. 100A Rev.

| TITLE OF CASE | ATTORNEYS |
|---|---|
| THE UNITED STATES | For U. S |

THE UNITED STATES

*vs.*

J&C GLENN METZ a/k/a Shorty a/k/a Jeeper  12/15/93
(CTS. 1,2,4-6,9,10,21,22,29,39,40,44,47,50,53)
97-54 J&C DANIELLE BERNARD METZ a/k/a Boo  12/15/93
(CTS. 1,3-5,9,10,47,48,50,53)
J&C NOAH MOORE, JR. a/k/a June  12/15/93
(CTS. 1,4,43,44,49,51)
REF: J&C GERALD ELWOOD a/k/a Nap a/k/a Keith McCoy  12/15/93
(CTS. 1,4,8,11-13,16-20,24-35,37,38,43,44)
REF: J&C GENNERO ARTHUR a/k/a Meatball  12/15/93
(CTS. 1,4,8,14,15,24-28)
J&C MARLO HELMSTETTER a/k/a Lo  12/15/93
(CTS. 1,4,23-28,30-36)

**(CONTINUED)**

For U. S

AUSA Ma___n Gainey Mitchell T.A.
~~AUSA Peter M. Thomson~~
AUSA Walter F. Becker, Jr.
501 Magazine, 2nd Fl.
Hale Boggs Federal Bldg.
New Orleans, LA.  70130
(504) 589-2921

For Defendant:

**SEE SEPARATE LISTING**

C.A. 97-558
97-1388
97-1249

REF: C.A. 98-1743
REF: C.A. 98-2131
REF: CA 98-3822
REF: CA 99-2140

| STATISTICAL RECORD | COSTS | DATE | NAME OR RECEIPT NO. | REC. | DISB. |
|---|---|---|---|---|---|
| J.S. 2 mailed | Clerk | | | | |
| J.S. 3 mailed | Marshal | | | | |
| Violation | Docket fee | | | | |
| Title | | | | | |
| Sec. | | | | | |

REF: 99-2822

| DATE | | PROCEEDINGS |
|---|---|---|
| 8/7/92 | 1 | **INDICTMENT. (ALL DEFTS)** |
| 8/7/92 | 2 | GRAND JURY RETURN: ORDERED that capias' be issd for defts G. Metz, D. Metz, Moore, Arthur, C. Metz & Sterling. Further that no action is necessary for defts Elwood, Helmstetter, Tolliver & Lawrence. (6 capias issd) **(REF ALL DEFTS)** |
| 8/7/92 | 3 | Govt's mtn & ORDER that matter be SEALED. (MAG. MOORE) dktd 8/14/92. **(ALL DEFTS)** |
| 8/10/92 | 4 | Govt's petn & ORDER that writ of H/C ad pros be issd to Warden, LA Training Institute to release deft Marlo Helmstetter to USM for initial app on **8/12/92 10:00am** bfr Mag Chasez & to stay in USM custody until trial. (MAG. CHASEZ) (1 writ issd) dktd 8/14/92. **(HELMSTETTER)** |

**(OVER)**

| DATE | | PROCEEDINGS |
|------|---|-------------|
| 8/10/92 | 5 | M.E. 8/10/92: **INITIAL APP:** Deft to retain counsel. Deft remanded to USM custody. **ARR & DETENTION HRG** are both set for **8/13/92 2:00pm** w/Mag Chasez. **HRG TO DETERMINE COUNSEL** is set for **8/11/92 2:00pm** w/Mag Chasez. (MAG. CHASEZ) dktd 8/14/92. **(MOORE)** |
| 8/10/92 | 6 | M.E. 8/10/92: **INITIAL APP:** Deft to retain counsel. Deft remanded to USM custody. **ARR & DETENTION HRG** are both set for **8/13/92 2:00pm** w/Mag Chasez. **HRG TO DETERMINE COUNSEL** is set for **8/11/92 2:00pm** w/Mag Chasez. (MAG. CHASEZ) dktd 8/14/92. **(STERLING)** |
| 8/11/92 | 7 | M.E. 8/10/92: On Govt's oral mtn, ORDERED that a ntc be sent to defts Elwood, Tolliver & Lawrence to appear on **8/20/92 10:00am** w/Mag Fonseca. Further that a sms be issd for deft Helmstetter. (MAG. CHASEZ) dktd 8/14/92. (1 sms issd) **ELWOOD, TOLLIVER, LAWRENCE & HELMSTETTER)** |
| 8/12/92 | 8 | USM return of sms issd to deft Helmstetter - ret unexec. **(HELMSTETTER)** |
| 8/13/92 | 9 | M.E. 8/11/92: **HRG TO DETERMINE COUNSEL** held this date w/Mag Chasez. Attys Packard E Phillips & Sonny Garcia notified Court that they would be representing defts Moore & Sterling respectively for **detention hrg only** & requested that another hrg to determine counsel be set. ORDERED that another **HRG TO DETERMINE COUNSEL** be set for **8/20/92 2:00pm** w/Mag Fonseca. Defts remanded to USM custody. (MAG. CHASEZ) dktd 8/14/92. **(MOORE & STERLING)** |
| 8/13/92 | 10 | M.E. 8/12/92: On oral mtn of Govt, ORDERED that matter be **UNSEALED** & that capias be issd for arrest of defts Tolliver & Lawrence. (MAG. CHASEZ) dktd 8/14/92. ( 2 capias issd) **(TOLLIVER & LAWRENCE)** |
| 8/13/92 | 11 | Govt's petn & ORDER that writ of H/C ad pros be issd to Warden, Calcasieu Correctional Center to release deft Troy Lawrence to custody of USM for initial app on **8/19/92 9:00am** w/Mag Fonseca & thereafter to remain in USM custody until trial. (MAG. CHASEZ) dktd 8/14/92. (1 writ issd) **(LAWRENCE)** |
| 8/13/92 | 12 | Govt's petn & ORDER that writ of H/C ad pros be issd to Warden, Calcasieu Correctional Center to release deft Tolliver to custody of USM for initial app on **8/19/92 9:00am** w/Mag Fonseca & thereafter to remain in USM custody until trial. (MAG. CHASEZ) dktd 8/14/92. (1 writ issd) **(TOLLIVER)** |
| 8/13/92 | 13 | USM return of capias exec upon defts Moore & Sterling on 8/10/92. **(MOORE & STERLING)** |
| 8/13/92 | 14 | M.E. 8/12/92: **INITIAL APP:** Deft to retain Donald Foret as counsel. Deft remanded to USM custody. **ARR & DETENTION HRG** are both set for **8/17/92 2:00pm** w/Mag Fonseca & deft to appear w/counsel at said hrgs. (MAG. CHASEZ) dktd 8/14/92. **(HELMSTETTER)** |
| 8/13/92 | 15 | M.E. 8/13/92: **DETENTION HRG:** Deft not entitled to release for reasons given & committed to custody of A/G. Stips as listed. (MAG. CHASEZ) dktd 8/14/92. **(STERLING)** |
| 8/13/92 | 16 | M.E. 8/13/92: **DETENTION HRG:** Deft not entitled to release for reasons given & committed to custody of A/G. Stips as listed. (MAG. CHASEZ) dktd 8/14/92. **(MOORE)** |

**(CONTINUED)**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

AO 256A ⊕

USA vs METZ, ET AL

CR. 92-

Yr. | Dock

| DATE | PROCEEDINGS (continued) | V. EXCLUDAE |
|------|-------------------------|-------------|
| | (Document No.) | (a) \| (b) |
| 8/13/92 | 17    Ntc of **ARR** of defts is set for **8/20/92 10:00am** w/Mag Fonseca. **(ELWOOD, TOLLIVER & LAWRENCE)** | |
| 8/14/92 | 18    Ntc of **ARR** of deft is set for **8/17/92 2:00pm** w/Mag Fonseca. **(HELMSTETTER)** | |
| 8/14/92 | 19    Ntc of **ARR** of defts is set for **8/20/92 2:00pm** w/Mag Fonseca. **(STERLING & MOORE)** | |
| 8/17/92 | 20    M.E. 8/14/92: **INITIAL APP:** Deft to retain counsel. **ARR, HRG TO DETERMINE COUNSEL & DETENTION HRG** are all set for **8/17/92 2:00pm** w/Mag Fonseca. Deft remanded to USM custody. (MAG. CHASEZ) dktd 8/17/92. **(C. METZ)** | |
| 8/17/92 | 21    Magistrate papers rec from USDC, District of Nevada. **(G. METZ)** | |
| 8/18/92 | 22    M.R. of capias exec upon deft 8/14/92. **(C. METZ)** | |
| 8/17/92 | 21a    ORDER appting FPD to rep deft during matter. (MAG. FONSECA) dktd 8/19/92. **(HELMSTETTER)** | |
| 8/18/92 | 23    M.E. 8/17/92: **ARR & DETENTION HRG** set for this date. Atty Foret informed Court he will not rep deft in this matter. Deft req court-appt counsel & FPD appt to rep same. **ARR & DETENTION HRG** are reset for **8/20/92 2:00pm** w/Mag Fonseca. Deft remanded to USM custody. (MAG. FONSECA) dktd 8/19/92. **(HELMSTETTER)** | |
| 8/18/92 | 24    M.E. 8/17/92: **ARR & DETENTION HRG** set for this date. Deft advised Court that atty Stephen London will rep him. ORDERED that the **ARR & DETENTION HRG** are reset for **8/20/92 2:00pm** w/Mag Fonseca. Deft remanded to USM custody. (MAG. FONSECA) dktd 8/19/92. **(C. METZ)** | |
| 8/19/92 | 25    M.E. 8/19/92: **INITIAL APP:** Deft to retain counsel. **ARR** is set for **8/21/92 2:00pm** w/Mag Fonseca & detention hrg will be held when deft is released from State custody into federal custody on these charges. Deft remanded to USM custody. (MAG. FONSECA) dktd 8/20/92. **(LAWRENCE)** | |
| 8/19/92 | 26    M.E. 8/19/92: **INITIAL APP:** Deft req court-appt counsel & FPD appt. **ARR** is set for **8/21/92 2:00pm** w/Mag Fonseca & detention hrg will be held when deft is released from State custody into federal custody on these charges. Deft remanded to USM custody. (MAG. FONSECA) dktd 8/20/92. **(TOLLIVER)** | |

**(OVER)**

'ATES DISTRICT COURT
**DOCKET**

256A

| | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 2 | 27 | ORDER appting FPD to rep deft in this matter. (MAG. FONSECA) 8/19/92 dktd 8/20/92. **(TOLLIVER)** | | | | |
| 2 | 28 | M.R. of capias issd for deft G. Metz, exec 8/10/92. **(G. METZ)** | | | | |
| 2 | 29 | M.E. 8/20/92: **ARR:** Atty Garcia for arr hrg only. Deft pled not guilty to all cts & given 10 days to plead. Deft remanded to USM custody. **PTC** is set for 9/23/92 **5:00pm** w/Judge & **TRIAL** is set for **10/5/92 8:00am** w/Judge. (MAG. FONSECA) dktd 8/21/92. **(MOORE)** | | | | |
| 2 | 30 | M.E. 8/20/92: **INITIAL APP:** Atty Herbert Larson for this hrg only. Deft req court-appt counsel & FPD appt to rep same. Deft remanded to USM custody. **ARR** held. **DETENTION HRG** will be held if deft is released from state custody. (MAG. FONSECA) dktd 8/21/92. **(ELWOOD)** | | | | |
| 2 | 31 | M.E. 8/20/92: **ARR:** Deft signed waiver of assistance of counsel for arr only. Deft pled not guilty to all cts & given 10 days to plead. Deft remanded to USM custody. **PTC** is set for 9/23/92 5:00pm w/Judge & **TRIAL** is set for **10/5/92 8:00am** w/Judge. (MAG. FONSECA) dktd 8/21/92. **(ELWOOD)** | | | | |
| 2 | 32 | M.E. 8/20/92: **ARR:** Deft pled not guilty to all cts & given 10 days to plead. Deft remanded to USM custody. Govt's oral mtn for detention hrg is granted & will be held when deft is released from state custody. **PTC** is set for **9/23/92 5:00pm** w/Judge & **TRIAL** is set for **10/5/92 8:00am** w/Judge. (MAG. FONSECA) dktd 8/21/92. **(HELMSTETTER)** | | | | |
| 2 | 33 | M.E. 8/20/92: **ARR:** Atty Packard Phillips will be rep deft in this matter. Deft pled not guilty to all cts & given 10 days to plead. Deft remanded to USM custody. **PTC** is set for **9/23/92 5:00pm** w/Judge & **TRIAL** is set for **10/5/92 8:00am** w/Judge. (MAG. FONSECA) dktd 8/21/92. **(STERLING)** | | | | |
| 2 | 34 | ORDER appting atty Bernard E Burk to rep deft in this matter. (MAG. FONSECA) 8/19/92 dktd 8/21/92. **(TOLLIVER)** | | | | |
| '2 | 35 | ORDER appting FPD to rep deft in this matter. (MAG FONSECA) 8/20/92 dktd 8/21/92. **(ELWOOD)** | | | | |
| '2 | 36 | M.E. 8/20/92: Detention hrg & arr was set for this date. Deft's mother advised Court she will retain counsel for deft. ORDERED that **DETENTION HRG & ARR** are cont to **8/24/92 2:00pm** w/Mag Africk. Deft remanded to USM custody. (MAG. FONSECA) dktd 8/21/92. **(C. METZ)** | | | | |
| | | (CONTINUED) | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

MASTER DOCKET SHEET    PAGE 3

USA vs G. METZ, ET AL

AO 256A ®

CR. 92-469 "D"

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| | (Document No.) | | | | |
| 8/27/92 | 37  M.E. 8/24/92: **DETENTION HRG**: Witnesses sworn. Deft not entitled to release & committed to custody of A/G. FPD appt to rep Rose Metz. (MAG. CHASEZ) dktd 8/24/92. **(C. METZ)** | | | | |
| 8/27/92 | 38  M.E. 8/21/92: **ARR** was set for this date. FPD Mulvehill req matter be cont as new atty Frank Sloan was out of town. Deft Troy Lawrence also req a continuance of arr as he is trying to obtain atty. ORDERED that the **ARR** of these defts is cont to **8/25/92 2:00pm** w/Mag Africk. Defts remanded to USM custody. (MAG. FONSECA) dktd 8/27/92  **(TOLLIVER & LAWRENCE)** | | | | |
| 8/27/92 | 39  Appointment of & authority to pay John Musser, IV as Court appointed counsel for deft. (MAG. FONSECA) 8/21/92 dktd 8/28/92.  **(HELMSTETTER)** | | | | |
| 8/27/92 | 40  Appointment of & authority to pay Frank sloan as Court appointed counsel for deft. (MAG. FONSECA) 8/19/92 dktd 8/28/92. **(TOLLIVER)** | | | | |
| 8/28/92 | 41  M.E.(8/27/92): Arraignment held- deft advised of max penalty. Deft pleads not guilty to all cts & given 10 days to file special pleadings. Deft remanded to custody of USM. PTC set for 9/23/92 at 5:00pm bfr Judge & TRIAL set for 10/5/92 at 8:00am bfr Judge. (MAG. MOORE) dktd 8/28/92. **(LAWRENCE)** | | | | |
| 8/28/92 | 42  M.E. 8/28/92: **HRG TO DETERMINE COUNSEL** was set for this date. Atty George Simno req a continuance as he is considering enrolling as counsel for deft. ORDERED that the **HRG TO DETERMINE COUNSEL** is reset for **9/2/92 2:00pm** w/Mag Wynne. Deft remanded until further order. (MAG. CHASEZ) dktd 8/31/92.**(MOORE)** | | | | |
| 8/28/92 | 43  M.E. 8/24/92: **ARR** was set for this date. Deft has been unable to retain counsel. ORDERED that a **RULE TO DETERMINE COUNSEL & ARR** are both set for **8/28/92 2:00pm**. Deft remanded to USM custody. (MAG. CHASEZ) dktd 8/31/92. **(C. METZ)** | | | | |
| 8/28/92 | 44  Apptment of FPD to rep witness Rose Metz for deft's detention hrg only. (MAG. CHASEZ) 8/24/92 dktd 8/31/92. **(C. METZ)** | | | | |
| 8/28/92 | 45  ORDERED that deft be given listed medical treatment by 8/29/92. (MAG. CHASEZ) dktd 8/31/92.**(C. METZ)** | | | | |
| 8/28/92 | 46  ORDERED that deft is allowed to use phone from 8/28/92 thru 9/4/92 at listed hrs. (MAG. CHASEZ) dktd 8/31/92. **(C. METZ)** | | | | |

**(OVER)**

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 8/28/92 | 47 | M.E. 8/27/92: **ARR:** Deft pled not guilty to all cts & given 10 days to plead. Deft remanded to USM custody. **PTC** is set for **9/23/92 5:00pm** w/Judge & **TRIAL** is set for **10/5/92 8:00am** w/Judge. (MAG. AFRICK) dktd 8/31/92 **(TOLLIVER)** | | | | |
| 8/31/92 | 48 | ORDER appting FPD to rep deft. Further ORDERED that deft pay to Clerk the amt of $450.00 for services of counsel w/in 10 days. (MAG. MOORE) 8/27/92 dktd 8/31/92. **(LAWRENCE)** | | | | |
| 8/31/92 | 49 | Appt of Robert F Fleming Jr. to rep deft in this matter. (MAG. MOORE) 8/27/92 dktd 8/31/92. **(LAWRENCE)** | | | | |
| 8/31/92 | 50 | Appt of Patrick Fanning to rep deft in this matter. (MAG. FONSECA) 8/20/92 dktd 8/31/92. **(ELWOOD)** | | | | |
| 9/1/92 | 51 | M.R. of Mag's order of 8/28/92 svd upon Warden of CCC 8/28/92. **(C. METZ)** | | | | |
| 9/1/92 | 52 | M.R. of Mag's order for medical treatment for deft svd upon Sheriff Foti on 8/28/92. **(C. METZ)** | | | | |
| 9/1/92 | 53 | M.E. 8/25/92: **ARR** of defts' was set for this date. ORDERED that the **ARR** of defts' is cont to **8/27/92 2:00pm** w/Mag Africk. (MAG. AFRICK) dktd 9/1/92. **(LAWRENCE & TOLLIVER)** | | | | |
| 8/31/92 | 50a | Mtn of deft & ORDER permitting same to adopy any mtns filed by any other co-defts in this matter. (AJM) 9/1/92 dktd 9/2/92. **(STERLING)** | | | | |
| 9/3/92 | 54 | M.E. 8/28/92: **ARR, DETENTION HRG & HRG TO DETERMINE COUNSEL** was set for this date. Deft still unable to obtain counsel. ORDERED that the **ARR & RULE TO DETERMINE COUNSEL** is now set for **9/2/92 2:00pm** w/Mag Wynne. Govt presented a prima facie case & detention hrg was held. Deft ordered detained w/out bond. Deft remanded to USM custody until further orders. (MAG. CHASEZ) dktd 9/3/92 **(C. METZ)** | | | | |
| 9/3/92 | 55 | M.E. 9/1/92: **INITIAL APP:** Deft req court-appt counsel & FPD appt to rep same. **ARR & HRG TO DETERMINE COUNSEL** is set for **9/2/92 2:00pm** w/Mag Wynne. **DETENTION HRG** can be reopened on **9/2/92 2:00pm** w/Mag Wynne. Deft remanded to USM custody. (MAG. WYNNE) dktd 9/4/92. **(G. METZ)** | | | | |
| | | (CONTINUED) | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|--|--|--|--|--|

MASTER COEKT SHEET   PAGE 4

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA vs G. METZ, ET AL

AO 256A ⊕

CR. 92-469 "D"

| | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|----|-------------------------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 9/3/92 | 56 | ORDER appting FPD to rep deft in this matter. (MAG. WYNNE) 9/1/92 dktd 9/4/92. **(G. METZ)** | | | | |
| 9/3/92 | 57 | Mtn of deft & ORDER granting deft an addl 5 days to file special pleadings after his mtn for disc and/or Local Rule 3.11 conf has been completed. (AJM) dktd 9/4/92. **(STERLING)** | | | | |
| 9/4/92 | 58 | M.E. 9/2/92: **HRG TO DETERMINE COUNSEL, ARR & DETENTION HRG** was set for this date. Atty Stephen London to rep deft for this matter only. Deft does not wish to reopen detention hrg. **HRG TO DETERMINE COUNSEL & ARR** are reset for **9/8/92 2:00pm** w/Mag. Lemelle. Deft remanded to USM custody. (MAG. WYNNE) dktd 9/4/92. **(G. METZ)** | | | | |
| 9/4/92 | 59 | M.E. 9/2/92: **HRG TO DETERMINE COUNSEL** was set for this date. ORDERED that matter is cont to **9/4/92 2:00pm** w/ Mag Wynne. Defts remanded to USM custody. (MAG. WYNNE) dktd 9/4/92. **(C. METZ & MOORE)** | | | | |
| 9/4/92 | 60 | Partial USM ret of writ of H/C ad pros for Warden of Calcasieu Correction Center to release deft Troy Lawrence to USM custody exec 8/18/92. **(LAWRENCE)** | | | | |
| 9/4/92 | 61 | Partial USM ret of writ of H/C ad pros for Warden at Calcasieu Correctional Center to release Sylvester Tolliver to USM custody, exec 8/18/92. **(TOLLIVER)** | | | | |
| 9/8/92 | 62 | ORDER appting FPD to rep deft. Deft to reimburse FPD in full if the Govt finds him able. (MAG. WYNNE) 9/2/92 dktd 9/8/92. **(C. METZ)** | | | | |
| 9/8/92 | 63 | Magistrate papers from District of NV. **(G. METZ)** | | | | |
| 9/4/92 | 61a | Mtn of deft & ORDER extending deadline an addtl 20 days to file special pleadings. (AJM) 9/9/92 dktd 9/9/92. **(HELMSTETTER)** | | | | |
| 9/8/92 | 64 | M.E. 9/4/92: **HRG TO DETERMINE COUNSEL** held this date. Atty George Simno advised Court that he will rep deft Moore. Deft C. Metz req court appt counsel. FPD appt to rep deft. If Govt finds that deft has the means, deft is to reimburse FPD fully. **ARR** of deft **C. METZ** is set for **9/11/92 10:00am** w/Mag Wynne. Defts remanded to USM custody. (MAG. WYNNE) dktd 9/9/92. **(C. METZ & MOORE)** | | | | |
| 9/8/92 | 65 | M.E. 9/8/92: **ARR:** Deft pled not guilty to all cts & given 10 days to plead. Deft remanded to USM custody. **HRG TO DETERMINE COUNSEL** is set for **9/11/92 2:00pm** w/Mag Wynne. **PTC** is set for **9/23/92 5:00pm** w/Judge & **TRIAL** is set for **10/5/92 8:00am** w/Judge. (MAG. LEMELLE) dktd 9/9/92. **(G. METZ)** | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 9/9/92 | 66 | Appt of atty Franz L. Zibilich to rep deft in this matter. (MAG. WYNNE) 9/4/92 dktd 9/10/92. **(C. METZ)** | | | | |
| 9/11/92 | 67 | Ntc of PTC is set for **9/23/92 5:00pm** w/Judge & **TRIAL** of defts is set for **10/5/92 8:00am** w/Judge. **(G. METZ, MOORE, ELWOOD, HELMSTETTER, C. METZ, TOLLIVER, LAWRENCE & STERLING)** | | | | |
| 9/10/92 | 66a | Mtn of deft & ORDER allowing deft to adopt any mtns filed by any other defts in matter. (AJM) 9/11/92 dktd 9/11/92. **(TOLLIVER)** | | | | |
| 9/10/92 | 66b | Govt's mtn & ORDER that the exped mtn of deft Moore's mtn to Transfer To The General Prison Population w/in OPP is cont to **9/17/92 2:00pm** w/Mag Wynne. (MAG. WYNNE) dktd 9/11/92. **(MOORE)** | | | | |
| 9/11/92 | 68 | ORDER - atty George Simno was directed to personally contact Sheriff Foti re: his client's mtn to transfer to general population - these defts are believed to be security risks & Sheriff to attempt to accomadate. (MAG. WYNNE) 9/8/92 dktd 9/11/92. **(MOORE)** | | | | |
| 9/10/92 | 66c | Govt's ANSWER in opp to deft's mtn to be transferred w/in prison facility to general inmate population. **(MOORE)** | | | | |
| 9/15/92 | 69 | M.E. 9/11/92: **HRG TO DETERMINE COUNSEL** held this date w/Mag Wynne. Atty Stephen London to rep deft in this matter. Deft remanded. (MAG. WYNNE) dktd 9/15/92. **(G. METZ)** | | | | |
| 9/15/92 | 70 | M.E. 9/11/92: **ARR:** Deft pled not guilty to all cts & given 10 days to plead. Deft req permission for phone calls - Mag will consider same at the hrg on deft's mtn to be transferred to the General Prison population which is set for **9/17/92 2:00pm** w/Mag Wynne. **PTC** is set for **9/23/92 5:00pm** w/Judge & **TRIAL** is set for **10/5/92 8:00am** w/Judge. Deft remanded to USM custody. (MAG. WYNNE) dktd 9/15/92. **(C. METZ)** | | | | |
| 9/14/92 | 68a | Mtn of deft & ORDER granting same an addl 20 days to file special pleadings. (AJM) dktd 9/15/92. **(LAWRENCE)** | | | | |
| 9/15/92 | 71 | Mtn of deft & ORDER allowing him to adopt any mtns filed on behalf of any other co-deft in this matter. (AJM) 9/16/92 dktd 9/16/92. **(ELWOOD)** | | | | |
| 9/16/92 | 72 | Mtn of deft & ORDER allowing deft to adopt any mtns filed by any other co-defts in this matter. (AJM) dktd 9/17/92. **(C. METZ)** | | | | |

(CONTINUED)

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|



**MASTER DOCKET SHEET   PAGE 5**

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET**   *U. S. vs*

USA vs G. METZ, ET AL

AO 256A ⊕

CR. 92-469 "D"

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------|-----|-----|-----|-----|
| | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | |
| 9/17/92 | 73    Mtn of deft to preserve evidence. Hrg set for **10/6/92 9:00am w/Mag Wynne. (LAWRENCE)** | | | | |
| 9/8/92 | 65a   UNSIGNED mtn by deft for exped hrg to show cause why deft should not be released into General Prison Population. **(MOORE)** | | | | |
| 9/21/92 | 74    M.E. 9/17/92: Hrg held on deft's mtn to show cause why deft should not be released into general prison population - Mag advised counsel that Sheriff Foti phoned her & told her of his concern about the security risk the defts could impose. After arguments, Mag advised counsel that she would phone Foti to determine alternatives re holding defts. Deft then remanded to USM custody. (MAG. WYNNE) dktd 9/21/92. **(MOORE)** | | | | |
| 9/17/92 | 73a   Mtn of deft to cont trial & PTC & UNSIGNED ORDER **(TOLLIVER)** | | | | |
| 9/22/92 | 75    Mtn of deft & ORDER that deft is permitted to adopt any mtns filed on behalf of any other co-defendent in this matter. (AJM) Date signed: 9/23/92, Dktd: 9/24/92. **(HELMSTETTER)** | | | | |
| 9/23/92 | 76    M.E. (9/22/92):  ORDERED that hrg to determine counsel be held on 9/23/92 at 2:00 P.M. bfr Judge. (AJM) DKTD:  9/24/92. **(G. METZ)** | | | | |
| 9/23/92 | 77    Hrg to determine counsel for deft:  deft present; Steve London to advise Court by 4:00 P.M. 9/25/92 if he is to represent deft; deft remanded. (AJM) DKTD:  9/24/92. **(G. METZ)** | | | | |
| 9/23/92 | 78    M.E. (9/22/92):  After discussion w/ Sheriff & USM it was agreed that dft would be provided w/ addl hour out of his cell, addl reading material & that a 3rd television would be made available to unit. (Mag Wynne) Dktd:  9/25/92. **(MOORE)** | | | | |
| 9/24/92 | 79.   ORDER appointing atty Dominick M. Tamburi III to represent dft. (Mag Wynne) Date signed:  9/1/92 Dktd:  9/25/92 **(G. METZ)** | | | | |
| 9/25/92 | 80    ORDERED that deft be given listed medical treatment as listed by Sheriff Foti. (MAG. CHASEZ) 9/23/92 dktd 9/28./92.  **(G. METZ)** | | | | |
| 9/25/92 | 81    M.R. of Mag's order of 9/23/92 svd upon Corp Gugliuzza on 9/23/92. **(G. METZ)** | | | | |
| 9/25/92 | 82    M.E. 9/25/92: Atty Stephen London advised Court that he will not be representing deft G. Metz. Accordingly, | | | | |

(OVER)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|------------------------|:---:|:---:|:---:|:---:|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| | | the previous appt of atty Dominick Tamburo to rep deft is confirmed & Tamburo is now officially enrolled as counsel for deft G. Metz. (AJM) dktd 9/28/92. **(G. METZ)** | | | | |
| 9/25/92 | 83 | M.E. 9/25/92: PTC held this date w/counsel of record. The Govt will have 3 complete copies of all tapes listed & the Court will arrange for a room which will be furnished w/the necessary machines for counsel & defts to listen to the tapes & arrangements to be made as listed w/Judge's secretary. Further ORDERED that by 10/9/92, the Govt is to file into record a doc specifying precisely which portions of the "Young" tapes it plans to transcribe & a doc identifying any other tapes that exist which intercept or reference any of the defts. By 11/13/92, Counsel for defts must report to the Court which addtl portions of the "Young" tapes they need transcribed for trial & those counsel who are appted under the Criminal Justice Act must likewise advise Court in writing but in camera why these addtl transcripts are necessary. An addtl **PTC** is set for **10/28/92 5:15pm** w/Judge. The orig trial date of 10/5/92 is **cont** to **4/5/93 8:00am** w/Judge. (AJM) dktd 9/28/92. **(ALL DEFTS)** | | | | |
| 9/29/92 | 84 | M.E. 9/23/92: Hrg held this date re: deft's phone privileges & his need for medical attn. Deft req an order for medical attn for a foot problem & that he be allowed the same phone privileges as other prisoners on lock-down at HOD. Mag will talk to Foti's counsel for specifics re: phone privileges & she will also req the medical records of deft. A medical order was signed & matter taken under submission. Deft remanded to USM custody. (MAG. CHASEZ) dktd 9/29/92. **(G. METZ)** | | | | |
| 9/30/92 | 85 | Govt's answer & opp to deft's mtn to preserve evidence. **(LAWRENCE)** | | | | |
| 9/30/92 | 86 | Govt's answer & response to deft's mtn for preservation of rough notes. **(LAWRENCE)** | | | | |
| 10/2/92 | 87 | Mtn of deft & ORDER permitting deft to adopt any mtns filed on behalf of any other co-defts in this matter. (AJM) 10/5/92 dktd 10/5/92. **(LAWRENCE)** | | | | |
| 9/30/92 | 86a | Mtn of deft for exped hrg on his mtn to house deft in New Orleans so that appt counsel may have access to him & UNSIGNED ORDER.  (See Court's order of 10/5/92) **(TOLLIVER)** | | | | |
| | | (CONTINUED) | | | | |



UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  *U. S. vs*

**MASTER DOCKET SHEET   PAGE 6**

USA vs G. METZ, ET AL

AO 256A ⊕

**CR. 92-469 "D"**

Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 10/2/92 | 88 | Mtn by deft for exped hrg on his mtn to house deft in EDLA to allow counsel access to deft & UNSIGNED ORDER. (See Court's order of 10/5/92) **(LAWRENCE)** | | | | |
| 10/6/92 | 89 | ORDERED that USM cause defts Tolliver & Lawrence to be temp transferred to NO facility. Unless otherwise ordered by the Court, these defts are to be returned to the Lake Charles area by 12/16/92. (AJM) 10/5/92 dktd 10/6/92. **(TOLLIVER & LAWRENCE)** | | | | |
| 10/6/92 | 90 | Govt's letter to Judge dtd 10/2/92 which responds to Court's order of 9/25/92. **(ALL DEFTS)** | | | | |
| 10/8/92 | 91 | M.E. 10/6/92: Hrg on deft's mtn to preserve evidence & for preservation of rough notes & tapes - Govt agreed to preserve evidence to best of its ability & will instruct Agents to retain their rough notes. (MAG WYNNE) dktd 10/8/92. **(LAWRENCE)** | | | | |
| 11/2/92 | 92 | M.E. 11/2/92: PTC held 10/28/92 w/Judge. Defts' have until 11/30/92 to inform Court if they plan to transcribe any addl audio tape recordings. Final transcripts of tapes to be used by Govt at trial are to be turned in by 11/30/92. All defts' mtns must be filed by 12/9/92 w/exception of possible mtn by deft Tolliver concerning double jeopardy. Govt's response to defts' mtns are due by 1/6/93. Hrg on all mtns will be on **1/20/93 2:00pm.** Disc mtns will be heard by Mag Wynne & all other mtns bfr Judge. Another **PTC** is set for **12/9/92 5:00pm** w/Judge. (AJM) dktd 11/3/92. **(ALL DEFTS)** | | | | |
| 11/6/92 | 93 | Magistrate papers from Western Dist of WA. **(ARTHUR)** | | | | |
| 11/12/92 | 94 | M.R. of capias issd for deft exec 10/27/92. **(ARTHUR)** | | | | |
| 11/5/92 | 92a | Mtn of atty George Simno for deft Moore & ORDER allowing same to w/draw as retained counsel for deft. Further that as atty is on Panel, Mag is to conduct a hrg to determine if deft is indigent & if found indigent, appt atty Simno to rep deft as panel appt. (AJM) 11/12/92 dktd 11/13/92. **(MOORE)** | | | | |
| 11/10/92 | 95 | Govt's mtn & ORDER for exped hrg on its mtn to compel defts' to submit to handwriting specimens is set for **11/17/92 9:00am** w/Mag Wynne. (MAG. WYNNE) 11/12/92 dktd 11/13/92. **(G. METZ, MOORE, ARTHUR, HELMSTETTER, C. METZ, TOLLIVER, LAWRENCE & STERLING)** | | | | |
| 11/13/92 | 96 | Exped Govt's mtn to compel handwriting specimens. Hrg set for **11/17/92 9:00am** w/Mag Wynne. **(G. METZ, MOORE, ARTHUR, HELMSTETTER, C. METZ, TOLLIVER, LAWRENCE & STERLING)** | | | | |
| | | (OVER) | | | | |

Interval | Start Date | Ltr. | Total

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 11/13/92 | 97 | M.E. 11/13/92: ORDERED taht a hrg to determine counsel for deft is set for **11/17/92 2:00pm** w/Mag Africk. Deft to be present in Court. (MAG. FONSECA) dktd 11/13/92. **(MOORE)** | | | | |
| 11/17/92 | 98 | ORDER appting FPD in rep deft in this matter. (MAG. LEMELLE) dktd 11/18/92. **(MOORE)** | | | | |
| 11/17/92 | 99 | M.E. 11/17/92: **INITIAL APP:** Deft to retain counsel. Hrg to determine counsel is set for **11/24/92 2:00pm** w/Mag Chasez. FPD appted to rep deft for initial app & arr only. Deft remanded to USM custody. ARR held. (MAG. LEMELLE) dktd 11/18/92. **(ARTHUR)** | | | | |
| 11/17/92 | 100 | M.E. 11/17/92: **ARR:** Deft pled not guilty to all cts & given 10 days to plead. Deft remanded to USM custody. Deft ordered detained w/right to reconsider. Mtn to reconsider will be considered upon good cause on an exped basis. Written findings & stmts of reasons filed. **PTC** is set for **12/9/92 5:00pm** w/Judge & **TRIAL** is set for **4/5/93 8:00am** w/Judge. (MAG. LEMELLE) dktd 11/18/92. **(ARTHUR)** | | | | |
| 11/18/92 | 101 | M.R. of Order of Transfer of deft issd by Western District of WA at Seattle to EDLA exec 11/17/92. **(ARTHUR)** | | | | |
| 11/19/92 | 102 | M.E. 11/17/92: Hrg to determine counsel held this date w/Mag lemelle. FPD appt to rep dft & further in compliance w/Judge's order of 11/12/92, ORDERED that atty George Simno be appt as panel atty to rep deft. Deft remanded. (MAG. LEMELLE) dktd 11/19/92. **(MOORE)** | | | | |
| 11/19/92 | 103 | Appt of atty George Simno to rep deft during proceedings. (MAG. LEMELLE) 11/17/92 dktd 11/19/92. **(MOORE)** | | | | |
| 11/19/92 | 104 | ORDER appting FPD to rep deft for initial app, arr & determination of counsel only. (MAG. LEMELLE) 11/17/92 dktd 11/19/92. **(ARTHUR)** | | | | |
| 11/19/92 | 105 | M.E. 11/17/92: Hrg on Govt's mtn that defts' provide handwriting specimens - granted over the objs of defts. (MAG. WYNNE) dktd 11/19/92. **(G. METZ, MOORE, ARTHUR, HELMSTETTER, C. METZ, TOLLIVER, LAWRENCE & STERLING)** | | | | |
| 11/23/92 | 106 | Mtn of deft for disc & inspection. Hrg set for **12/8/92 9:00am** w/Mag Wynne. **(G. METZ)** | | | | |
| 11/24/92 | 107 | ORDERED that FPD is appointed to represent deft in case. (MAG ALC) dktd 11/27/92. **(ARTHUR)** | | | | |
| 11/25/92 | 108 | M.E. (11/24/92) Hrg to determine counsel was held; deft req court appointed counsel; FPD was appointed to represent the deft; Deft was remanded to USM. (MAG ALC) dktd 11/27/92. **(ARTHUR)** | | | | |

(Cont)

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|



**MASTER DOCKET SHEET   PAGE 7**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA vs G. METZ, ET AL

AO 256A ⊕

CR. 92-469 "D"

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 12/4/92 | 109   Ntc of **TRIAL** is set for **4/5/93 8:00am** w/Judge. (**ALL DEFTS EXCEPT D. METZ**) | | | | |
| 12/4/92 | 110   Govt's answer to deft's mtn for disc & inspection. (**G. METZ**) | | | | |
| 12/3/92 | 108a   ORDER appointing atty Ronald J Rakosky to represent dft. (Mag Chasez) Date signed:  11/24/92, DKTD:  12/7/92.(**ARTHUR**) | | | | |
| 12/4/92 | 111   Mtn by defts for extension of time to file mtns for suppression of evidence & UNSIGNED ORDER. (**HELMSTETTER, G. METZ, D. METZ, MOORE, ELWOOD, STERLING, C. METZ, TOLLIVER, LAWRENCE**) | | | | |
| 12/9/92 | 112   M.E. (12/8/92) Hrg on mtn of deft for disc & inspection - The Govt will review the materials from the State agents in order to ascertain whether there is Brady Material; Jencks Material on known witnesses will be produced by 10:00 am on the Thursday before trial.  Brady will be produced 7 days prior to trial; If the Govt has a copy of the entire Clay transcript or portion needed for appellate purposes, it will make some available to the deft for copying. (MAG MPW) dktd 12/10/92. (**G. METZ**) | | | | |
| 12/9/92 | 113   Mtn of deft for bill of particulars; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (**STERLING**) | | | | |
| 12/9/92 | 114   Mtn of deft to produce hearsay statements by co-conspirators which implicate deft; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (**MOORE**) | | | | |
| 12/9/92 | 115   Mtn of deft for pre-trial disclosure of Govt's intention to rely  on similar act evidence; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (**MOORE**) | | | | |
| 12/9/92 | 116   Mtn of deft for bill of particulars; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (**MOORE**) | | | | |
| 12/9/92 | 117   Mtn of deft for disclosure of identity & whereabouts and for interview of all confidential informants; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (**MOORE**) | | | | |
| 12/9/92 | 118   Mtn of deft for early disclosure of Jencks Act Material; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (**LAWRENCE**) | | | | |
| 12/9/92 | 119   Mtn of deft for prod of favorable evidence or impeaching evidence; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (**LAWRENCE**) | | | | |
| 12/9/92 | 120   Mtn of deft for disc & inspection; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (**LAWRENCE**) | | | | |
| 12/9/92 | 121   Mtn of deft for bill of particulars; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (**LAWRENCE**) | | | | |

| | Interval | Start Date | Ltr. | Total |

(OVER)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 12/9 /92 | 122 | Mtn of deft for transcription of grand jury minutes; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (LAWRENCE) | | | | |
| 12/9/92 | 123 | Mtn of deft to disclose confidential informatn info; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (LAWRENCE) | | | | |
| **12/9/92** | 124 | Mtn of deft for pre-trial disclosure of Rule 404 evidence; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (LAWRENCE) | | | | |
| 12/9/92 | 125 | Mtn of deft for reports of scientific tests or experiments & other expert reports; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (LAWRENCE) | | | | |
| 12/9/92 | 126 | Mtn of deft for a pre-trial evidentiary hrg to determine the existence of a conspiracy; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (LAWRENCE) | | | | |
| 12/9/92 | 127 | Mtn of deft for prod of all interview statements of witnesses & that the Govt does not intend to prod at trial; hrg set 1/12/93 at 9:00 am bfr Mag. Wynne. (LAWRENCE) | | | | |
| 12/10/92 | 128 | Mtn of deft for Govt agents to retain rough notes; hrg set 12/29/92 at 9:00 am bfr Mag. Wynne. (HELMSETTER) | | | | |
| 12/10/92 | 129 | Mtn of deft for bill of particulars; hrg set 12/29/92 at 9:00 am bfr Mag. Wynne. (HELMSTETTER) | | | | |
| 12/10/92 | 130 | Mtn of deft for req for ntc of Govt's intent to use evidence possibly subject to a mtn to suppress; hrg set 12/29/92 at 9:00 am bfr Mag. Wynne. (HELMSTETTER) | | | | |
| 12/10/92 | 131 | Mtn of deft for disclosure of identity & whereabouts & for interview of all confidential informants; hrg set 12/29/92 at 9:00 am bfr Mag. Wynne. (HELMSTETTER) | | | | |
| 12/10/92 | 132 | Mtn of deft for pre-trial disclosure of any Rule 404(b) evidence the Govt intends to introduce at trial; hrg set 12/29/92 at 9:00 am bfr Mag. Wynne. (HELMSTETTER) | | | | |
| 12/10/92 | 133 | Mtn of deft for prod of evidence favorable to deft & for disclosure of impeaching evidence; hrg set 12/29/92 at 9:00 am bfr Mag,. Wynne. (HELMSTETTER) | | | | |
| 12/10/92 | 134 | Mtn of deft for prod of all interview  statements of witnesses that the Govt does noit intend to prod at trial; hrg set 12/29/92 at 9:00 am bfr Mag. Wynne. (HELMSTETTER) | | | | |
| 12/10/92 | 135 | Mtn of deft for a pre-trial evidentiary hrg to determine the existence of a conspiracy. Hrg set for **12/29/92 9:00am** w/Mag. (HELMSTETTER) | | | | |

(CONTINUED)

Interval
(per Section II)    Start Date    Ltr.  Total
End Date    Code  Days

MASTER DOCKET SHEET   PAGE 8

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA VS METZ, ET AL

CR. 92-469 "D"

AO 256A ⊕

| | | Yr. | Docket No. | Def. |
|---|---|---|---|---|

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 12/11/92 | 136 | M.E. 12/10/92: PTC held 12/9/92 w/Judge. ORDERED that the Govt has until 12/17/92 to designate w/specificity those transcripts which the Govt revised for accuracy & final form & which they will use at trial. The Govt has until 12/24/92 to provide Court & all defense counsel an index of the Govt's trial exhibits as listed. Govt to make all of its trial evidence available to defense counsel for inspection & review on 1/4/93 9:00am. Govt has until 12/11/92 to provide Court w/ bound & properly labeled copies of wiretap applications involving Angela Bernard & Debra Metz. Defts have until 1/11/93 to designate if they need any addl audio tape recordings transcribed w/specificity to the Court. All defts mtns must be filed by 1/26/93. Govt's response to defts mtns must be filed by 2/8/93. Hrg on all mtns will be on 2/10/93 9:00am. Another **PTC** is set for **1/4/93 4:00pm** w/Judge in courtroom. (AJM) dktd 12/14/92. **(ALL DEFTS)** | | | | |
| 12/15/92 | 137 | Mtn of defts & ORDER that USM retain custody of defts thru 1/4/93. (AJM) 12/16/92 dktd 12/16/92. **(LAWRENCE & TOLLIVER)** | | | | |
| 12/30/92 | 138 | M.E. 12/29/92: ORDERED that the hrgs on dft Helmstetter's mtns now set for 12/29/92 is cont to **1/12/93 9:00am** w/Mag. (MAG. WYNNE) dktd 12/30/92. **(HELMSTETTER)** | | | | |
| 1/6/93 | 139 | M.E. 1/5/93: ORDERED that a **STATUS CONF** w/Judge is set for **1/26/93 4:00pm** in courtroom. (AJM) dktd 1/6/93. **(ALL DFTS)** | | | | |
| 1/6/93 | 140 | Govt's answer in opp to dft's mtn for disclosure of identities & whereabouts of confidential informants. **(HELMSTETTER)** | | | | |
| 1/6/93 | 141 | Govt's answer to dft's mtn for bill of particulars. **(HELMSTETTER)** | | | | |
| 1/6/93 | 142 | Govt's answer in opp to dft's mtn for pre-trial *James* Hrg to determine existence of conspiracy & discovery of co-conspirators' statements. **(HELMSTETTER)** | | | | |
| 1/6/93 | 143 | Govt's answer in opp to dft's mtn for prod of all interview statements of Govt witnesses which the Govt does not intend to produce at trial. **(HELMSTETTER)** | | | | |
| 1/6/93 | 144 | Govt's answer in response to dft's mtn for disclosure of evidence possibly subject to a mtn to suppress & Govt's ntc under Rule 12(d)(2). **(HLEMSTETTER)** | | | | |
| 1/6/93 | 145 | Govt's answer in response to dft's mtn for disclosure of Rule 404(b) evidence. **(HELMSTETTER)** | | | | |
| 1/6/93 | 146 | Govt's answer to dft's mtn for bill of particulars. **(STERLING)** | | | | |

| Interval | Start Date | Ltr. | Total |
|----------|-----------|------|-------|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1/6/93 | 147  Govt's answer in response to dft's mtn for disclosure of Rule 404(b) evidence. **(MOORE)** | | | | |
| 1/6/93 | 148  Govt's answer in opp to dft's mtn for prod of co-conspirator statements. **(MOORE)** | | | | |
| 1/6/93 | 149  Govt's answer to dft's mtn for bill of particulars. **(MOORE)** | | | | |
| 1/6/93 | 150  Govt's answer in opp to dft's mtn for disclosure of identities & whereabouts of confidential informants. **(MOORE)** | | | | |
| 1/6/93 | 151  Govt's answer to dft's mtn for discovery of <u>Scientific</u> & <u>Expert</u> <u>Reports</u>. **(LAWRENCE)** | | | | |
| 1/6/93 | 152  Govt's answer in opp to dft's mtn for disclosure of identities & whereabouts of confidential informants. **(LAWRENCE)** | | | | |
| 1/6/93 | 153  Govt's answer in response to dft's mtn for disclosure of evidence favorable to the dft & for disclosure of impeaching evidence. **(LAWRENCE)** | | | | |
| 1/6/93 | 154  Govt's answer in opp to dft's mtn for pretrial prod of Jencks Material. **(LAWRENCE)** | | | | |
| 1/6/93 | 155  Govt's answer in response to dft's mtn for disclosure of Rule 404(b) evidence. **(LAWRENCE)** | | | | |
| 1/6/93 | 156  Govt's answer to dft's mtn for discovery & inspections. **(LAWRENCE)** | | | | |
| 1/6/93 | 157  Govt's answer in opp to dft's mtn for prod of all interview statements of Govt witnesses which the Govt does not intend to produce at trial. **(LAWRENCE)** | | | | |
| 1/6/93 | 158  Govt's answer in opp to dft's mtn for pre-trial <u>James</u> hrg to determine existence of conspiracy & discovery of co-conspirators statements. **(LAWRENCE)** | | | | |
| 1/6/93 | 159  Govt's answer in opp to dft's mtn for transcription of Grand Jury Minutes. **(LAWRENCE)** | | | | |
| 1/6/93 | 160  Govt's answer to dft's mtn for bill of particulars. **(LAWRENCE)** | | | | |
| 1/6/93 | 161  Govt's answer in opp to dft's mtn for disclosure of evidence favorable to the dft & for disclosure of impeaching evidence. **(HLEMSTETTER)** | | | | |
| 1/6/93 | 162  Govt;s answer in response to dft's mtn for preservation of rough notes. **(HELMSTETTER)** | | | | |
| 1/6/93 | 163  Mtn of dft & ORDER allowing dft to retain in his possession while in custody of USM 3 spiral-bound binders marked as listed to prepare to trial. (AJM) dktd 1/8/93. **(MOORE)** | | | | |
| | (CONTINUED) | | | | |

Interval        Start Date        Ltr. Total



**MASTER DOCKET SHEET   PAGE 9**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  *U. S. vs*

**USA vs METZ, ET AL**

CR. 92-469 "D"(2)

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|---------------------|--|--|--|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 1/11/93 | 164 | Letter to atty John Musser dtd 1/4/93 from AUSA Thomson advising same of intent to utilize at trial photographic lineups which Helmstetter appeared & was identified in. **(HELMSTETTER)** | | | | |
| 1/12/93 | 165 | Govt's suppl ntc under Rule 12(d)(2). **(HELMSTETTER)** | | | | |
| 1/15/93 | 166 | Mtn of dft & ORDER that USM make all arrangements for dft to received proper medical attention at OPP. (MAG. MOORE) 1/20/93 dktd 1/21/93. **(G. METZ)** | | | | |
| 1/20/93 | 167 | **Magistrate papers** of dft from Southern District of MS. **(D. METZ)** | | | | |
| 1/21/93 | 168 | M.E. 1/20/93: **INITIAL APP:** Dft req court-appt counsel & FPD appt to rep dft in this matter. **ARR** is set for **1/22/93 2:00pm** w/Mag Moore & **DETENTION HRG** is set for **1/22/93 2:00pm** w/Mag Moore. (MAG. MOORE) dktd 1/21/93  **(D. METZ)** | | | | |
| 1/21/93 | 169 | ORDER appting FPD to rep dft. (MAG. MOORE) 1/20/93 dktd 1/21/93. **(D. METZ)** | | | | |
| 1/21/93 | 170 | M.R. of committment to another district from Southern Dist of MS to EDLA 1/20/93. **(D. METZ)** | | | | |
| 1/25/93 | 171 | M.E.(1/22/93) Detention hrg: Dft is not entitled to release, dft was committed to custody of the Atty Gen. Written findings & statement of reasons ordering filed.  Detained - remanded to the custody of the USM. PTS report offered - admitted. (Mag. Moore) dktd 1/25/93.  **(D. METZ)** | | | | |
| 1/25/93 | 172 | M.E.(1/22/93) Criminal Arr:  Dft pleads not guilty to all cts; dft given 10 days to file special pleadings. Dft remanded to the custody of the USM.  Status conf set 1/26/93 at 4pm bfr Judge.  **Trial** set 4/5/93 at 8am bfr Judge. (Mag. Moore) dktd 1/25/93. **(D. METZ)** | | | | |
| 1/22/93 | 170a | Mtn by dft for Pre-Trial disclosure of govt's intention to rely on "Similar Act" evidence; hrg set 2/9/93 at 9am bfr Mag. Wynne. **(C. METZ)** | | | | |
| 1/22/93 | 170b | Marshall return of mtn of dft for medical examination, executed on 1/22/93. **(G. METZ)** | | | | |
| 1/25/93 | 173 | Mtn of dft to adopt mtns of co-dfts. Hrg set for **3/2/93 9:00am** w/Mag Wynne. **(ARTHUR)** | | | | |
| 1/25/93 | 174 | Mtn of dft for ntc of intention to use evidence arguably subj to a mtn to suppress. Hrg set for **3/2/93 9:00am** w/Mag Wynne. **(ARTHUR)** | | | | |
| | | (OVER) | | | | |

Interval    Start Date    Ltr. Total

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 1/25/93 | 175 | Mtn of dft for disc & inspection. Hrg set for **3/2/93 9:00am** w/Mag Wynne. **(ARTHUR)** | | | | |
| 1/25/93 | 176 | Mtn of dft for bill of particulars. Hrg set for **3/2/93 9:00am** w/Mag Wynne. **(ARTHUR)** | | | | |
| 1/25/93 | 177 | Mtn of dft to strike prejudicial surplusage. Hrg set for **2/10/93 9:00am** w/Judge. **(ARTHUR)** | | | | |
| 1/25/93 | 178 | Mtn of dft to suppress physical evidence. Hrg set for **2/10/93 9:00am** w/Judge. **(ARTHUR)** | | | | |
| 1/25/93 | 179 | Mtn of dft to suppress confessions, admissions & stmts. Hrg set for **2/10/93 9:00am** w/Judge. **(G. METZ)** | | | | |
| 1/25/93 | 180 | Mtn of dft to suppress illegally obtained evidence & fruits thereof. Hrg set for **2/10/93 9:00am** w/Judge. **(G. METZ)** | | | | |
| 1/25/93 | 181 | Suppl mtn of dft to produce docs. Hrg set for **2/10/93 9:00am** w/Judge. **(G. METZ)** | | | | |
| 1/26/93 | 182 | M.R. of capias issd for dft, exec 1/9/93. **(D. METZ)** | | | | |
| 1/25/93 | 183 | Mtn of dft for leave to file addl pre-trial mtns. See Court's M.E. 1/27/93. **(ARTHUR)** | | | | |
| 1/25/93 | 184 | Mtn of dft for addtl time to file pre-trial mtns. See Court's M.E. 1/27/93. **(G. METZ)** | | | | |
| 1/26/93 | 185 | Mtn of dft for addtl time to file various defense mtns. See Court's M.E. 1/27/93. **(STERLING)** | | | | |
| 1/26/93 | 186 | M.E. 1/12/93: Hrg held on various disc mtns by dfts - granted & denies as listed. (MAG. WYNNE) dktd 1/27/93. **(LAWRENCE, MOORE, STERLING & HELMSTETTER)** | | | | |
| 1/27/93 | 187 | M.E. 1/27/93: Status conf held 1/26/93 w/Judge. ORDERED that by 2/2/93, Govt is to provide Court & counsel returns on the search warrants. Dfts have until 2/25/93 to file mtns to suppress based on those search warrant returns. Further Govt to provide Court & counsel an index of its addtl trial exhibits not already identified. Another **STATUS CONF** is set for **3/3/93 4:30pm** w/Judge. (AJM) dktd 1/27/93. **(ALL DFTS)** | | | | |
| 2/5/93 | 188 | Govt's ANSWER in opp to dft's mtn to suppress physical evidence. **(ARTHUR)** | | | | |
| 2/5/93 | 189 | Govt's ANSWER in response to dft's mtn for disclosure of evidence possibly subj to a mtn to suppress. **(ARTHUR)** | | | | |

(CONTINUED)

Interval
(per Section II)  |  Start Date
End Date  |  Ltr.
Code  |  Total
Days



MASTER DOCKET SHEET   PAGE 10

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

USA vs METZ, ET AL

CR. 92–469D

| Yr. | Docket No. | Def. |

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--------------------------|-----|-----|-----|-----|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 2/5/93 | 190 | Govt's ANSWER to dft's mtn for bill of particulars. (ARTHUR) | | | | |
| 2/5/93 | 191 | Govt's answer to dft's mtn for disc & inspection. (ARTHUR) | | | | |
| 2/5/93 | 192 | Govt's ANSWER to dft's mtn to adopt mtns of co-dfts. (ARTHUR) | | | | |
| 2/5/93 | 193 | Govt's ANSWER to dft's mtn to strike prejudicial surplusage. (ARTHUR) | | | | |
| 2/5/93 | 194 | Govt's ANSWER in opp to dft's mtn to suppress evidence. (G. METZ) | | | | |
| 2/5/93 | 195 | Govt's ANSWER in opp to dft's mtn to suppress dft's admissions, stmts & confession.  (G. METZ) | | | | |
| 2/5/93 | 196 | Govt's ANSWER to dft's suppl mtn to produce docs. (G. METZ) | | | | |
| 2/10/93 | 197 | Mtn of dft to suppress illegally obtained evidence. Hrg set for **3/3/93 2:00pm** w/Judge. (LAWRENCE) | | | | |
| 2/10/93 | 198 | M.E. 2/9/93: At req of counsel, ORDERED that the mtn of dft for pre-trial disclosure of Govt's intention to rely on "similar act" evidence is cont to **3/9/93 9:00am** w/Mag. (MAG. WYNNE) dktd 2/11/93. (C. METZ) | | | | |
| 2/10/93 | 199 | Mtn of dfts & ORDER that USM transport dfts from Lake Charles LA to EDLA. (AJM) 2/11/93 dkdt 2/12/93. (LAWRENCE & TOLIVER) | | | | |
| 2/12/93 | 200 | M.E. 2/10/93: ORDERED that the status conf is cont to **3/10/93 4:30pm** w/Judge. (AJM) dkdt 2/12/93. (ALL DFTS) | | | | |
| 2/12/93 | 201 | Ntc of **TRIAL** of dfts' is set for **4/5/93 8:00am** w/Judge. (ALL DEFTS) | | | | |
| 2/12/93 | 202 | Govt's mtn & ORDER subst Marilyn G Mitchell for AUSA Peter Thomson as counsel. (AJM) 2/15/93 dktd 2/17/93. (ALL DFTS) | | | | |
| 2/16/93 | 203 | Mtn of dft to suppress illegally obtained evidence seized on 2/1/91. Hrg set for **3/31/93 2:00pm** w/Judge. (G. METZ) | | | | |
| 2/18/93 | 204 | M.E. 2/12/93: ORDER ruling on mtn of dfts for bill of particulars as listed. (MAG. WYNNE) dktd 2/18/93. (ALL DFTS) | | | | |

(OVER)

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|
| | | | (a) | (b) | (c) | (d) |
| 2/25/93 | 205 | ORDER to all counsel of record that were appted under the Criminal Justice Act to submit vouchers, etc as listed. (AJM) 2/21/93 dktd 2/25/93. **(ALL DFTS)** | | | | |
| 2/25/93 | 206 | M.E. 2/25/93: ORDERED that dft's mtn for bill of particulars is cont to **3/9/93 9:00am** w/Mag. (MAG WYNNE) dktd 2/26/93. **(ARTHUR)** | | | | |
| 3/2/93 | 207 | Govt's Petition & ORDER that a writ of habeas corpus ad prosequendum be issued to Warden of Calcasieu Correction Center to surrender dft to USM as listed. (MAG. MOORE) dktd 3/3/93. **(S. TOLLIVER)** - 1 writ issued | | | | |
| 3/2/93 | 208 | Govt's Petition & ORDER that a writ of habeas corpus ad prosequendum be issued to Warden of Calcasieu Correctional Center to surrender dft to USM as listed. (MAG. MOORE) dktd 3/3/93. **(T. LAWRENCE)**- 1 writ issued | | | | |
| 3/3/93 | 209 | Opposition of dft to Govt's mtn to declare this a complex case & to continue trial. **(G. ARTHUR)** | | | | |
| 3/4/93 | 210 | M.R. of writ of H/C ad pros to Warden Calcasieu Correctional Center for release of dfts - ret unexec. **(TOLLIVER & LAWRENCE)** | | | | |
| 3/5/93 | 211 | Govt's petn & ORDER that writ of H/C ad pros be issd to USM, WDLA to produce dft to USM, EDLA until trial. (MAG. MOORE) 3/4/93 dktd 3/5/93. (1 writ issd) **(LAWRENCE)** | | | | |
| 3/5/93 | 212 | Govt's petn & ORDER that writ of H/C ad pros be issd to USM, WDLA to release dft to custody of USM, EDLA until trial. (MAG. MOORE) 3/4/93 dktd 3/5/93. (1 writ issd) **(TOLLIVER)** | | | | |
| 3/9/93 | 213 | M.E. 3/9/93: Hrg on mtns: ORDERED that the mtn of C. Metz for pre-trial disclosure of Govt's intention to rely on "similar act" evidence is cont to **3/30/93 9:00am** w/Mag. ORDERED that the mtn of dft Arthur for Bill of Particulars is granted & denied as listed. ORDERED that the req for a date of the alleged attempted murder is granted & Govt to provide dft a date alleged in Cts. 5&8. Further ORDERED that the req for names of co-perpetrators & that the Govt not refer to dft as "Meatball" are both denied. Disc & Inspection is to be produced w/in 25 days. Ntc of intention to use evidence subj to mtn to suppress shall be produced w/in 25 days. To adopt mtns of co-dfts is GRANTED. (MAG. WYNNE) dktd 3/10/93. **(C. METZ & ARTHUR)** | | | | |
| 3/10/93 | 214 | Opp of dft to Govt's mtn to declare this a complex case & to cont the trial. **(STERLING)** | | | | |

(CONTINUED)

| Interval (per Section II) | Start Date — End Date | Ltr. Code | Total Days |
|------|------|------|------|

MASTER DOCKET SHEET    PAGE 11

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

USA vs METZ, ET AL

CR. 92-469D

| | Yr. | Docket No. | Def. |

AO 256A ®

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--------------------------|-----|-----|-----|-----|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| 2/24/93 | 215 | Govt's mtn & ORDER declaring matter a complex case & that a **STATUS CONF** will be held **5/19/93 5:00pm** w/Judge to discuss case. Further ORDERED that the **PTC** is cont to **7/28/93 4:30pm** w/Judge & **TRIAL** is cont to **8/9/93 8:00am** w/Judge. (AJM) 3/10/93 dktd 3/12/93. **(ALL DFTS)** | | | | |
| 3/15/93 | 216 | Ntc of **TRIAL** of dfts is reset for **8/9/93 8:00am** w/Judge. **(ALL DFTS)** | | | | |
| 3/24/93 | 217 | M.E. 3/23/93-the Court CONTINUES W?O DATE the 3/31/93 hrg on dft's mtn to suppress illegally obtained evidence.(AJM) dktd 3/24/93 **(G. METZ)** | | | | |
| 4/1/93 | 218 | Authority to pay court appointed counsel (Ronald J. Rakosky) $3,219.06 for services and expenses **(AJM) Date Signed: 3/27/93 dktd 4/2/93 (ARTHUR)** | | | | |
| 4/12/93 | 219 | Authorization for paymnet for services to atty Dominick Tamburo in the amt of $1,343.87. (AJM) 4/8/93 dktd 4/13/93. **(G. METZ)** | | | | |
| 4/12/93 | 220 | Authorization for payment to atty Dominick Tamburo in the amt of $2,175.27 for services. (AJM) 4/8/93 dktd 4/13/93. **(G. METZ)** | | | | |
| 4/12/93 | 221 | Authorization for payment to atty Robert Fleming Jr in the amt of $6,603.26 for services. (AJM) 4/8/93 dktd 4/13/93. **(LAWRENCE)** | | | | |
| 4/14/93 | 222 | Authorization for payment to atty Frank Sloan in the amt of $1,966.67 for services. (AJM) 4/12/93 dktd 4/15/93. **(TOLLIVER)** | | | | |
| 4/16/93 | 223 | Govt's petn for writ of H/C ad pros & ORDER that writ be issd to USM, WDLA to surrender body of dft forthwith & to be detained in EDLA pending trial. (MAG. MOORE) dktd 4/19/93. (1 writ issd) **(TOLLIVER)** | | | | |
| 4/16/93 | 224 | Govt's petn for writ of H/C ad pros & ORDER that writ be issd to USM, WDLA to surrender body of dft forthwith & to be detained in EDLA pending trial. (MAG. MOORE) dktd 4/19/93. (1 writ issd) **(LAWRENCE)** | | | | |
| 4/28/93 | 225 | Govt's req for subps; 30 issd. **(ALL DFTS)** | | | | |
| 4/28/93 | 226 | Mtn of dft to permit hiring of expert for financial analysis & UNSIGNED ORDER. **(G. METZ)** | | | | |
| 5/13/93 | 227 | M.R. of capias for dfts Tolliver & Lawrence, exec 8/18/92. **(TOLLIVER & LAWRENCE)** | | | | |

(OVER)

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 5/14/93 | 228 | Govt's mtn & ORDER dismissing the orig indict agst dft. (ML) dktd 5/17/93. **(C. METZ)** | | | | |
| | | MULTIPLE PARTY DISMISSAL | | | | |
| 5/14/93 | 229 | **SUPERSEDING INDICTMENT. (ALL DFTS)** | | | | |
| 5/14/93 | 230 | GRAND JURY RETURN FOR SUPERSEDING INDICT: ORDERED that **ARR** on superseding is set for **5/21/93 10:00am** w/Mag Moore. **(ALL DFTS)** | | | | |
| 5/14/93 | 231 | Ntc of **ARR ON SUPERSEDING INDICT** is set for **5/21/93 10:00am** w/Mag Moore. **(ALL DFTS)** | | | | |
| 5/20/93 | 232 | M.E. 5/20/93: Status conf held 5/19/93 & schedule given as listed. Another status conf is set for **7/8/93 10:00am** w/Judge. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (AJM) dktd 5/21/93. **(ALL DFTS)** | | | | |
| 5/21/93 | 233 | M.E. 5/21/93: **ARR ON SUPERSEDING INDICT:** Dft pled not guilty to all cts & remanded to USM custody. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (MAG. MOORE) dktd 5/24/93. **(G. METZ)** | | | | |
| 5/21/93 | 234 | M.E. 5/21/93: **ARR ON SUPERSEDING INDICT:** Dft pled not guilty to all cts & remanded to USM custody. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (MAG. MOORE) dktd 5/24/93. **(D. METZ)** | | | | |
| 5/21/93 | 235 | M.E. 5/21/93: **ARR ON SUPERSEDING INDICT:** Dft pled not guilty to all cts & remanded to USM custody. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (MAG. MOORE) dktd 5/24/93. **(MOORE)** | | | | |
| 5/21/93 | 236 | M.E. 5/21/93: **ARR ON SUPERSEDING INDICT:** Dft pled not guilty to all cts & remanded to USM custody. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (MAG. MOORE) dktd 5/24/93. **(ELWOOD)** | | | | |
| 5/21/93 | 237 | M.E. 5/21/93: **ARR ON SUPERSEDING INDICT:** Dft pled not guilty to all cts & remanded to USM custody. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (MAG. MOORE) dktd 5/24/93. **(ARTHUR)** | | | | |

(CONTINUED)

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|



MASTER DOCKET SHEET   PAGE 12

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA vs METZ, ET AL

CR. 92-469D

Yr. | Docket No. | Def.

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|--|------------------------|---------------------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 5/21/93 | 238 | M.E. 5/21/93: **ARR ON SUPERSEDING INDICT:** Dft pled not guilty to all cts & remanded to USM custody. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (MAG. MOORE) dktd 5/24/93. **(HELMSTETTER)** | | | | |
| 5/21/93 | 239 | M.E. 5/21/93: **ARR ON SUPERSEDING INDICT:** Dft pled not guilty to all cts & remanded to USM custody. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (MAG. MOORE) dktd 5/24/93. **(TOLLIVER)** | | | | |
| 5/21/93 | 240 | M.E. 5/21/93: **ARR ON SUPERSEDING INDICT:** Dft pled not guilty to all cts & remanded to USM custody. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (MAG. MOORE) dktd 5/24/93. **(LAWRENCE)** | | | | |
| 5/21/93 | 241 | M.E. 5/21/93: **ARR ON SUPERSEDING INDICT:** Dft pled not guilty to all cts & remanded to USM custody. **PTC** is set for **7/28/93 4:30pm** w/Judge & **TRIAL** is set for **8/9/93 8:00am** w/Judge. (MAG. MOORE) dktd 5/24/93. **(STERLING)** | | | | |
| 6/2/93 | 242 | Mtn of dft for disc & inspection. Hrg set for **6/23/93 11:00am** w/Mag Moore. **(G. METZ)** | | | | |
| 6/2/93 | 243 | Mtn of dft to suppress illegally obtained evidence re important papers – assets & docs. Hrg set for **6/22/93 9:00am** w/Judge. **(G. METZ)** | | | | |
| 6/2/93 | 244 | Mtn of dft to suppress stmts made by dft re .380 pistol & the .380 pistol. Hrg set for **6/22/93 9:00am** w/Judge. **(G. METZ)** | | | | |
| 6/2/93 | 245 | Mtn of dft to suppress stmts made to govt agents after arrest & written & oral stmts made. Hrg set for **6/22/93 9:00am** w/Judge. **(G. METZ)** | | | | |
| 6/9/93 | 246 | Govt's req for trial subps; 50 issd. **(ALL DFTS)** | | | | |
| 6/9/93 | 247 | Mtn of dft Arthur & ORDER granting same until 6/10/93 5:00pm to file listed mtns. (AJM) dktd 6/10/93. **(ARTHUR)** | | | | |
| 6/9/93 | 248 | Mtn of dft to suppress Cobray M-11 9mm pistol & Ruger .223 mini-14 assault rifle. Hrg set for **6/22/93 9:00am** w/Judge. **(ARTHUR)** | | | | |
| 6/9/93 | 249 | Mtn of dft to dismiss or to elect cts. 1 or 8 on grounds of multiplicity. Hrg set for **6/22/93 9:00am** w/Judge. **(ARTHUR)** | | | | |

(OVER)

Interval
(per Section II) | Start Date
End Date | Ltr.
Code | Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 6/9/93 | 250 | Mtn of dft for ntc of intention to use photo lineup or guns as evidence. Hrg set for **6/30/93 11:00am** w/Mag Moore. **(ARTHUR)** | | | | |
| 6/9/93 | 251 | Mtn of dft for reasonable pre-trial ntc of intention to offer 404(b) evidence. Hrg set for **6/30/93 11:00am** w/Mag Moore. **(ARTHUR)** | | | | |
| 6/9/93 | 252 | Mtn of dft to compel disclosure of impeachment or exculpatory info. Hrg set for **6/30/93 11:00am** w/Mag Moore. **(ARTHUR)** | | | | |
| 6/9/93 | 253 | Mtn of dft for bill of particulars. Hrg set for **6/30/93 11:00am** w/Mag Moore. **(ARTHUR)** | | | | |
| 6/9/93 | 254 | Mtn of dft to suppress physical evidence. Hrg set for **6/22/93 9:00am** w/Judge. **(STERLING)** | | | | |
| 6/9/93 | 255 | Mtn of dft to suppress physical evidence seized by DEA on 9/10/91. Hrg set for **6/22/93 9:00am** w/Judge. **(STERLING)** | | | | |
| 6/9/93 | 256 | Mtn of dft to suppress physical evidence seized on 9/9/92 by DEA. Hrg set for **6/22/93 9:00am** w/Judge. **(STERLING)** | | | | |
| 6/9/93 | 257 | Mtn of dft for bill of particulars. Hrg set for **6/30/93 11:00am** w/Mag Moore. **(STERLING)** | | | | |
| 6/10/93 | 258 | Mtn of dft to suppress evidence seized from Holiday Inn. Hrg set for **6/22/93 9:00am** w/Judge. **(ELWOOD)** | | | | |
| 6/10/93 | 259 | Mtn of dft to strike surplusage of Ct. 4. Hrg set for **6/22/93 9:00am** w/Judge. **(ELWOOD)** | | | | |
| 6/10/93 | 260 | Mtn of dft in limine to prohibit intro of listed exhibits into evidence. Hrg set for **6/22/93 9:00am** w/Judge. **(ELWOOD)** | | | | |
| 6/10/93 | 261 | Mtn of dft to dismiss Ct. 1 of indict. Hrg set for **6/22/93 9:00am** w/Judge. **(ELWOOD)** | | | | |
| 6/10/93 | 262 | Mtn of dft to suppress evidence seized from 3 listed residences on 4/20/90 & 7/5/90. Hrg set for **6/22/93 9:)0am** w/Judge. **(ELWOOD)** | | | | |
| 6/9/93 | 263 | Mtn of dft for production of evidence favorable to deft for disclosure of impeaching evidence. Hrg set for **6/22/93 9:00 a.m.** w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 264 | Mtn of dft to suppress illegally obtained evidence; Hrg set for **6/22/93 9:00 a.m.** w/Judge. **(HELMSTETTER)** | | | | |

(CONT)

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

MASTER DOCKET SHEET    PAGE 13

CR 92-469D

AO 256A ⊕

USA VS. METZ, ET AL

| Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 6/9/93 | 265 | Mtn of dft for PT disclosure of any rule 404(b) evidence the govt intends to introduce at trial; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 266 | Mtn of dft for discovery & inspection; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 267 | Mtn of dft to adopt mtn for discovery & inspection; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 268 | Mtn of dft for PT evidetiary hrg to determine the existence of a conspiracy; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 269 | Request for ntc of govt's intent to use evidence possibly subject to a mtn to suppress by dft; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 270 | Mtn of dft for govt agents to retain rough notes; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 271 | Mtn of dft for production of all itnerview statements of witness that the govt does not intend to produce at trial; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 272 | Mtn of dft for disclosure of identity & whereabouts & for itnerview of all confidential informants; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 273 | Mtn of dft to suppress dft's confessions, admissions & statements; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 274 | Mtn of dft to suppress illegally obtained evidence; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 275 | Mtn of dft for bill of particulars; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(HELMSTETTER)** | | | | |
| 6/9/93 | 276 | Mtn of dft for bill of particulars; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(LAWRENCE)** | | | | |
| 6/9/93 | 277 | Mtn of dft to adopt & conform other mtns filed; Hrg st **6/22/93** 9:00 a.m. w/Judge. **(LAWRENCE)** | | | | |
| 6/9/93 | 278 | Mtn of dft to suppress evidence; Hrg set **6/22/93** 9:00 a.m. w/Judge. **(LAWRENCE)** | | | | |
| 6/14/93 | 279 | Govt's req for subps; 25 issd. **(ALL DFTS)** | | | | |

(over)

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 6/15/93 | 280 | M.E. 6/15/93: ORDERED that on **6/22/93 9:00am**, Judge will hold an evidentiary hrg on the listed mtns: **ELWOOD:** Mtn to suppress evidence seized from 3 residences; **HELMSTETTER:** 1) Mtn to suppress letters seized 9/22/92 2) Mtn to suppress weapons & stmts made & 3) Mtn to suppress confession; **LAWRENCE:** Mtn to suppress evidence; **STERLING:** Mtn to suppress 2 guns; **ARTHUR:** Mtn to suppress pistol & rifle seized 5/6/89; **G. METZ:** 1) Mtn to suppress papers & docs seized 2/1/91; 2) Mtn to suppress confession; 3) Mtn to suppress pistol & stmts re pistol on 10/13/89. <u>Immediately</u> following this hrg, **MAG MOORE** will hear listed mtns: **HELMSTETTER:** 1) Mtn for bill of particulars; 2) Mtn for disclosure; 3) Mtn for prod of stmts; 4) Mtn for disc & inspection; 5) Mtn to adopt mtn for disc & inspection; 6) Mtn for prod of evidence; **LAWRENCE:** Mtn for bill of particulars; **STERLING:** Mtn for bill of particulars; **ARTHUR:** 1) Mtn for bill of particulars 2) Mtn to compel disclosure of impeachment info & **G. METZ:** Mtn for disc & inspection. All other mtns set to be heard 6/22/93 will be decided on briefs w/out oral arguments. (AJM) dktd 6/15/93 **(ALL DFTS)** | | | | |
| 6/18/93 | 281 | Mtn of dft Moore for ntc of Govt's intent to use evidence possibly subj to a mtn to suppress. Hrg set for **6/22/93 9:00am** w/Judge. **(MOORE)** | | | | |
| 6/18/93 | 282 | Mtn of dft Moore to adopt mtns of co-dfts. Hrg set for **6/22/93 9:00am** w/Judge. **(MOORE)** | | | | |
| 6/18/93 | 283 | Mtn of dft Moore to produce hearsay stmts. Hrg set for **6/22/93 9:00am** w/Judge. **(MOORE)** | | | | |
| 6/18/93 | 284 | Mtn of dft Moore for bill of particulars. Hrg set for **6/22/93 9:00am** w/Judge. **(MOORE)** | | | | |
| 6/18/93 | 285 | Mtn of dft in limine &/or to suppress evidence. Hrg set for **6/22/93 9:00am** w/Judge. **(MOORE)** | | | | |
| 6/18/93 | 286 | Mtn of dft Moore for disclosure of identity & whereabouts of informants. Hrg set for **6/22/93 9:00am** w/Judge. **(MOORE)** | | | | |
| 6/18/93 | 287 | Mtn of dft Moore for pre-trial hrg to determine admissibility of recordings. Hrg set for **6/22/93 9:00am** w/Judge. **(MOORE)** | | | | |
| 6/18/93 | 288 | Govt's answer and Ins Memo in Opp to dft Metz's Mtn to Suppress dft's Admissions, Statements and Confession. **(METZ)** | | | | |
| 6/18/93 | 289 | Govt's Answer and Inc Memo in Response to Dft's Mtn for Disc and Inspection. (Govt) **(METZ)** | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

MASTER DOCKET SHEET   PAGE 14

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA vs METZ, ET AL

CR. 92-469 D

| Yr. | Docket No. | Def. |

AO 256A ⊕

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------------------|-----|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 6/17/93 | 290  Mtn of dft Moore & ORDER allowing dft to adopt l) mtn for bill of particulars, 2) mtn to adopt mtns of co-dfts, 3) mtn to produce hearsay stmts; 4) mtn for ntc of Govt's intent to use evidence subj to mtn to suppress; 5) mtn in limine and/or mtn to suppress evidence; 6) mtn for disclosure of identity of informants & 7) mtn for pre-trial hearing to determine admissibility of recordings intended to be offered as evidence all of which are set for hrg on 6/22/93 9:00am. (AJM) 6/18/93 dktd 6/21/93. **(MOORE)** | | | | |
| 6/18/93 | 291  Govt's answer to dft's mtn to adopt & conform mtns of co-dfts. **(HELMSTETTER)(** | | | | |
| 6/18/93 | 292  Govt's answer in opp to dft's mtn for prod of all interview stmts of Govt witnesses which Govt does not intend to produce at trial. **(HELMSTETTER)** | | | | |
| 6/18/93 | 293  Govt's answer in opp to dft's mtn for disclosure of evidence favorable to the dft & for disclosure of impeaching evidence. **(HELMSTETTER)** | | | | |
| 6/18/93 | 294  Govt's answer to dft's mtn to suppress evidence. **(HELMSTETTER)** | | | | |
| 6/18/93 | 295  Govt's answer to dft's mtn for disclosure of evidence possibly subj to a mtn to suppress & Govt's ntc under Rule 12(d)(2). **(HELMSTETTER)** | | | | |
| 6/18/93 | 296  Govt's obj to dft's mtn for bill of particulars. **(HELMSTETTER)** | | | | |
| 6/18/93 | 297  Govt's ans to dft's mtn to suppress confessions, admissions & stmts. **(HELMSTETTER)** | | | | |
| 6/18/93 | 298  Govt's ans to dft's mtn for disc & inspection. **(HELMSTETTER)** | | | | |
| 6/18/93 | 299  Govt's ans to dft's mtn to suppress evidence re gun. **(HELMSTETTER)** | | | | |
| 6/18/93 | 300  Govt's ans to dft's mtn for reasonable pre-trial ntc of intention to offer 404(b) evidence. **(HELMSTETTER)** | | | | |
| 6/18/93 | 301  Govt's ans to dft's mtn for Govt agents to retain rough notes. **(HELMSTETTER)** | | | | |
| 6/18/93 | 302  Govt's opp to the mtn of dft for disclosure of identity, whereabouts & to interview all confidential informants. **(HELMSTETTER)** | | | | |
| 6/18/93 | 303  Govt's ans in opp to dft's mtn for pre-trial James hrg to determine existence of conspiracy & disc of co-conspirators' stmts. **(HELMSTETTER)** | | | | |

(OVER)

Interval
(per Section II)    Start Date    Ltr.   Total
End Date    Code   Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 6/18/93 | 304 | Govt's ans to dft's mtn for disclosure of evidence possibly subj to a mtn to suppress & Govt's ntc under Rule 12(d)(2). **(HELMSTETTER)** | | | | |
| 6/18/93 | 305 | Govt's mtn for reciprocal Jencks Act material. **(ALL DFTS)** | | | | |
| 6/18/93 | 306 | Govt's mtn for an extension of time to respond to specified defense mtns. Hrg set for **6/22/93 9:00am** w/Judge. **(ALL DFTS)** | | | | |
| 6/18/93 | 307 | Govt's mtn for reciprocal disc & inspection. Hrg set for **6/22/93 9:00am** w/Judge. **(ALL DFTS)** | | | | |
| 6/18/93 | 308 | Govt's ans to dft's mtn to suppress evidence. **(G. METZ)** | | | | |
| 6/18/93 | 309 | Govt's ans in opp to dft's mtn to suppress evidence seized 10/13/89. **(G. METZ)** | | | | |
| 6/18/93 | 310 | Govt's ans to dft's mtn to suppress. **(STERLING)** | | | | |
| 6/18/93 | 311 | Govt's response & obj to dft's mtn for bill of particulars. **(STERLING)** | | | | |
| 6/18/93 | 312 | Govt's response to dft's mtn to suppress physical evidence. **(STERLING)** | | | | |
| 6/18/93 | 313 | Govt's obj to mtn of dft to suppress evidence. **(STERLING)** | | | | |
| 6/18/93 | 314 | Govt's ans to dft's mtn for bill of particulars. **(LAWRENCE)** | | | | |
| 6/18/93 | 315 | Govt's opp to mtn of dft to suppress evidence. **(LAWRENCE)** | | | | |
| 6/18/93 | 316 | Govt's ans to dft's mtn to file further pre-trial mtns. **(ARTHUR)** | | | | |
| 6/18/93 | 317 | Govt's ans to dft's mtn to compel disclosure of impeachment or exculpatory evidence. **(ARTHUR)** | | | | |
| 6/18/93 | 318 | Govt's ans to dft's mtn for ntc of intention to use evidence arguably subj to suppression. **(ARTHUR)** | | | | |
| 6/18/93 | 319 | Govt's ans to dft's mtn for bill of particulars. **(ARTHUR)** | | | | |
| 6/18/93 | 320 | Govt's ans to dft's mtn to suppress physical evidence. **(ARTHUR)** | | | | |
| 6/18/93 | 321 | Govt's ans to dft's mtn to strike. **(ELWOOD)** | | | | |
| | | (CONTINUED) | | | | |

MASTER DOCKET SHEET   PAGE 15

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA vs METZ, ET AL

CR. 92-469 D

Yr. | Docket No. | Def.

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|-------------------------|------|------|------|------|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 6/18/93 | 322 | Govt's ans to dft's mtn in limine. **(ELWOOD)** | | | | |
| 6/18/93 | 323 | Govt's ans to dft's mtn to suppress. **(ELWOOD)** | | | | |
| 6/21/93 | 324 | Govt's suppl response to dft's mtn to suppress physical evidence. **(STERLING)** | | | | |
| 6/23/93 | 325 | M.E. 6/21/93: On 6/18/93, dft Moore filed the following mtns: 1)mtn for bill of particulars; 2) mtn in limine and/or to suppress evidence; 3) mtn for disclosure of identity & whereabouts & for interview of all confidential informants; 4) mtn for pre-trial hrg to determin admissibility of recordings; 5) mtn to produce hearsay stmts by co-conspirators; 6) mtn for ntc of Govt's intent to use evidence subj to a mtn to suppress & 7) mtn to adopt mtns of co-dfts. Govt is to respond to these mtns by 6/30/93. Mag Moore will hear the mtn for bill of particulars on **7/8/93 9:00am.** The Court will rule on all other mtns & will conduct an evidentiary hrg if necessary, on dft's other mtns at the status conf on **7/8/93 10:00am.** (AJM) dktd 6/23/93. **(MOORE)** | | | | |
| 6/23/93 | 326 | Response of dft to Govt's mtn for reciprocal Jencks Act material. **(ARTHUR)** | | | | |
| 6/23/93 | 327 | M.E. 6/23/93: The Court ORDERS all ptys to submit special jury voir dire questions, jury charges & jury interrogs to the Court by **7/28/93 4:30pm.** (AJM) dktd 6/24/93. **(ALL DFTS)** | | | | |
| 6/23/93 | 328 | M.E. 6/23/93: ORDER denying dft's mtn to suppress certain confessions, admission & stmts made at time of arrest 8/9/92. (AJM) dktd 6/24/93. **(G. METZ)** | | | | |
| 6/23/93 | 329 | M.E. 6/23/93: ORDERED that dft's mtn to suppress evidence seized 2/1/91 is dismissed as moot. (AJM) dktd 6/24/93. **(G. METZ)** | | | | |
| 6/23/93 | 330 | M.E. 6/23/93: On 6/18/93, Govt filed the following mtns: 1) mtn for extension of time to respond to specified defense mtns; 2) mtn for reciprocal disc & inspection and 3) mtn for reciprocal Jencks Act material. ORDERED that the mtn for extension of time is granted until 6/30/93. Any pty opposing Govt's mtn for reciprocal disc & inspection and the mtn for reciprocal Jencks Act material is to file opp by 6/28/93 5:00pm. Mtns will then be submitted on briefs w/o hrg. (AJM) dktd 6/24/93. **(ALL DFTS)** | | | | |
| 6/23/93 | 331 | ME. 6/23/93: ORDER denying dft's mtn to suppress certain weapons seized 5/6/89. (AJM) dktd 6/24/93. **(ARTHUR)** | | | | |

(OVER)

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 6/23/93 | 332 | M.E. 6/23/93: ORDER denying the mtn of dft for ntc of intention to use evidence subj to suppression. (AJM) dktd 6/24/93. **(ARTHUR)** | | | | |
| 6/23/93 | 333 | M.E. 6/23/93: ORDER granting the mtn of dft for pre-trial disclosure of any Rule 404(b) evidence Govt intends to introduce at trial. Ntc to be given by Govt by 7/28/93. (AJM) dktd 6/24/93. **(ARTHUR)** | | | | |
| 6/23/93 | 334 | M.E. 6/23/93: ORDER denying the mtn of dft to suppress 8 letters seized 9/22/92. (AJM) dktd 6/24/93. **(HELMSTETTER)** | | | | |
| 6/23/93 | 335 | M.E. 6/23/93: ORDER denying the mtn of dft to suppress 9 mm pistol. Dft further moved to suppress stmts of any all witnesses re 4/5/90 & mtn is denied for lack of standing. Further ORDER denying dft's mtn to suppress any stmt made by him in connection w/his arrest on 4/15/90 as moot. (AJM) dktd 6/24/93. **(HELMSTETTER)** | | | | |
| 6/23/93 | 336 | M.E. 6/23/93: ORDER denying as moot dft's mtn to suppress confessions, admission & stmts. (AJM) dktd 6/24/93. **(HELMSTETTER)** | | | | |
| 6/23/93 | 337 | M.E. 6/23/93: ORDER denying dft's mtn for a pre-trial evidentiary hrg to determine the existence of a conspiracy. (AJM) dktd 6/24/93. **(HELMSTETTER)** | | | | |
| 6/23/93 | 338 | M.E. 6/23/93: ORDER granting the mtn of dft for pre-trial disclosure of any Rule 404(b) evidence Govt intends to introduce at trial. Ntc to be given to dft by 7/28/93. To the extend dft's mtn seeks more, it is denied. (AJM) dktd 6/24/93. **(HELMSTETTER)** | | | | |
| 6/23/93 | 339 | M.E. 6/23/93: ORDER granting dft's mtn for Govt agents to retain rough notes. Any rough notes taken by Govt agents of interviews of trial witnesses be preserved & filed w/Clerk under seal at the PTC 7/28/93 4:30pm for Court's in camera review & to include as listed. (AJM) dktd 6/24/93. **(HELMSTETTER)** | | | | |
| 6/23/93 | 340 | M.E. 6/23/93: ORDER denying the mtn of dft for ntc of Govt's intent to use evidence subj to a mtn to suppress if it seeks more than listed. (AJM) dktd 6/24/93. **(HELMSTETTER)** | | | | |
| 6/23/93 | 341 | M.E. 6/23/93: ORDER that dft's mtn in limine seeking to exclude certain photos of persons who died as a result of gunshot wounds will be ruled on at a later time after the Court has had an opportunity to view the photos. The Court also defers ruling on that portion of the mtn seeking to exclude evidence surrounding events which occurred on 7/12/91 until the Court receives Govt's opp to this mtn. (AJM) dktd 6/24/93. **(ELWOOD)** | | | | |

(CONTINUED)

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

MASTER DOCKET SHEET    PAGE 16

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

USA vs METZ, ET AL

AO 256A ⊕

CR. 92-469D

| | Yr. | Docket No. | Def. |

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|----------------|--------------------------|---------------------|
| | | | (a) | (b) | (c) | (d) |

| DATE | | PROCEEDINGS (continued) |
|------|------|--------------------------|
| 6/23/93 | 342 | M.E. 6/23/93: ORDER denying dft's mtn to strike suprlusage. (AJM) dktd 6/24/93. **(ELWOOD)** |
| 6/23/93 | 343 | M.E. 6/23/93: ORDER that dft's mtn to suppress evidence seized from Sandlewood & Lake Kennilworth locations is moot as Govt does not intend to introduce any evidence. Further denying the mtn to suppress re the Rickert Street residence. (AJM) dktd 6/24/93. **(ELWOOD)** |
| 6/23/93 | 344 | M.E. 6/23/93: ORDER denying the mtn of dft to suppress certain guns seized 9/9/92. (AJM) dktd 6/24/93. **(STERLING)** |
| 6/23/93 | 345 | M.E. 6/23/93: ORDER denying the mtn of dft to suppress all evidence seized 9/10/91 at Warrington Dr address. (AJM) dktd 6/24/93. **(STERLING)** |
| 6/23/93 | 346 | M.E. 6/23/93: The Court grants the mtn of dft to adopt & conform other mtns filed insofar as it permits the dft to adopt mtns of co-dfts that are general in nature & seek relief that would be equally applicable to all dfts. The Court denies the mtn to adopt previously filed mtns relative to the orig indict. (AJM) dktd 6/24/93. **(LAWRENCE)** |
| 6/25/93 | 347 | M.E. 6/22-23/93: Hrg on misc mtns: **ARTHUR:** 1) mtn for a Bill of Particulars - sufficient & defense satisfied as listed; 2) Mtn to compel disclosure of impeachment or exculpatory info - defense satisified; **LAWRENCE:** 1) Mtn of Bill of Particulars - response by Govt sufficient & defense satisified to cts listed. **G. METZ:** 1) Mtn for disc & inspection - 1-6 defense is satisfied & #7 Govt amended its ans orally; **HELMSTETTER:** 1)Mtn for Bill of Particulars - Mag adopted the ruling previously entered by Mag Wynne (doc #196); 2) Mtn for disclosure of identity & whereabouts & for interview of all informants - adopted from Mag Wynne; 3) Mtn for prod of all interview stmts of witnesses that Govt does not intend to produce at trial - adopted from Mag Wynne; 5) mtn to adopt mtn for disc & inspection - granted & dft shall adhere to rulings entered; 6) Mtn for prod of evidence favorable to dft & for disclosure of impeaching evidence - Govt to provide any Brady materials; 4) Mtn for disc & inspection - responses are sufficient by Govt. (MAG. MOORE) dtkd 6/25/93. **(ARTHUR, LAWRENCE, G. METZ, HELMSTETTER)** |
| 6/28/93 | 348 | Ans of dft to Govt's mtn for disc. **(D. METZ)** |

(over)

| | | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|-----|-----|-----|-----|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 6/22/93 | 349 | Hrg on dft's mtn to suppress confessions, admissions & stmts & to suppress .380 pistol seized on 10/13/89 - exhibits offered. Witnesses sworn & testified. Mtns both submitted. ORDERED that weapons be returned to custody of Govt. (AJM) dktd 6/29/93. **(G. METZ)** | | | | |
| 6/22/93 | 350 | Hrg on dft's mtn to suppress - witnesses sworn & testified. exhibits offered. Dft remanded. Matter submitted. ORDERED that weapons be returned to custody of Govt. (AJM) dktd 6/29/93. **(ARTHUR)** | | | | |
| 6/22/93 | 351 | Hrg on dft's mtn to suppress - witnesses sworn & testified; exhibits offered. dft remanded. Matter submitted. ORDERED that weapons be returned to custody of Govt. (AJM) dktd 6/29/93. **(HELMSTETTER)** | | | | |
| 6/22/93 | 352 | Hrg on dft's mtn to suppress - witnesses sworn & testified; exhibits offered; dft remanded; matter submitted. ORDERED that weapons be returned to custody of Govt. (AJM) dktd 6/29/93. **(ELWOOD)** | | | | |
| 6/22/93 | 353 | Hrg on dft's mtn to suppress weapons seized 9/27/90, seized 12/31/91 & to suppress stmts - Witnesses sworn & testified; exhibits offered; dft remanded. Mtns are submitted. ORDERED that weapons be returned to custody of Govt. (AJM) dktd 6/29/93. **(LAWRENCE)** | | | | |
| 6/22/93 | 354 | Hrg on dft's mtn to suppress - witnesses sworn & testified; exhibits offered; dft remanded; matter is submitted. ORDERED that weapons be returned to custody of Govt. (AJM) dktd 6/29/93. **(STERLING)** | | | | |
| 6/30/93 | 355 | M.E. 6/23/93: ORDERED that dft's mtn to suppress 2 handguns & clips of ammo seized 3/25/92 is denied. (AJM) dktd 6/30/93. **(STERLING)** | | | | |
| 6/30/93 | 356 | M.E. 6/23/93: ORDERED that the mtn of dft to suppress an Astra .380 pistol seized 10/13/89 is denied. Re the stmt dft made on that date, the mtn to suppress those stmts is dismissed as moot. (AJM) dktd 6/30/93. **(G. METZ)** | | | | |
| 6/30/93 | 357 | Govt's ans to dft's mtn to dismiss or to elect Cts. 1 or 8 on the grounds of multiplicity. **(ARTHUR)** | | | | |
| 6/30/93 | 358 | Govt's ans to dft's mtn for a pre-trial hrg to determine admissibility of recordings. **(MOORE)** | | | | |
| 6/30/93 | 359 | Govt's ans to dft's mtn to adopt & conform mtns of co-dfts. **(MOORE)** | | | | |

(CONTINUED)

MASTER DOCKET SHEET   PAGE 17

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

AO 256A ⊕

USA vs METZ, ET AL

CR. 92–469D

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | | V. EXCLUDABLE DELAY | | |
|------|------------|--|-----|-----|-----|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 6/30/93 | 360 | Govt's opp to dft's mtn for disclosure of identity, whereabouts & for interview of all informants. **(MOORE)** | | | |
| 6/30/93 | 361 | Govt's ans to dft's mtn for prod of co-conspirator's stmts. **(MOORE)** | | | |
| 6/30/93 | 362 | Govt's obj to dft's mtn for bill of particulars. **(MOORE)** | | | |
| 6/30/93 | 363 | Govt's ans to dft's mtn for disclosure of evidence possibly subj to a mtn to suppress & Govt's ntc under Rule 12(d)(2). **(MOORE)** | | | |
| 6/30/93 | 364 | Govt's opp to dft's mtn in limine and/or mtn to suppress evidence. **(MOORE)** | | | |
| 6/30/93 | 365 | Govt's ans to dft's mtn to suppress evidence seized 7/12/92. **(ELWOOD)** | | | |
| 7/1/93 | 366 | Govt's ans to dft's mtn to dismiss Ct. 1 of the indict. **(ELWOOD)** | | | |
| 7/2/93 | 367 | M.E. 7/1/93: ORDERED that the mtn of dft to suppress weapons seized 9/27/90 is deferred as the Court will hold another evidentiary hrg on **7/8/93 10:00am** for purposes of taking testimony from Officer Kelly. ORDERED that the mtn to suppress the cocaine & any other items seized from Tolliver's vehicle is denied & other rulings as listed. (AJM) dktd 7/2/93. **(LAWRENCE)** | | | |
| 7/2/93 | 368 | M.E. 7/2/93: On **7/8/93**, the Court will hold a status conf w/all attys. Immediately following the status conf, the Court will hear testimony from Officer Kelly in connection with Lawrence's mtn to suppress weapons seized on 9/27/90. The Court will then hold an evidentiary hrg on Moore's mtn to suppress evidence. All other mtns filed by dft Moore will be decided by this Court on briefs w/o hrg w/the exception of dft's mtn for bill of particulars which will be heard by Mag Moore **7/8/93 9:00am.** (AJM) dktd 7/2/93. **(ALL DFTS)** | | | |
| 7/2/93 | 369 | M.E. 7/2/93: ORDERED that the mtn of dft Elwood to suppress evidence seized from Room 102 of the Holiday Inn is denied. (AJM) dktd 7/2/93. **(ELWOOD)** | | | |

(over)

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 7/6/93 | 370 | M.E. 7/2/93: ORDER denying the mtn of dft Elwood to dismiss Ct. 1 of superseding indict. Further denying dft's mtn in limine seeking exclusion of evidence of drug transaction listed. However, to the extent that dft's mtn seeks exclusion of dft's conviction & sent in Elwood I, the mtn is granted. (AJM) dktd 7/6/93. **(ELWOOD)** | | | | |
| 7/6/93 | 371 | M.E. 7/6/93: In regard to Govt's mtn for reciprocal disc, the Govt is ordered to submit to the court listed items re the disc materials that they furnished attys Rakosky & McGuire either in response to this Court order or in response to defense mtns. Govt to submit these materials by 7/8/93 10:00am. (AJM) dktd 7/6/93. **(ALL DFTS)** | | | | |
| 7/7/93 | 372 | M.E. 7/6/93: ORDERED that the mtn of dft Arthur to dismiss or to elect cts. 1 or 8 on grounds of multiplicity is denied. (AJM) dktd 7/7/93. **(ARTHUR)** | | | | |
| 7/7/93 | 373 | M.E. 7/7/93: ORDERED that Govt's mtn for reciprocal Jencks Act Material is granted. (AJM) dktd 7/7/93. **(ALL DFTS)** | | | | |
| 7/7/93 | 374 | M.E. 7/6/93: ORDERED that the mtn of dft Moore to adopt mtns of co-dfts is granted insofar as it permits the dft to adopt mtns of co-dfts which are general in nature & which seek relief that would be equally applicable to all dfts. (AJM) dktd 7/7/93. **(MOORE)** | | | | |
| 7/7/93 | 375 | M.E. 7/6/93: ORDERED that dft Moore's mtn for ntc of Govt's intent to use evidence possibly subj to a mtn to suppress is denied to the extent that dft's mtn seeks more than is listed. (AJM) dktd 7/7/93. **(MOORE)** | | | | |
| 7/7/93 | 376 | M.E. 7/6/93: ORDERED that dft's mtn to produce hearsay stmts made by co-conspirators is denied. (AJM) dktd 7/7/93. **(MOORE)** | | | | |
| 7/7/93 | 377 | M.E. 7/6/93: ORDERED that dft's mtn for pre-trial hrg to determine admissibility of recordings intended to be offered into evidence is denied. Dft also urged that a pre-trial hrg would be necessary to apprise him of the evidence that would be offered agst him. As Govt has previously made available to all dfts copies of all audio & video recordings w/transcripts, dft's req for a hearing on this basis is moot. (AJM) dktd 7/7/93. **(MOORE)** | | | | |

(CONTINUED)



MASTER DOCKET SHEET   PAGE 18

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET**   *U. S. vs*

USA vs METZ, ET AL

CR. 92-469 "D"

AO 256A ⊕

| | | | Yr. | Docket No. | Def. |

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------|------|------|
| | | | (a) | (b) | (c) | (d) |
| 7/7/93 | 378 | M.E. 7/7/93: ORDERED that ruling on dft's mtn for disclosure of identity & whereabouts & for interview of all confidential informants until the Govt submits to the Court for an in camera review, a memo setting forth the level of informant's involvement in the criminal activity & Govt's interest in non-disclosure by 7/13/93 12:00noon. (AJM) dktd 7/7/93. **(MOORE)** | | | | |
| 7/7/93 | 379 | Govt's req for trial subps; 25 issd. **(ALL DFTS)** | | | | |
| 7/8/93 | 380 | Hrg held on dft's mtn to suppress – dft present. Witnesses sworn & testified. Dft remanded. Matter submitted. (AJM) dktd 7/9/93. **(MOORE)** | | | | |
| 7/8/93 | 381 | Hrg on dft's mtn to suppress weapons seized 9/27/90 – dft present. Matter cont from 6/22/93. Witnesses sworn & testified. Dft remanded. Matter submitted. (AJM) dktd 7/9/93. **(LAWRENCE)** | | | | |
| 7/9/93 | 382 | M.E. 7/9/93: ORDER that Govt's mtn for reciprocal disc & inspection is granted as to all dfts. All dfts are ORDERED to deliver to US Atty by 7/23/93 12:00noon listed items. (AJM) dktd 7/9/93. **(ALL DFTS)** | | | | |
| 7/9/93 | 383 | Mtn of dft for an ex-parte protoective order & UNSIGNED ORDER. **(ARTHUR)** | | | | |
| 7/8/93 | 384 | M.E. 7/8/93: hrg on dft's mtn for bill of particulars – defense counsel advised Court that they are satisfied w/Govt's responses. (MAG. MOORE) dktd 7/12/93. **(MOORE)** | | | | |
| 7/9/93 | 385 | M.E. 7/9/93: On 7/8/93, Court held status conf w/ listed counsel. ORDERED that 1) all counsel are to submit to Court any proposed jury voir dire questions & jury charges & mtns in limine at PTC 7/28/93 4:30pm. Govt is to make known to defense counsel Rule 404(b) evidence by 7/26/93 12:00noon; Govt to edit portions of dfts' letters to be introduced into evidence & provide same to defense counsel by 7/26/93 12:00noon & Govt to provide defense counsel w/list of witnesses who have testified at other related trials by 7/9/93 4:00pm. (AJM) dktd 7/12/93. **(ALL DFTS)** | | | | |
| 7/9/93 | 386 | SEALED DOCUMENT. | | | | |
| 7/12/93 | 387 | M.E. 7/12/93: ORDER denying dft's mtn to suppress weapons seized 9/22/93. To the extent that dft moves to suppress his stmts made at the scene, the Court finds that dft was interrogated at the scene. (AJM) dktd 7/12/93. **(LAWRENCE)** | | | | |

(OVER)

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |



UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
   AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 7/12/93 | 388 | M.E. 7/12/93: ORDER granting the mtn of dft Moore to suppress Glock .10 mm pistol & magazine seized 8/23/91. (AJM) dktd 7/12/93. **(MOORE)** | | | | |
| 7/12/93 | 389 | Mtn of witness Rosemary Metz to quash trial subp. Hrg set for **8/4/93 2:00pm** w/Judge. **(ALL DFTS)** | | | | |
| 7/12/93 | 390 | M.E. 7/12/93: Hrg on dft Sterling's mtn for bill of particulars was held 6/22/93 w/Mag. Defense counsel advised that he was satisfied w/Govt's response. (MAG. MOORE) dktd 7/13/93. **(STERLING)** | | | | |
| 7/13/93 | 391 | SEALED DOCUMENT. | | | | |
| 7/13/93 | 392 | M.E. 7/13/93: ORDER denying dft Moore's mtn for disclosure of identity & whereabouts & for interview of all confidential informants. (AJM) dktd 7/13/93. **(MOORE)** | | | | |
| 7/14/93 | 393 | SEALED DOCUMENT. | | | | |
| 7/14/93 | 394 | SEALED DOCUMENT. | | | | |
| 7/15/93 | 395 | SEALED DOCUMENT. | | | | |
| 7/14/93 | 396 | M.E. 7/14/93: ORDERED that the mtn of dft Arthur for reconsideration or for stay pending appeal filed under seal is denied as to both requests. (AJM) dktd 7/15/93. **(ARTHUR)** | | | | |
| 7/14/93 | 397 | M.E. 7/14/93: ORDERED that the Govt respond to Rosemary Metz's mtn to quash subp by 7/23/93 2:00pm. (AJM) dktd 7/15/93. **(ALL DFTS)** | | | | |
| 7/15/93 | 398 | Authorization for payment to atty John Musser in the amt of $3,795.50 for services. (AJM) 7/14/93 dktd 7/16/93. **(HELMSTETTER)** | | | | |
| 7/15/93 | 399 | Authorization for payment to atty Dominick Tamburo in the amt of $1,239.01 for services. (AJM) 7/14/93 dktd 7/16/93. **(G. METZ)** | | | | |
| 7/16/93 | 400 | Mtn of dft Arthur to seal ntc of appeal – mtn is denied. (EBC for AJM) dktd 7/16/93. **(ARTHUR)** | | | | |
| 7/16/93 | 401 | **NOTICE OF APPEAL** by dft Arthur Court's order of 7/9/93 which granted Govt's mtn for reciprocal disc & inspection & Court's order of 7/14/93 denying dft's ex-parte mtn for reconsideration or for stay pending appeal. **(ARTHUR)** | | | | |

**(CONTINUED)**



MASTER DOCKET SHEET  PAGE 19

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  *U. S. vs*

USA v METZ, ET AL

AO 256A ⊕

CR 92-469 "D"

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------|---------------------|
|      | (Document No.) | (a) \| (b) \| (c) \| (d) |
| 7/21/93 | 402  SEALED DOCUMENT | |
| 7/23/93 | 403  5TH CIRCUIT ORDER: ORDERED that appellant's mtn for stay pending appeal is denied & that appellant's mtn to seal these proceedings is granted. (BUHE, KING & E. GARZA) **(ARTHUR)** | |
| 7/23/93 | 404  Govt's opp to the mtn of Rosemary Metz to quash subp. **(ALL DEFTS)** | |
| 7/23/93 | 405  Mtn of dft & ORDER that subp be issd to New Court Inn w/o costs. (AJM) 7/26/93 dktd 7/27/93. (1 subp issd) **(HELMSTETTER)** | |
| 7/23/93 | 406  Mtn of dft & ORDER that subps be issd to Lakeshia Johnson & O'Neill Ford w/o costs. (AJM) 7/26/93 dktd 7/27/93. (2 subps issd) **(HELMSTETTER)** | |
| 7/26/93 | 407  **SEALED DOCUMENT.** | |
| 7/27/93 | 408  M.E. 7/26/93: ORDER denying the mtn of Rosemary Metz to quash trial subp. (AJM) dktd 7/27/93. **(ALL DFTS)** | |
| 7/28/93 | 409  M.E. 7/28/93: The Court dismisses as moot 1) dft Arthur's mtn to strike prejudicial surplusage; 2) dft Arthur's mtn to suppress physical evidence; 3) dft G. Metz's mtn to suppress confessions, admissions & stmts; 4) dft G. Metz's mtn to suppress illegally obtained evidence; 5) dft G. Metz's mtn to prod docs; 6) dft Lawrence's mtn to suppress & 7) dft G. Metz's mtn to suppress illegally obtained evidence, all these mtns were filed under the orig indictment. (AJM) dktd 7/28/93. **(ARTHUR, G. METZ & LAWRENCE)** | |
| 7/27/93 | 410  Transcript of proceedings in mtn to suppress taken 6/22/93 w/Judge. **(G. METZ, ARTHUR, HELMSTETTER, ELWOOD, LAWRENCE & STERLING)** | |
| 7/27/93 | 411  Testimony transcript of Leanora Magaletta taken 6/22/93 bfr Judge. **(G. METZ, ATHUR, HELMSTETTER, ELWOOD, LAWRENCE & STERLING)** | |
| 7/28/93 | 412  Govt's mtn to compel testimony of John Coman. Hrg set for **8/4/93 9:00am** w/Judge. **(ALL DFTS)** | |
| 7/29/93 | 413  SEALED DOCUMENT | |
| 7/29/93 | 414  Suggested Voir Dire themes. **(G. ARTHUR)** | |
| 7/29/93 | 415  Mtn by dft, in limine No. 1 to exclude evidence (ltrs) set 8/9/93 at 8am (at the trial). **(G. ARTHUR)** | |

*(over)*

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 7/29/93 | 416   Mtn by dft, in limine No. 2 to exclude evidence (photographs); set for hrg 8/9/93 at 8am at the trial. **(G. ARTHUR)** | | | | |
| 7/29/93 | 417   Mtn by dft, in limine No. 3 to exclude evidence (newspaper articles); hrg set 8/9/93 at 8am at the trial. **(G. ARTHUR)** | | | | |
| 7/29/93 | 418   M.E. 7/29/93: PTC held 7/28/93 w/Judge. ORDERED that counsel follow listed criteria for trial. Counsel for dfts' G Metz, D. Metz & Tolliver to file opp to Govt's mtn to compel testimony of John Coman by 8/3/93 4:00pm. Further atty John Musser to file appropriate pleadings to adopt and/or add to the mtns in limine already submitted by 8/3/93 12:00noon. Govt to file their mtn in limine to exclude Wilfred Carr's testimony re polygraph test by 8/2/93 12:00noon & opps due 8/6/93 12:00noon. Govt also to file its opp to the 3 mtns in limine by 8/3/93 4:00pm. (AJM) dktd 7/29/93. **(ALL DFTS)** | | | | |
| 7/29/93 | 419   Authorization for payment to Arlene Movahed in the amt of $104.00 for transcript. (AJM) 7/28/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 420   Authorization for payment to Arlene Movahed in the amt of $60.00 for transcript. (AJM) 7/28/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 421   Authorization for payment to Joe D Williams in the amt of $8.25 for transcript. (AJM) 7/28/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 422   Authorization for payment to Joe Williams in the amt of $9.00 for transcript. (AJM) 7/28/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 423   Authorization for payment to Joe Williams in the amt of $105.00 for transcript. (AJM) 7/28/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 424   Authorization for payment to Joe Williams in the amt of $20.25 for transcript. (AJM) 7/28/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 425   Authorization for payment to Joe Williams in the amt of $14.25 for transcript. (AJM) 7/28/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 426   Authorization for payment to Joe Williams in the amt of $11.25 for transcript. (AJM) 7/28/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 427   Authorization for payment to Joe Williams in the amt of $20.25 for transcript. (AJM) 7/28/93 dktd 7/30/93. **(G. METZ)** | | | | |

(CONTINUED)

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

MASTER DOCKET SHEET    PAGE 20

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

USA v METZ, ET AL

AO 256A ⊕

CR. 92-469D

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | |
| 7/29/93 | 428 Authorization for payment to Toni Tusa in the amt of $204.00 for transcript. (AJM) 7/29/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 429 Authorization for payment to Toni Tusa in the amt of $128.00 for transcript. (AJM) 7/29/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 430 Authorization for payment to Toni Tusa in the amt of $348.00 for transcript. (AJM) 7/29/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 431 Authorization for payment to Toni Tusa in the amt of $196500 for transcript. (AJM) 7/29/93 dktd 7/30/93. **(G. METZ)** | | | | |
| 7/29/93 | 432 Mtn by dft & ORDER that subp be issd to Ms. Eliza McKinley Williams w/o cost. (AJM) 7/30/93 dktd 8/2/93; 1 subp issd. **(HELMSTETTER)** | | | | |
| 08/02/93 | 433 Memorandum of John M. Coman, Jr. regarding atty-client privilege (in re to doc # 412) **(ALL DFTS)** | | | | |
| 8/2/93 | 434 Ret of subps to New Court Inn svd 8/2/93 & O'Neill Ford svd 7/30/93. **(G. METZ)** | | | | |
| 8/3/93 | 435 SEALED DOCUMENT. | | | | |
| 8/3/93 | 436 Ans of dft to Govt's mtn in limine re use of evidence of a polygraph exam of Wilfred Carr. **(ARTHUR)** | | | | |
| 8/3/93 | 437 Mtn of dft Helmstetter no 1 to exclude evidence (letters). No hrg date set. To be decided by Judge. **(HELMSTETTER)** | | | | |
| 8/3/93 | 438 Opp of dft Tolliver to Govt's mtn to compel testimony of said dft. **(TOLLIVER)** | | | | |
| 8/2/93 | 439 Govt's mtn and ORDER that videotape "Exhibit B" submitted w/the Govt's memo in opp to dft's mtn to suppress is released to the Govt. (AJM) dktd 8/4/93 Govt. received same 8/3/93. **(LAWRENCE)** | | | | |
| 8/5/93 | 440 M.E. 8/5/93: ORDER granting Govt's mtn to compel testimony from atty John Coman if the Govt first makes out a prima facie case that the atty-client relationship at issue was used to promote an intended criminal activity. (AJM) dkdt 8/5/93. **(ALL DFTS)** | | | | |
| | (OVER) | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
    **AO 256A**

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 8/4/93 | 441 | **5th Circuit Order:** Entry of appellant Arthur's dismissal of appeal pursuant to Rule 42 & 42.1 dismissed 8/3/93. **(ARTHUR)** | | | | |
| 8/5/93 | 442 | **SEALED DOCUMENT.** | | | | |
| 7/30/93 | 443 | Govt's mtn in limine re use of evidence of a polygraph exam of Wilfred Carr. To be decided by Judge at trial. **(ALL DFTS)** | | | | |
| 8/3/93 | 444 | Govt's ans to dft's mtn in limine no 3 to exclude evidence (newspaper articles). **(ARTHUR)** | | | | |
| 8/3/93 | 445 | Govt's ans to dft's mtn in limine no 1 to exclude evidence (letters). **(ARTHUR)** | | | | |
| 8/6/93 | 446 | Suppl by dft Arthur to his mtn in limine no 1. **(ARTHUR)** | | | | |
| 8/6/93 | 447 | M.E. 8/6/93:ORDERED that the Court finds Govt's mtn in limine re use of polygraph exam of Wilfred Carr to be premature. (AJM) dktd 8/6/93. **(ALL DFTS)** | | | | |
| 8/9/93 | 448 | Mtn of dft in limine no 4 to remove metal detector from courtroom entrance. To be decided by Judge. No hrg date set. **(ARTHUR)** | | | | |
| 8/9/93 | 449 | M.E. 8/6/93: ORDERED that the Court defers ruling on dft Arthur's mtns in limine No. 1 & 2 & denies dft's mtn in limine no 3 to exclude newspaper articles. (AJM) dktd 8/9/93. **(ARTHUR)** | | | | |
| 8/9/93 | 450 | **JURY TRIAL:** All present & ready. All dfts present. Jury called & sworn. Dft D Metz urged for Batson challenge on jurors 2,15,16,23,51 & 78 – denied. Govt orally moved to dismiss Cts. 8 & 19 of the indict agst dfts Moore, Elwood, Arthur & Helmstetter & to strike Overt Act 6 in Ct. 1 and Over Act 10 in Ct. 1 to strike the name of "a/k/a Vamp" after name of Lester Duplessis – granted; Jury returned to Courtroom & Govt moved for sequestration of witnesses – granted; Jury again excused; Dft Lawrence orally moved for mistrial – denied; **TRIAL** is cont to **8/10/93 9:00am** w/Judge. Dfts remanded; Court adjourned. (AJM) dktd 8/11/93. **(ALL DFTS)** | | | | |
| 8/10/93 | 451 | Opp of dft G Metz to Govt's introduction of evidence pursuant to Rule 404(b). **(G. METZ)** | | | | |
| 8/10/93 | 452 | Ret of subp to Lakeshia Johnson svd 8/6/93. **(HELMSTETTER)** | | | | |
| | | (CONTINUED) | | | | |

Interval
(per Section II)    Start Date   Ltr.   Total
        End Date   Code Days

MASTER DOCKET SHEET   PAGE 21

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

USA v G. Metz, ET AL

AO 256A ⊕

CR. 92-469D

| | | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 8/10/93 | 453 | M.E. 8/10/93: ORDER denying the mtn of dft Arthur in limine No. 4 to remove the metal detector at the Courtroom for reasons given. (AJM) dktd 8/11/93. **(ARTHUR)** | | | | |
| 8/10/93 | 454 | **JURY TRIAL (cont from 8/9/93):** All present & ready. Witnesses sworn & testified. Outside of jury, dft Arthur orally moved for mistrial - denied. Interpreter Eva Rodriguez designated & sworn by Court. Jury again excused. Dft Arthur & joined by all dfts filed written mtn for mistrial - mtn is denied. Trial is cont to **8/11/93 9:00am w/Judge.** Dfts remanded. Court adjourned. (AJM) dktd 8/11/93. **(ALL DFTS)** | | | | |
| 8/10/93 | 455 | **SEALED DOCUMENT.** | | | | |
| 8/9/93 | 456 | Mtn of Jefferson Parish Sheriff's Office to quash subp for various investigative docs. To be decided by Judge. **(ARTHUR)** | | | | |
| 8/11/93 | 457 | Mtn of dft Elwood & ORDER that subp be issd for Ralph Coleman to appear for testimony & USM serve same w/o costs. (AJM) dktd 8/11/93. (1 subp issd) **(ELWOOD)** | | | | |
| 8/11/93 | 458 | Petn of dft Elwood for writ of H/C ad test be issd to LA Dept of Corrections to deliver Charles Ambeau 8/23/93 9:00am for trial testimony. (AJM) dktd 8/11/93. (1 writ issd) **(ELWOOD)** | | | | |
| 8/11/93 | 459 | Petn of dft Elwood for writ of H/C ad test be issd for Federal Prison Camp to deliver body of Ernest Marrero 9/23/93 9:00am for trial testimony. (AJM) dktd 8/11/93. (1 writ issd) **(ELWOOD)** | | | | |
| 8/11/93 | 460 | **SEALED DOCUMENT.** | | | | |
| 8/10/93 | 461 | Mtn of dft Arthur for mistrial - see Court's order of 8/11/93. (joint by all dfts) **(ALL DFTS)** | | | | |
| 8/11/93 | 462 | **JURY TRIAL (cont from 8/10/93):** All present & ready. Dfts present. Witnesses sworn & testified. Interpreter Eva Rodriguez designated by Court. Trial is cont to **8/12/93 9:00am w/Judge.** Dfts remanded. Court adjourned. (AJM) dktd 8/12/93. **(ALL DFTS)** | | | | |
| 8/12/93 | 463 | Petn of dft Elwood & ORDER that writ be issd to Warden BOP, Federal Prison Camp to surrender body of Ernest Marrero 8/23/93 9:00am for testimony at no cost. (AJM) dktd 8/13/93. (1 writ issd) **(ELWOOD)** | | | | |

**(OVER)**

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 8/12/93 | 464 | Petn of dft Elwood & ORDER that writ ad test be issd to BOP to deliver body of Charles Ambeau 8/23/93 9:00am for trial. (AJM) 8/11/93 dktd 8/13/93. (1 writ issd) **(ELWOOD)** | | | | |
| 8/12/93 | 465 | **JURY TRIAL (cont from 8/11/93):** All present & ready. Dfts present. Witnesses sworn & testified. Trial is cont to **8/13/93 9:00am** w/jUdge. Dfts remanded. Court adjourned. (AJM) dktd 8/13/93. **(ALL DFTS)** | | | | |
| 8/13/93 | 466 | Petn of dft Elwood & ORDER that writ ad test be issd to BOP to surrender Joseph Reed 8/13/93 9:00am for trial w/o costs. (AJM) dktd 8/16/93. **(ELWOOD)** | | | | |
| 8/13/93 | 467 | **JURY TRIAL (cont from 8/12/93):** All present & ready. Dfts present, Witnesses sworn & testified. Trial is cont to **8/16/93 9:00am** w/jUdge. Dfts remanded. Court adjourned. (AJM) dktd 8/16/93. **(ALL DFTS)** | | | | |
| 8/16/93 | 468 | Govt's mtn to quash subp issd to Jefferson Parish Sheriff's Office. To be heard by Judge. No date set. **(ARTHUR)** | | | | |
| 8/16/93 | 469 | Mtn of dft Arthur to enjoin grand jury abuse & other appropriate relief. To be heard by Judge. No hrg date set. **(ARTHUR)** | | | | |
| 8/16/93 | 470 | **JURY TRIAL (cont from 8/13/93):** All present & ready. Dfts present, Witnesses sworn & testified. Outside of jury, Court heard mtn of Joseph Orticke to quash subp issd by dft Arthur - submitted. Trial is cont to **8/17/93 9:00am** w/Judge. Dfts remanded. Court adjourned. (AJM) dtkd 8/17/93. **(ALL DFTS)** | | | | |
| 8/16/93 | 471 | Mtn of Joseph Orticke to quash subp. Submitted to be ruled on by Judge. (see Court's minutes 8/16/93) **(ARTHUR)** | | | | |
| 8/17/93 | 472 | **MEMO TO ALL PERSONS PROVIDING SERVICES (CJA) RE INTERIM PAYMENTS FOR SERVICES OTHER THAN COUNSEL** to be adherred to as listed. (AJM) (5th Circuit Judge Edith Jones) 8/12/93 dtkd 8/17/93. **(ALL DFTS)** | | | | |
| 8/17/93 | 473 | **SEALED DOCUMENT.** | | | | |
| 8/17/93 | 474 | Mtn of dft Helmstetter & ORDER that subps be issd w/o cost to Jake Schnapp, Robert Fulton, Kenneth Watts & Merill Bolling for testimony 8/23/93 9:00am. (AJM) dktd 8/18/93. (4 subps issd) **(HELMSTETTER)** | | | | |
| | | (CONTINUED) | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|--|--|--|--|--|

MASTER DOCKET SHEET   PAGE 22



UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA vs METZ, ET AL

CR. 92-469D

| | Yr. | Docket No. | Def. |

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|-----|-----|-----|-----|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 8/17/93 | 475 | Mtn of dft Elwood & ORDER that subp be issd w/o costs to Police Superintendent. (AJM) dktd 8/18/93. (1 subp issd) **(ELWOOD)** | | | | |
| 8/17/93 | 476 | **JURY TRIAL (cont from 8/16/93):** All present & ready. Dfts present. Witnesses sworn & testified. Trial is cont to **8/18/93 8:30am** w/JUdge. Dfts remanded. Court adjourned. (AJM) dktd 8/18/93. **(ALL DFTS)** | | | | |
| 8/18/93 | 477 | Mtn of dft G. Metz & ORDER that Richard Wall, Warden Avoyelles Correctional Center deliver body of Terrel Roebuck 8/23/93 9:00am for trial testimony. (AJM) dktd 8/18/93. (1 writ issd) **(G. METZ)** | | | | |
| 8/18/93 | 478 | Mtn of dft G Metz & ORDER that writ of H/C ad test be issd to Sheriff Charles Foti to release John Gibbs 9/23/93 9:00am for trial testimony. (AJM) dktd 8/18/93. (1 writ issd) **(G. METZ)** | | | | |
| 8/18/93 | 479 | M.R. of writ for H/C ad test issd to BOP to release Joseph Reed for trial - exec 8/13/93. **(ELWOOD)** | | | | |
| 8/18/93 | 480 | Req for trial subps by dft Sterling; 3 issd. **(STERLING)** | | | | |
| 8/18/93 | 481 | **JURY TRIAL (cont from 8/17/93):** All present & ready. Dfts present. Witnesses sworn & testified. Outside of jury, dfts Elwood & Helmstetter orally moved for mistrail - denied. Again outside of jury, dft Helmstetter moved for mistrial - denied. Stip entered on behalf of Govt & dft Helmstetter. Trial is cont to **8/19/93 9:00am** w/Judge. Dfts remanded. Court adhourned. (AJM) dktd 8/18/93. **(ALL DFTS)** | | | | |
| 8/18/93 | 482 | Mtn of dft Elwood & ORDER that Court issue subp to Lake Kenilworth Apartments w/o costs. (AJM) 8/17/93 dktd 8/19/93. (1 subp issd) **(ELWOOD)** | | | | |
| 8/18/93 | 483 | Mtn of dft Elwood & ORDER that Court issue subp to District Atty, NO w/o costs. (AJM) 8/17/93 dktd 8/19/93. (1 subp issd) **(ELWOOD)** | | | | |
| 8/18/93 | 484 | ORDERED that a writ of H/C ad test be issd to BOP to deliver body of Joseph Reed for trial testimony 8/19/93 9:00am. (AJM) dktd 8/19/93. (1 writ issd) **(ALL DFTS)** | | | | |
| 8/19/93 | 485 | Req by dft Sterling for subps; 1 issd. **(STERLING)** | | | | |
| 8/19/93 | 486 | Req by dft Helmstetter for trial subps; 2 issd. **(HELMSTETTER)** | | | | |

**(OVER)**

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 8/19/93 | 487 | Mtn of dft Helmstetter & ORDER that Clerk issue subps to Judge Lawrence LaGarde Jr & O'neill Ford w/o costs. Subp for Judge LaGarde to be held until further order. (AJM) dktd 8/19/93. (2 subps issd w/doc #486) **(HELMSTETTER)** | | | | |
| 8/19/93 | 488 | Req by dft G. Metz for Clerk to issue subps; 1 issd. **(G. METZ)** | | | | |
| 8/19/93 | 489 | **JURY TRIAL (cont from 8/18/93):** All present & ready. Dfts present. Witnesses sworn & testified. Trial is cont to **8/20/93 9:00am** w/Judge. Dfts remanded. Court adhourned. (AJM) dktd 8/20/93. **(ALL DFTS)** | | | | |
| 8/20/93 | 490 | Joint stip of Govt & dft Elwood re stmt made to Detective Louis Berard, NOPD on 5/5/86. **(ELWOOD)** | | | | |
| 8/20/93 | 491 | **JURY TRIAL (cont from 8/19/93):** All present & ready. Witnesses sworn & testified. Stips read into record. Counsel for all dfts orally moved for Rule 29 jgm of acquittal - denied. Counsel for dfts Tolliver & Lawrence renewed mtn for double jeopardy & to dismiss gun counts - deferred. Counsel for dft Elwood renewed mtn to dismiss - denied. Out of jury, dft Elwood orally moved for mistrial - denied. More stips read into record. Trial is cont to **8/23/93 9:00am** w/JUdge. Dfts remanded. Court adjourned. (AJM) dktd 8/23/93. **(ALL DFTS)** | | | | |
| 8/20/93 | 492 | Stip #1 between Govt & dft Helmstetter that dft was confined between 3/28/88 & 1/14/90 and 4/15/90 to present. **(HELMSTETTER)** | | | | |
| 8/20/93 | 493 | Stip #2 between Govt & dfts Helmstetter & Elwood that if Merrill Boling were called he would testify as expert in fingerprint indentification re the 9mm Luger casing on Earhart Expressway crime scene. **(HELMSTETTER & ELWOOD)** | | | | |
| 8/20/93 | 494 | Stip #3 between Govt & Helmstetter as to the testimony of Judge Lawrence Lagarde. **(HELMSTETTER)** | | | | |
| 8/23/93 | 495 | M.R. of writ of H/C ad test issd to BOP, Warden, St Tammany Parish Jail for Joseph Reed exec 8/19/93. **(ALL DFTS)** | | | | |
| 8/23/93 | 496 | M.R. of writ of H/C ad test issd to Sheriff Foti for Jhan Gibbs, ret unexec as subj is in federal custody. **(G. METZ)** | | | | |

(CONTINUED)



MASTER DOCKET SHEET    PAGE 23

STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

AO 256A ⊕

USA vs G. METZ, ET AL

CR. 92-469 "D"

| | | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|---------------------|--|--|--|
| | | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | | |
| 8/23/93 | 497 | M.R. of subp issd to Meril Bolling svd 8/18/93. **(HELMSTETTER)** | | | | |
| 8/23/93 | 498 | M.R. of subps issd to Superintendent of Police svd 8/17/93; Lake Kenilworth Apts svd 8/18/93 & Ralph Coleman, ret unexec. **(ELWOOD)** | | | | |
| 8/23/93 | 499 | M.R. of subp unexec as to Jake Schnapp, Kenneth Watts & O'Neill Ford. **(HELMSTETTER)** | | | | |
| 8/23/93 | 500 | **JURY TRIAL (cont from 8/22/93):** All present & ready. Dfts present. Witnesses sworn & testified. Out of jury, dft Arthur renewd mtn to enjoin grand jury testimony - denied. Again out of jury, all dfts renewed Rule 29 mtn - denied. Dft Elwood renewed mtn to dismiss & for double jeopardy - both denied. Jury charged & excused. Trial is cont to **8/24/93 9:00am** for closing arguments. Dfts remanded. Court adjourned. (AJM) dktd 8/24/93. **(ALL DFTS)** | | | | |
| 8/23/93 | 501 | Proffer relative to mtn to take Rule 15 depo by dft Arthur. **(ARTHUR)** | | | | |
| 8/23/93 | 502 | **SEALED DOCUMENT.** | | | | |
| 8/23/93 | 503 | **SEALED DOCUMENT.** | | | | |
| 8/23/93 | 504 | **SEALED DOCUMENT.** | | | | |
| 8/23/93 | 505 | **SEALED DOCUMENT.** | | | | |
| 8/19/93 | 506 | Mtn of USM & ORDER that clerk pay to Hernandez Inc the amt of $119.00 for juror meals. (AJM) 8/12/93 dktd 8/24/93. **(REF ALL DFTS)** | | | | |
| 8/19/93 | 507 | Mtn of USM & ORDER that clerk pay to Hernandez Inc the amt of $112.00 for juror meals. (AJM) 8/12/93 dktd 8/24/93. **(REF ALL DFTS)** | | | | |
| 8/19/93 | 508 | Mtn of USM & ORDER that clerk pay to Hernandez Inc the amt of $119.00 for juror meals. (AJM) 8/12/93 dktd 8/24/93. **(REF ALL DFTS)** | | | | |
| 8/19/93 | 509 | Mtn of USM & ORDER that clerk pay to Hernandez Inc the amt of $119.00 for juror meals. (AJM) 8/20/93 dktd 8/24/93. **(REF ALL DFTS)** | | | | |

(OVER)

| Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 8/19/93 | 510 | Mtn of USM & ORDER that clerk pay to Deanie's the amt of $90.20 for juror meals. (AJM) 8/20/93 dktd 8/24/93. **(REF ALL DFTS)** | | | | |
| 8/19/93 | 511 | Mtn of USM & ORDER that clerk pay to Deanie's the amt of $77.34 for juror meals. (AJM) 8/20/93 dktd 8/24/93. **(REF ALL DFTS)** | | | | |
| 8/19/93 | 512 | Mtn of USM & ORDER that clerk pay to Mr Ed's Deli the amt of $80.75 for juror meals. (AJM) 8/20/93 dktd 8/24/93. **(REF ALL DFTS)** | | | | |
| 8/23/93 | 513 | Mtn by dft to dism ct 1; no hrg set. **(G. ELWOOD)** | | | | |
| 8/25/93 | 514 | Mtn of USM & ORDER that Clerk pay Mr. Ed's Deli the amt of $110.75 for juror meals. (AJM) Date Signed: 8/24/93. dktd 8/25/93. **(REF ALL DFTS)** | | | | |
| 8/25/93 | 515 | Mtn of USM & ORDER that clerk pay to Mr. Ed's Deli the amt of $89.85 for juror meals. (AJM) Date Signed: 8/24/93. dktd 8/25/93. **(REF ALL DFTS)** | | | | |
| 8/25/93 | 516 | M.E. 8/25/93: ORDER denying dft Arthur's mtn to take the depo of Earl Castain for reasons given. (AJM) dktd 8/26/93. **(ARTHUR)** | | | | |
| 8/24/93 | 517 | **JURY TRIAL (cont from 8/23/93):** All present & ready. Dfts present. Closing arguments made by listed counsel. Jury excused & sequestered. Matter is cont to 8/25/93 8:45am w/Judge. Dfts remanded. Court adjourned. (AJM) dktd 8/27/93. **(ALL DFTS)** | | | | |
| 8/25/93 | 518 | **JURY TRIAL (cont from 8/24/93):** All present & ready. Jury returned for more closing arguments. Outside of jury, counsel for all dfts orally moved for mis-trial – denied. Jury further charged & alternate jurors excused. Jury retired for deliberation & deliberations to cont 8/26/93 8:30am. Dfts remanded. Court adjourned. (AJM) dktd 8/27/93. **(ALL DFTS)** | | | | |
| 8/25/93 | 519 | Mtn of USM & ORDER that Clerk pay to Mr Ed's Deli the amt of $92.95 for juror meals. (AJM) dktd 8/27/93. **(ALL DFTS)** | | | | |
| 8/26/93 | 520 | **JURY TRIAL (cont from 8/25/93):** All present & ready. Jury to resume delibertions. Matter is cont to 8/27/93 8:30am for cont deliberations. Dfts remanded. Court adjourned. (AJM) dktd 8/27/93. **(ALL DFTS)** | | | | |
| | | (CONTINUED) | | | | |


MASTER DOCKET SHEET   PAGE 24

D STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA vs G. METZ, ET AL

CR. 92-469 "D"

Yr. | Docket No. | Def.

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 8/27/93 | 521 | **SEALED DOCUMENT.** | | | | |
| 8/27/93 | 522 | M.R. of subp issd to Robert Fulton ret unexec. **(HELMSTETTER)** | | | | |
| 8/27/93 | 523 | ORDER appting Patrick Warner as custodian as listed exhibits. (AJM) 8/12/93 dktd 8/30/93. **(ALL DFTS)** | | | | |
| 8/27/93 | 524 | **JURY TRIAL (cont from 8/26/93):** All present & ready. Jury resumed deliberations & returned w/verdict as given. On mtn of dft, jury polled & all ans in the affirmative. ORDERED that the verdict be recorded & made jgm of this Court. Jury excused. **SENT** of all dfts is set for **12/8/93 2:00pm** w/Judge. PSI ordered. Dfts remanded. Court adjourned. (AJM) dktd 8/30/93 **(ALL DFTS)** | | | | |
| 8/27/93 | 524a | Judge's jury charges. **(ALL DFTS)** | | | | |
| 8/27/93 | 525 | **SEALED DOCUMENT.** | | | | |
| 8/27/93 | 526 | **SEALED DOCUMENT.** | | | | |
| 8/19/93 | 527 | Mtn of dfts Tolliver & Lawrence to dismiss for double jeopardy. (See Court's M.E. 8/30/93) To be decided on briefs by Judge. **(TOLLIVER & LAWRENCE)** | | | | |
| 8/30/93 | 528 | M.E. 8/30/93: ORDERED that the Govt file its memo in opp to dfts' Tolliver & Lawrence's mtn to dismiss for double jeopardy by 10/1/93 12:00noon & the Court will rule upon the briefs w/o oral argument. (AJM) dktd 8/31/93. **(TOLLIVER & LAWRENCE)** | | | | |
| 8/30/93 | 529 | M.E. 8/30/93: During the trial, dft Arthur filed a mtn to enjoin grand jury abuse. After reivew, the Court found that the Govt had not abused the Grand Jury investigation & denied dft's mtn. While Govt's opp & docs were filed under seal, the Court provided dft w/copies of the subj Grand Jury testimony of Jim Stevenson, Cindy Chon & Jack Martin when these persons were called as witnesses at trial. The Govt's supporting docs also included the transcript of another person who testified before the Grand Jury but who was not a witness at trial. This transcript has also been filed under seal. (AJM) dktd 8/31/93. **(ARTHUR)** | | | | |
| 8/30/93 | 530 | Ntc of **SENT** of all dfts is set for **12/8/93 2:00pm** w/Judge. **(ALL DFTS)** | | | | |

(OVER)

Interval | Start Date | Ltr. | Total
(per Section II) | End Date | Code | Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
    AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | —(Document No.)— | (a) | (b) | (c) | (d) |
| 8/27/93 | 531  Mtn of USM & ORDER that Clerk pay to Mother's Restaurant the sum of $161.39 for juror meals. (AJM) dktd 8/31/93. **(ALL DFTS)** | | | | |
| 9/1/93 | 532  M.E. 8/30/93: During trial, JPSO & Govt both filed mtns to quash subp duces tecum svd upon JPSO on behalf of dft Arthur which req certain docs including certified copies of JPSO crime report D-3427-90 & all related docs & witness interviews. After review by the Court, the Court granted the 2 mtns w/reasons given to all counsel on the record in chambers 8/16/93.  The court found that dft was not entitled to these docs; however the Court provided defense counsel w/copy of Paul Mauer's recorded stmt when Mauer was called as a witness at trial. The entire JPSO record has been filed under seal. (AJM) dktd 9/1/93.  **(ARTHUR)** | | | | · |
| 9/1/93 | 533  **SEALED DOCUMENT.** | | | | |
| 9/2/93 | 534  Mtn of dft Sterling for jgm of acquittal or for new trial. Hrg set for **9/29/93 2:00pm** w/JUdge. **(STERLING)** | | | | |
| 9/3/93 | 535  Mtn of dft Lawrence for jgm of acquittal. Hrg set for **9/29/93 2:00pm** w/Judge. (LAWRENCE) | | | | |
| 9/3/93 | 536  Mtn of dft Helmstetter for jgm of acquittal or for new trial. Hrg set for **9/29/93 2:00pm** w/Judge. **(HELMSTETTER)** | | | | |
| 9/7/93 | 537  Mtn of dft for new trial; hrg set 9/29/93 at 2:00 pm bfr Judge. **(ELWOOD)** | | | | |
| 9/7/93 | 538  Mtn of dft for jgm of acquittal; hrg set 9/29/93 at 2:00 pm bfr Judge. **(ARTHUR)** | | | | |
| 9/7/93 | 539  Mtn of dft for new trial hrg set 9/29/93 at 2:00 pm bfr Judge. **(ARTHUR)** | | | | |
| 9/3/93 | 540  Mtn of dft Moore & ORDER allowing same an addl 30 days to file post-trial mtns. (AJM) 9/7/93. dktd 9/8/93. **(MOORE)** | | | | |
| 9/3/93 | 541  Mtn of USM & ORDER that Clerk pay to Mr Ed's Deli the sum of $67.60 for juror meals. (AJM) 9/3/93 dktd 9/8/93. **(ALL DFTS)** | | | | |
| 9/3/93 | 542  Mtn of USM & ORDER that Clerk pay to Mother's Restaurant the sum of $135.44 for juror meals. (AJM) 9/1/93 dktd 9/8/93. **(ALL DFTS)** | | | | |
| 9/3/93 | 543  Mtn of USM & ORDER that Clerk pay to Deanie's the sum of $94.67 for juror meals. (AJM) 9/1/93 dktd 9/8/93. **(ALL DFTS)** | | | | |
| | (CONTINUED) | | | | |

MASTER DOCKET SHEET    PAGE 25

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

AO 256A ®

USA vs G. METZ, ET AL

CR. 92-469 "D"

| | Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|-------------------------|---------------------|
| | | (a) | (b) | (c) | (d) |

—(Document No.)—

| DATE | No. | PROCEEDINGS |
|------|-----|-------------|
| 9/7/93 | 544 | **SEALED DOCUMENT.** |
| 9/7/93 | 545 | M.R. of writ of H/C ad test issd to Warden Richard Wall, Avoyelles to surrender Terrel Roebuck to USM exec 8/19/93. **(G. METZ)** |
| 9/7/93 | 546 | M.R. of writ of H/C ad test issd to LA Dept of Corrections to surrender Charles Ambeau to USM partially exec 8/17/93. **(ELWOOD)** |
| 9/8/93 | 547 | M.R. of subp to Eliza McKinley Williams exec 8/3/93. **(HELMSTETTER)** |
| 9/9/93 | 548 | Authority to pay court appointed counsel Dominck M. Tamburo III in amt of $2229.01 for counsel services as to dft. (AJM) 9/8/93 dktd 9/10/93 **(G. METZ)** |
| 9/10/93 | 549 | Appointment of & authority to pay Frank Sloan as Court-appointed counsel for dft. (AJM) 9/8/93 dktd 9/13/93. **(S. TOLLIVER)** |
| 9/10/93 | 550 | Appointment of & authority to pay Ronald Rakosky as Court-appointed counsel for dft. (AJM) 9/8/93 dktd 9/13/93. **(G. ARTHUR)** |
| 9/10/93 | 551 | Appointment of & authority to pay Ronald Rakosky as Court-appointed counsel for dft. (AJM) 9/8/93 dktd 9/13/93. **(G. ARTHUR)** |
| 9/10/93 | 552 | Mtn of USM & ORDER that Clerk pay to Avenue Plaza Hotel the sum of $2,396.79 for jury lodging. (AJM) dktd 9/14/93. **(ALL DFTS)** |
| 9/10/93 | 553 | Mtn of USM & ORDER that Clerk pay to Avenue Plaza Hotel the sum of $1,683.70 for juror meals. (AJM) dktd 9/14/93. **(ALL DFTS)** |
| 9/17/93 | 554 | M.E. 9/17/93: ORDERED that the mtns of dft Sterling for jgm of acquittal or for new trial; Lawrence's mtn for jgm of acquittal; Helmstetter's mtn for jgm of acquittal or for new trial; dft Elwood's mtn for new trial & dft Arthur's mtn for new trial & for jgm of acquittal will be decided on 10/13/93 w/o oral arguments. Any dft may suppl their mtn/memo by 9/29/93 & dft Moore to file his mtn(s)/memo(s) by 9/29/93 also. Govt has until 10/11/93 to file their response memo to these defense mtns. (AJM) dktd 9/17/93. **(ALL DFTS)** |
| 9/20/93 | 555 | **SEALED DOCUMENT.** |

(OVER)

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-----|------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 9/27/93 | 556 | Authorization for payment to atty Frank Sloan for services rendered in the amt of $7,723.67. (AJM) 9/24/93 dktd 9/28/93. **(TOLLIVER)** | | | | |
| 9/27/93 | 557 | Authorization for payment to atty Dominick Tamburo for services rendered in the amt of $6,973.67. (AJM) 9/24/93 dktd 9/28/93. **(G. METZ)** | | | | |
| 9/27/93 | 558 | Authorization for payment to atty John Musser for services rendered in the amt of $6,613.33. (AJM) 9/24/93 dktd 9/28/93. **(HELMSTETTER)** | | | | |
| 9/27/93 | 559 | Authorization for payment to atty Robert Fleming for services rendered in the amt of $9,125.53. (AJM) 9/24/93 dktd 9/28/93. **(LAWRENCE)** | | | | |
| 10/1/93 | 560 | Govt's response to dfts' mtn to dismiss Ct. 1. **(TOLLIVER & LAWRENCE)** | | | | |
| 10/8/93 | 561 | Govt's memo in opp to dft's mtn for new trial. **(G. ELWOOD)** | | | | |
| 10/8/93 | 562 | Govt's memo in opp to dft's mtn to dism Count 1. **(G. ELWOOD)** | | | | |
| 10/8/93 | 563 | Govt's memo in opp to dft's mtn for jgm of acquittal. **(T. LAWRENCE)** | | | | |
| 10/8/93 | 564 | Govt's memo in opp to dft's mtn for acquittal or in the alternative for new trial. **(S. STERLING)** | | | | |
| 10/8/93 | 565 | Govt's memo in opp to dft's mtn for jgm of acquittal or in the alternative for new trial. **(M. HELMSTETTER)** | | | | |
| 10/8/93 | 566 | Govt's memo in opp to dft's mtn for jgm of acquittal. **(G. ARTHUR)** | | | | |
| 10/8/93 | 567 | Govt's memo in opp to dft's mtn for new trial. **(G. ARTHUR)** | | | | |
| 10/8/93 | 568 | Mtn of dft Moore & ORDER allowing dft to adopt the previously filed mtns for jgm of acquittal or for new trial by co-dfts Sterling, Lawrence, Helmstetter & Arthur. (AJM) 10/12/93 dktd 10/13/93. | | | | |
| 10/14/93 | 569 | Govt's response to dft's mtn to adopy mtns for jgm of acquittal or for new trial. **(MOORE)** | | | | |
| 10/27/93 | 570 | M.E. 10/27/93: ORDERED that the mtns of dfts Arthur, Sterling, Helmstetter & Moore for jgm of acquittal are denied. Further denying mtns of dfts Arthur, Helmstetter, Sterling, Moore & Elwood for new trial. Further to the extent that dft Elwood reurges his mtn to dismiss Ct. 1 on double jeopardy grounds his mtn is denied. (AJM) dktd 10/27/93. **(ARTHUR, STERLING, HELMSTETTER & MOORE)** | | | | |
| | | (CONTINUED) | | | | |

MASTER DOCKET SHEET   PAGE 26

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET   *U. S. vs*

USA vs G. METZ, ET AL

CR. 92-469 "D"

Yr. | Docket No. | Def.

AO 256A ⊕

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------------------------|------|------|------|------|
| | —(Document No.)— | (a) | (b) | (c) | (d) |
| 10/27/93 | 571 | M.E. 10/27/93: ORDERED that the mtn to dismiss for double jeopardy filed by dfts Tolliver & Lawrence is granted, dismissing Ct. 1 of the indict agst them & vacating the jury's guilty verdict. Further that dft Lawrence's post-trial mtn for jgm of acquittal is dismissed as moot in light of Court's ruling on his double jeopardy mtn. (AJM) dktd 10/27/93. **(TOLLIVER & LAWRENCE)** | | | | |
| 11/1/93 | 572 | **JGM:** ORDERED that the mtn to dismiss for double jeopardy filed by dft Lawrence is granted, dismissing Ct. 1 of the superseding indict agst him & vacating the jury's guilty verdict agst him. Further ORDERED that dft Lawrence is discharged as to Ct. 18 of the superseding indict & that the orig indict as to dft Lawrence is dismissed. (AJM) 10/30/93 dktd 11/2/93. **(LAWRENCE)** MULTIPLE PARTY DISMISSAL | | | | |
| 11/22/93 | 573 | M.E. 11/22/93: Court ORDERS counsel for dfts Elwood, Helmstetter & Arthur to file their memos in response to Govt's obj to PSI by 12/1/93 12:00noon. Further ORDERED that counsel for dft Tolliver file memo addressing why Tolliver's sent on his money laundering conviction should not run consecutively to his undischarged Lake Charles sent by 12/1/93 12:00noon. (AJM) dktd 11/23/93. **(ALL DFTS)** | | | | |
| 11/24/93 | 574 | Letter to Judge from pro se dfts Glenn & Danielle Metz dtd 11/15/93. **(G. METZ & D. METZ)** | | | | |
| 11/21/93 | 575 | Letter to Judge from pro se dfts Glenn & Danielle Metz dtd 11/21/93. **(G. METZ & D. METZ)** | | | | |
| 11/30/93 | 576 | Govt's **NOTICE OF APPEAL** of Court's order dismissing indict agst dft Troy Lawrence. Transcript not nec for appeal purposes. **(LAWRENCE)** | | | | |
| 11/30/93 | 577 | **SEALED DOCUMENT.** | | | | |
| 12/1/93 | 578 | **SEALED DOCUMENT.** | | | | |
| 12/1/93 | 579 | **SEALED DOCUMENT.** | | | | |
| 12/1/93 | 580 | **SEALED DOCUMENT.** | | | | |
| 12/1/93 | 581 | **SEALED DOCUMENT.** | | | | |
| 12/2/93 | 582 | **SEALED DOCUMENT.** | | | | |
| | | (OVER) | | | | |

Interval
(per Section II)

Start Date
End Date

Ltr.
Code

Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 12/8/93 | 583 | M.E. 12/8/93: ORDERED that the **SENT** of all dfts is cont to **12/15/93 1:00pm** w/Judge. (AJM) dktd 12/8/93.>**(ALL DFTS)** | | | | |
| 12/8/93 | 584 | Sent hrg: Dfts stated their objs to PSI reports & sent guidelines & Court orally stated partial findings. Addl memos to be filed by 12/10/93 4:00pm, afterwhich time the Court will issue written findings. Transcript to be filed on oral findings given. Dfts remanded. (AJM) **(ALL DFTS)** | | | | |
| 12/10/93 | 585 | **SEALED DOCUMENT.** | | | | |
| 12/13/93 | 586 | **SEALED DOCUMENT.** | | | | |
| 12/13/93 | 587 | M.E.(12/13/93) In sentencing dfts, Marlo Helmstetter, Gerald Elwood & Gennero Arthur, the court finds that as to Cts 9 & 10, the base offense level will be 43 pursuant to 18:1111. As to Ct 11, the base offense level will be 28 pursuant to 18:113(a). Because the court will apply the base offense level of 43 for Cts 9 & 10, which is life imprisonment, the court's determination of whether or not an upward departure based on 5K2.14 is moot. (AJM) dktd 12/13/93. **(M. HELMSTETTER, G. ELWOOD, G. ARTHUR)** | | | | |
| 12/14/93 | 588 | M.E. 12/13/93: ORDERED that the Court's record remain at District Court until dfts have been sentenced. (AJM) dktd 12/14/93. **(ALL DFT)** | | | | |
| 12/15/93 | 589 | **SENT: Dfts present.** Statements made by dfts. See J&C's for sent. Dfts advised of rights to appeal. All dfts remanded. (AJM) dktd 12/16/93. **(ALL DFTS)** | | | | |
| 12/15/93 | 590 | Statement of reasons for imposing sent. (AJM) dktd 12/16/93. **(G. METZ)** | | | | |
| 12/15/93 | 591 | **J&C:** SENT held 12/15/93 w/Judge. Dft G. Metz found guilty of Cts. 1,2,4,5,6 & 14 of superseding indict & dft committed to custody of BOP for life on each of Cts. 1,2 & 5 of superseding. Dft given term of 480 months on Ct. 4 & 240 months on Ct. 6 of super-seding indict. Court orders as to Ct. 14 of super-seding indict that dft be committed to custody of BOP for 60 months, to be served consecutively to all other cts. Cts 1,2,4,5 &6 to be served consecutively. Upon release, dft placed on supervised release for 5 years each of Cts. 1,2,4 & 5, all terms to run concurrently & w/conditions listed. On mtn of Govt, ORDERED that the orig indict is dismissed. Dft to pay assessment fee of $50.00 each for Cts. 1,2,4,5,6 & 14, for total fee of $300.00. (AJM) dktd 12/16/93. **(G. METZ)** | | | | |
| | | MULTIPLE PARTY DISMISSAL | | | | |
| | | (CONTINUED) | | | | |



**MASTER DOCKET SHEET    PAGE 27**

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

USA vs. G. METZ, ET AL

AO 256A ⊕

CR 92–469D

Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | (Document No.) | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 12/15/93 | 592  Statement of reasons for imposing sent. (AJM)  dktd 12/16/93 **(D. METZ)** | | | | |
| 12/15/93 | 593  **J&C: SENT** held 12/15/93 w/Judge of dft D. Metz. Dft found guilty 8/27/93 to Cts. 1,3,5 & 6 of superseding indict & dft committed to custody of BOP for life terms on each of Cts. 1,3 & 5 & a term of 240 months on Ct. 6, all to be served concurrently. If released, dft to be placed on supervised release for 5 yrs each of Cts. 1,3 & 5, all terms to run concurrently w/conditions listed. On Govt's mtn, ORDERED that the orig indict is dismissed. Dft to pay special assessment fee of $50.00 each for cts. 1,3,5 & 6, for total fee of $200.00. (AJM) dktd 12/16/93. **(D. METZ)** MULTIPLE PARTY DISMISSAL | | | | |
| 12/15/93 | 594  Statement of reasons for imposing sent. (AJM) dktd  12/16/93 **(MOORE)** | | | | |
| 12/15/93 | 595  **J&C: SENT** held 12/15/93 w/Judge of dft Moore. Dft found guilty on 8/27/93 to Cts. 1 & 22 of superseding indict & dft committed to custody of BOP for 235 months as to Ct. 1, term of 60 months as to Ct. 22, to be served consecutively to term imposed on Ct. 1. Upon release, dft placed on supervised release for 5 yrs as to Ct. 1 w/conditions listed. On mtn of Govt, ORDERED that the orig indict & Ct. 19 of superseding indict be dismissed. Special assessment fee of $50.00 each for Cts. 1 & 22, for total of $100.00 fee imposed. (AJM) dktd 12/16/93. **(MOORE)** MULTIPLE PARTY DISMISSAL | | | | |
| 12/15/93 | 595a  Statement of reasons for imposing sent. (AJM) dktd  12/16/93 **(ELWOOD)** | | | | |
| 12/15/93 | 596  **J&C: SENT** held 12/15/93 w/Judge of dft Elwood. Dft found guilty on 8/27/93 to Cts. 1,9,10,11,16 & 17 of superseding indict & dft committed to life on Cts. 1,9 & 10 & term of 240 months as to Ct. 11, all to be served concurrently. Court ORDERS as to Cts. 16 & 17 that dft be committed to custody of BOP for 60 months on each ct w/each ct to run consecutively to each other & to Cts. 1, 9,10 & 11. If dft is placed on supervised release, dft given term of 5 yrs each for Cts. 1,9 & 10 & term of 3 yrs on Ct. 11, all such terms to run concurrently w/conditions listed. On mtn of Govt, ORDERED that the orig & Ct. 8 of superseding indict is dismissed. Special assessment fee of $50.00 for Cts. 1,9,10,11,16 & 17 for total of $300.00 fee imposed. (AJM) dktd 12/16/93. **(ELWOOD)** MULTIPLE PARTY DISMISSAL (OVER) | | | | |

Interval
(per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|
| | | | (a) | (b) | (c) | (d) |
| 12/15/93 | 597 | Statement of reasons for imposing sent. (AJM) dktd 12/16/93 **(ARTHUR)** | | | | |
| 12/15/93 | 598 | **J&C: SENT** held 12/15/93 w/Judge of dft Arthur. Dft found guilty 8/27/93 to Cts. 1,7,9,10,11 & 13 of superseding indict & dft committed to custody of BOP of life on each of Cts. 1,9 & 10 & term of 240 months on Cts 7 & 11, all to be served concurrently. Court orders as to Ct. 13 that dft be committed to BOP for 60 months, to be served consecutively to all other cts. If dft released, dft to be placed on supervised release for 5 yrs on each of Cts. 1,9 & 10 & term of 3 yrs on each of Ct. 7 & 11, all terms to run concurrently w/conditions listed. On Govt's mtn, ORDERED that the orig indict & Ct. 8 of superseding indict is dismissed. Special assessment fee of $50.00 as to Cts. 1,7,9,10,11 & 13 for total fee of $300.00. (AJM) dktd 12/16/93. **(ARTHUR)** | | | | |
| | | MULTIPLE PARTY DISMISSAL | | | | |
| 12/15/93 | 599 | Statement of reasons for imposing sent. (AJM) dktd 12/16/93 **(HELMSTETTER)** | | | | |
| 12/15/93 | 600 | **J&C: SENT** held 12/15/93 w/Judge of dft Helmstetter. Dft found guilty 8/27/93 to Cts. 1,9,10,11 & 15 of superseding indict & dft committed to custody of BOP for life terms for Cts. 1, 9 & 10 & term of 240 months on Ct. 11, all to be served concurrently. Dft to be committed to custody of BOP for term of 60 months to be served consecutively to all other cts. of Ct. 15. If dft is released, dft shall be placed on supervised release for 5 yrs each of Cts. 1,9 & 10 & 3 yrs as to Ct. 11, all terms to run concurrently w/conditions listed. On mtn of Govt, ORDERED that the orig & Ct. 8 of superseding indict is dismissed. Special assessment fee of $50.00 as to Cts. 1,9,10,11 & 15, for total fee of $250.00. (AJM) dktd 12/16/93. **(HELMSTETTER)** | | | | |
| | | MULTIPLE PARTY DISMISSAL | | | | |
| 12/15/93 | 601 | Statement of reasons for imposing sent. (AJM) dktd 12/16/93 **(TOLLIVER)** | | | | |
| 12/15/93 | 602 | **J&C: SENT** of dft Tolliver held 12/15/93 w/JUdge. Dft found guilty 8/27/93 to cts. 1 & 6 of superseding indict & not guilty 8/27/93 as to Ct. 12 of superseding indict. Dft committed to custody of BOP for 19 months as to Ct. 6 of superseding, to be run consecutively to dft's term of imprisonment given in Western District of LA. Upon release, dft placed on supervised release for 3 yrs as to Ct. 6 w/conditions listed. For reasons set forth in Court's M.E. 10/27/93, ORDERED that the mtn of dft to dismiss for double jeopardy is granted dismissing Ct. 1 of superseding indict & vacating jury's verdict agst him. ORDER dismissing the orig | | | | |

(CONTINUED)

CR. 92-469D

AO 256A ⊕                          USA vs G. METZ, ET AL

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|-------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| | | indict. Further that special assessment fee of $50.00 for Ct. 6 for total fee imposed of $50.00. (AJM) dktd 12/16/93. **(TOLLIVER)** | | | | |
| | | **MULTIPLE PARTY DISMISSAL** | | | | |
| 12/15/93 | 603 | Statement of reasons for imposing sent. (AJM) dktd 12/16/93 **(STERLING)** | | | | |
| 12/15/93 | 604 | **J&C: SENT** held 12/15/93 w/Judge for dft Sterling. Dft found guilty 8/27/93 as to Cts. 1,20,21 & 22 of superseding indict & dft committed to custody of BOP for 188 months as to Ct. 1. As to Cts. 20-22, dft committed for 60 months as to each ct, to run consecutively to one another & to Ct. 1. Upon release, dft placed on supervised release for 5 yrs as to Ct. 1 w/conditions listed. On mtn of Govt, ORDERED that the orig indict is dismissed. Special assessment fee of $50.00 each as to Cts. 1,20-22 for total fee of $200.00 imposed. (AJM) dktd 12/16/93. **(STERLING)** | | | | |
| 12/15/93 | 605 | **NOTICE OF APPEAL** by dft Tolliver of his sent. **(TOLLIVER)** | | | | |
| 12/15/93 | 606 | **NOTICE OF APPEAL** by dft Elwood of jgm entered 12/15/93. **(ELWOOD)** | | | | |
| 12/15/93 | 607 | **NOTICE OF APPEAL** by dft D. Metz of sent. **(D. METZ)** | | | | |
| 12/15/93 | 608 | Mtn of pro se dft D. Metz to permit dft to proceed on appeal as an indigent & to appt counsel. **(D. METZ)** | | | | |
| 12/15/93 | 609 | **NOTICE OF APPEAL** by dft Arthur of sent imposed 12/15/93. **(ARTHUR)** | | | | |
| 12/15/93 | 610 | Mtn of dft Arthur & ORDER allowing atty Ronald J Rakosky to w/draw as counsel of record for appeal & that FPD appoint other counsel for the appeal. (AJM) dktd 12/16/93. **(ARTHUR)** | | | | |
| 12/17/93 | 611 | **NOTICE OF APPEAL** by dft Moore of sent imposed 12/15/93. **(MOORE)** | | | | |
| 12/15/93 | 612 | Mtn of dft Sterling for w/drawal of counsel & for Court's appointment of new counsel & UNSIGNED ORDER. **(STERLING)** | | | | |
| 12/15/93 | 613 | Mtn of pro se dft Dm Metz to allow Raymond McGuire to w/draw as counsel for appeal & UNSIGNED ORDER. **(D. METZ)** | | | | |
| 12/20/93 | 614 | ORDER appointing atty Packard E Phillips to rep dft as cja in further proceedings of this matter. (AJM) 12/17/93 dktd 12/20/93. **(STERLING)** | | | | |
| | | **(OVER)** | | | | |

CLOSED

|  | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|------------------------|:---:|:---:|:--:|:--:|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 12/20/93 | 615 | ORDER appointing Raymond McGuire to rep dft in further proceedings as cja. (AJM) 12/17/93 dktd 12/20/93. **(D. METZ)** | | | | |
| 12/21/93 | 616 | **NOTICE OF APPEAL** by dft Helmstetter of sent imposed 12/15/93. **(HELMSTETTER)** | | | | |
| 12/21/93 | 617 | **NOTICE OF APPEAL** by dft G. Metz & ORDER that this letter be filed & treated as a ntc of appeal. (AJM) dktd 12/21/93. | | | | |
| 12/21/93 | 618 | M.E. 12/21/93: ORDERED that atty Dominic Tamburo is to rep dft G. Metz in the appeal of his case. (AJM) dktd 12/21/93. **(G. METZ)** | | | | |
| 12/22/93 | 619 | Letter from dft G. Metz requesting appointment of counsel for appeal. (See Court's M.E. 12/21/93. **(G. METZ)** | | | | |
| 12/22/93 | 620 | **NOTICE OF APPEAL** by dft Sterling of jgm entered 12/15/93. **(STERLING)** | | | | |
| 12/23/93 | 621 | **NOTICE OF APPEAL** by dft G. Metz of jgm entered 12/15/93. **(G. METZ)** | | | | |
| 1/6/94 | 622 | Transcript order form of the trial & sentencing. **(M. HELMSTETTER)** | | | | |
| 1/11/94 | 623 | Authority to pay court appointed counsel and ORDER that Ronald Rakosky $1,624.93 for services rendered. (AJM) 1/8/94 dktd 1/11/94 **(ARTHUR)** | | | | |
| 1/11/94 | 624 | Authority to pay court appointed counsel and ORDER that John Musser, IV, be paid $878.67 for services rendered. (AJM) 1/8/94 dktd 1/11/94. **(M. HELMSTETTER)** | | | | |
| 1/11/94 | 625 | Authority to pay court appointed counsel and ORDER that Robert Fleming, Jr. be paid $371.29 for services rendered. (AJM) 1/8/94 dktd 1/11/94. **(T. LAWRENCE)** | | | | |
| 1/11/94 | 626 | Authority to pay court appointed counsel and ORDER that Frank Sloan be paid $821.33 for services rendered. (AJM) 1/8/94 dktd 1/11/94. **(S. TOLLIVER)** | | | | |
| 1/11/94 | 627 | Authority to pay court appointed counsel and ORDER that Dominick Tamburo, III, be paid $553.67 for services rendered. (AJM) 1/8/94 dktd 1/11/94. **(G. METZ)** | | | | |
| 2/8/94 | 628 | Transcript order for the mtn to suppress - 6/22/93; mtn to suppress- 7/8/93; trial 8/9 - 27/93; mtn hrg- 12/8/93; & sent 12/15/93. **(ARTHUR)** | | | | |

(Cont)

MASTER DOCKET SHEET    PAGE 28
UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

CR. 92-469D

AO 256A ⊕                    USA vs G. METZ, ET AL              Yr. | Docket No. | Def.

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--------------------------|-----|-----|-----|-----|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| | | indict. Further that special assessment fee of $50.00 for Ct. 6 for total fee imposed of $50.00. (AJM) dktd 12/16/93. **(TOLLIVER)** | | | | |
| | | **MULTIPLE PARTY DISMISSAL** | | | | |
| 12/15/93 | 603 | Statement of reasons for imposing sent. (AJM) dktd 12/16/93 **(STERLING)** | | | | |
| 12/15/93 | 604 | **J&C: SENT** held 12/15/93 w/Judge for dft Sterling. Dft found guilty 8/27/93 as to Cts. 1,20,21 & 22 of superseding indict & dft committed to custody of BOP for 188 months as to Ct. 1. As to Cts. 20-22, dft committed for 60 months as to each ct, to run consecutively to one another & to Ct. 1. Upon release, dft placed on supervised release for 5 yrs as to Ct. 1 w/conditions listed. On mtn of Govt, ORDERED that the orig indict is dismissed. Special assessment fee of $50.00 each as to Cts. 1,20-22 for total fee of $200.00 imposed. (AJM) dktd 12/16/93. **(STERLING)** | | | | |
| 12/15/93 | 605 | **NOTICE OF APPEAL** by dft Tolliver of his sent. **(TOLLIVER)** | | | | |
| 12/15/93 | 606 | **NOTICE OF APPEAL** by dft Elwood of jgm entered 12/15/93. **(ELWOOD)** | | | | |
| 12/15/93 | 607 | **NOTICE OF APPEAL** by dft D. Metz of sent. **(D. METZ)** | | | | |
| 12/15/93 | 608 | Mtn of pro se dft D. Metz to permit dft to proceed on appeal as an indigent & to appt counsel. **(D. METZ)** | | | | |
| 12/15/93 | 609 | **NOTICE OF APPEAL** by dft Arthur of sent imposed 12/15/93. **(ARTHUR)** | | | | |
| 12/15/93 | 610 | Mtn of dft Arthur & ORDER allowing atty Ronald J Rakosky to w/draw as counsel of record for appeal & that FPD appoint other counsel for the appeal. (AJM) dktd 12/16/93. **(ARTHUR)** | | | | |
| 12/17/93 | 611 | **NOTICE OF APPEAL** by dft Moore of sent imposed 12/15/93. **(MOORE)** | | | | |
| 12/15/93 | 612 | Mtn of dft Sterling for w/drawal of counsel & for Court's appointment of new counsel & UNSIGNED ORDER. **(STERLING)** | | | | |
| 12/15/93 | 613 | Mtn of pro se dft Dm Metz to allow Raymond McGuire to w/draw as counsel for appeal & UNSIGNED ORDER. **(D. METZ)** | | | | |
| 12/20/93 | 614 | ORDER appointing atty Packard E Phillips to rep dft as cja in further proceedings of this matter. (AJM) 12/17/93 dktd 12/20/93. **(STERLING)** | | | | |

CLOSED

**(OVER)**

Interval
(per Section II)    Start Date    Ltr. | Total
End Date    Code | Days

MASTER DOCKET SHEET    PAGE 29

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

USA vs G. METZ, ET AL

AO 256A ⊕

CR. 92-469D

| | Yr. | Docket No. | Def. |

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------|--------------------------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 2/11/94 | 629 | Authorization for payment to atty Tamburo in the amt of $6,918.40 for services. (AJM) 1/21/94 dktd 2/11/94. **(G. METZ)** | | | | |
| 2/11/94 | 630 | Authorization for payment to atty Robert Fleming in the amt of $7,488.00 for services. (AJM) 1/21/94 dktd 2/11/94. **(LAWRENCE)** | | | | |
| 2/11/94 | 631 | Authorization for payment to atty John Musser in the amt of $5,632.00 for services. (AJM) 1/21/94 dktd 2/11/94. **(helmstetter)** | | | | |
| 2/11/94 | 632 | Authorization for payment to atty Frank Sloan in the amt of $5,548.00 for services. (AJM) 1/21/94 dktd 2/11/94. **(TOLLIVER)** | | | | |
| 2/11/94 | 633 | Authorization for payment to atty Ronald Rakowsky in the amt of $9,485.00 for services. (AJM) 1/21/94 dktd 2/11/94. **(ARTHUR)** | | | | |
| 2/18/94 | 634 | Transcript of sent hrgs held 12/8/93 w/Judge. **(STERLING, MOORE, TOLLIVER, HELMSTETTER, ELWOOD, ARTHUR, G. METZ & D. METZ)** | | | | |
| 2/18/94 | 635 | Transcript of sent hrgs held 12/15/93 w/Judge. **(STERLING, MOORE, TOLLIVER, HELMSTETTER, ELWOOD, ARTHUR, G. METZ & D. METZ)** | | | | |
| 2/18/94 | 636 | Transcript of jury voir dire held before Judge 8/8/93. **(ALL DFTS)** | | | | |
| 2/18/94 | 637 | Transcript of opening stmt of AUSA Mitchell before Judge 8/9/93. **( ALL DFTS)** | | | | |
| 2/18/94 | 638 | Transcript of trial proceedings held 8/9/93 w/Judge. Vol I. **(ALL DFTS)** | | | | |
| 2/18/94 | 639 | Transcript of trial proceedings held 8/10/93 w/Judge. (Vol II)   **(ALL DFTS)** | | | | |
| 2/18/94 | 640 | Transcript of trial proceedings cont held 8/11/93 w/Judge. (Vol III)   **(ALL DFTS)** | | | | |
| 2/18/94 | 641 | Transcript of trial proceedings held 8/12/93 w/Judge. (Vol IV)   **(ALL DFTS)** | | | | |
| 2/18/94 | 642 | Transcript of trial proceedings held 8/13/93 w/Judge. (Vol V)   **(ALL DFTS)** | | | | |
| 2/18/94 | 643 | Transcript of trial proceedings held 8/16/93 w/Judge. (Vol VI)   **(ALL DFTS)** | | | | |

(OVER)

| | | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | (Document No.) | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|------|------|------|------|------|
| | | | (a) | (b) | (c) | (d) |
| 2/18/94 | 644 | Transcript of trial proceedings held 8/17/94 w/Judge. (Vol VII) **(ALL DEFTS)** | | | | |
| 2/18/94 | 645 | Transcript of trial proceedings held 8/18/93 w/Judge. (Vol VIII) **(ALL DFTS)** | | | | |
| 2/18/94 | 646 | Transcript of trial proceedings held 8/19/93 w/Judge. (Vol VIX) **(ALL DFTS)** | | | | |
| 2/18/94 | 647 | Transcript of trial proceedings held 8/20/93 w/Jufge. **Vol X) (ALL DFTS)** | | | | |
| 2/18/94 | 648 | Transcript of trial proceedings held 8/23/93 w/Judge. (Vol XI) **(ALL DFTS)** | | | | |
| 2/18/94 | 649 | Transcript of trial proceedings held 8/24/93 w/Judge. (Vol XII) **(ALL DFTS)** | | | | |
| 2/18/94 | 650 | Transcript of trial proceedings held 8/24/93 w/Judge. (Vol XIII) **(ALL DFTS)** | | | | |
| 2/18/94 | 651 | Transcript of closing argument of AUSA Williamson during trial held 8/24/93 w/Judge. **(ALL DFTS)** | | | | |
| 2/18/94 | 652 | Transcript of trial proceedings held 8/25/93 w/Judge. (Vol XIII) **(ALL DFTS)** | | | | |
| 2/18/94 | 653 | Transcript of trial proceedings held 8/26/93 w/Judge. (Vol XIV) **(ALL DFTS)** | | | | |
| 2/18/94 | 654 | Transcript of trial proceedings held 8/27/93 w/Judge. (Vol XV) **(ALL DFTS)** | | | | |
| 2/24/94 | 655 | 5th Circuit: ORDER granting Govt's mtn to dismiss appeal re dft Lawrence. **(LAWRENCE)** | | | | |
| 2/28/94 | 656 | Transcript of proceedings of mtn to suppress held 7/8/93 w/Judge. **(ALL DFTS)** | | | | |
| 2/28/94 | 657 | Transcript of proceedings held of mtn to suppress taken 6/22/93 w/Judge. **(ALL DFTS)** | | | | |
| 3/2/94 | 658 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 659 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 660 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 661 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 662 | **SEALED DOCUMENT.** | | | | |

(CONTINUED)

MASTER DOCKET SHEET    PAGE 30

STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

USA vs G. METZ, ET AL

CR. 92-469 "D"

Yr. | Docket No. | Def.

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| 3/2/94 | 663 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 664 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 665 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 666 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 667 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 668 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 669 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 670 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 671 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 672 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 673 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 674 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 675 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 676 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 677 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 678 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 679 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 680 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 681 | **SEALED DOCUMENT.** | | | | |
| 3/2/94 | 682 | **SEALED DOCUMENT.** | | | | |
| 3/3/94 | | XX Record fwd. to cT. of Appeals (PNC) | | | | |
| 3/14/94 | 683 | Authorization for payment of transcript to Arlene Movahed in the amt of $10,563.00. (AJM) 3/8/94 dktd 3/16/94. **(ALL DFTS)** | | | | |
| 11/15/94 | 684 | ORDER FROM THE 5TH CIRCUIT COURT OF APPEALS- ORDERED that the appeal of Noah Moore is dismissed. FURTHER ORDERED that by 11/15/94 dft's counsel pay by certified check the sum of $1,000.00 to the Clerk of Court as santion for failures to timely respond to the Court's orders & mis-representing facts to the Clerk's Office. (POLITZ) **(N. MOORE)** | | | | |

Interval
(per Section II) | Start Date
End Date | Ltr.
Code | Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|---|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 3/13/95 | 685 | Mtn of dfts Sylvester Tolliver & Troy Lawrence for return of property taken from them at their arrest. **(S. TOOOLIVER & T. LAWRENCE)** | | | | |
| 3/17/95 | 686 | M.E. (3/17/95) ORDERED that the US Atty file by 4/17/95 at 4:00 pm a response to dft's mtn for return of property.. (AJM) dktd 3/21/95 **(TOLLIVER & LAWRENCE)** | | | | |
| 4/17/95 | 687 | Govt's Response to Mtn of dfts Tolliver & Lawrence for Return of Property. **(S TOLLIVER & T LAWRENCE)** | | | | |
| 4/20/95 | 688 | Authority to Pay Court appointed counsel and ORDER that Patrick Fanning be paid $25,995.00 for services rendered. (AJM) 3/16/95 dktd 4/20/95 **(G. ELWOOD)** | | | | |
| 4/20/95 | 689 | M.E. 4/19/95-Bfr the Court is dfts' mtn for return of property and the Court determines that it will reconsider dfts' mtn upon completion of this matter in the US Court of Appeals for the 5th Circuit. (AJM) dktd 4/20/95. **(S. TOLLIVER & T. LAWRENCE)** | | | | |
| 4/27/95 | X | Sealed docs sent to the 5th Circuit Court of Appeals, docs # 502, 503, 504, 505 & 525 in 1 enf. **(TOLLIVER)** | | | | |
| 4/26/95 | 690 | Letter to Court from the 5th Circuit Court of Appeals re sealed docs. | | | | |
| 5/15/95 | 691 | Mtn of dft Sylvester Tolliver & Troy Lawrence for sum jgm . **(S. TOLLIVER & T. LAWRENCE)** | | | | |
| 5/23/95 | 692 | M.E. 5/18/95-The Court will reconsider the mtn for sum jgm along w/dfts other mtn upon completion of this matter in the US Court of Appeals for the 5th Circuit. (AJM) dktd 5/23/95 **(S. TOLLIVER & T. LAWRENCE)** | | | | |
| 9/12/95 | 693 | JUDGMENT FROM THE 5TH CIRCUIT: Ordered that the jgm of the Dist Court is affirmed. issd as mandate 9/5/95. **(LAY, DUHE, DEMOSS) (D. METZ)** | | | | |
| 9/12/95 | 694 | JUDGMENT FROM THE 5TH CIRCUIT: ORDERED that the jgm of the Dist Court is affirmed. issd as mandate 9/5/95. (LAY, DUHE, DEMOSS) **(N. MOORE, JR.)** | | | | |
| 9/12/95 | 695 | JUDGMENT FROM THE 5TH CIRCUIT: ORDERED that the jgm of the Dist Court is affirmed. issd as mandate 9/5/95 (LAY, DUHE, DEMOSS) **(S. TOLLIVER)** | | | | |
| 9/12/95 | 696 | JUDGMENT FROM THE 5TH CIRCUIT: ORDERED that the conviction & sent on Ct. 1 conspiracy is vacated, & dism those portions of his appeal, re his ineffective assistance of counsel claim, not directly addressed w/o prej. All other respects, the jgm is affirmed. issd as mandate 9/5/95 (LAY, DUHE, DEMOSS) **(G. METZ)** | | | | |
| 9/12/95 | 697 | JUDGMENT FROM THE 5TH CIRCUIT: ORDERED that the the multiple sentences on the §924(c) cts are vacted & remanded w/instructions that 2 of the cts, as elected by the Govt, be dism & Sterling be re-sentenced. All other respects, the jgm is affirmed. issd as mandate 9/5/95 (LAY, DUHE & DEMOSS) **(S. STERLING)** | | | | |
| 9/21/95 | 698 | M.E. 9/20/95: IT IS ORDERED that the Govt dism 2 of the § 924(c) cts agst dft Shane Sterling. The § 924 (c) Cts agst this dft are Cts 20, 21, & 22 of the indict. Govt to file dismissals by 10/2/95. (AJM) dktd 9/22/95 **(STERLING)** | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

MASTER DOCKET SHEET PAGE 31

**UNITED STATES DISTRICT COURT**
**CRIMINAL DOCKET** *U. S. vs*

GLENN METZ, ET AL

92-469 "D"

| | Yr. | Docket No. | Def. |

AO 256A ⊕

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|-----------------------|:---:|:---:|:---:|:---:|
| | | | (a) | (b) | (c) | (d) |
| | | (Document No.) | | | | |
| 10/2/95 | 699 | Govt's mtn and ORDER that Cts 20 & 21 are dismissed as to dft Shane Sterling. (AJM) 10/3/95 dktd 10/4/95 **(S. STERLING)** | | | | |
| 10/3/95 | 700 | AMENDED J&C: As directed by the US Court of Appeals the J&C Order of 12/15/93 is amended: The Court adjudged the dft guilty as charged & convicted & ordered that: dft is committed to the US bureau of Prisons for a term of 188 months, as to Count 1 of the Superseding Indict. As to Ct 22 of the Superseding Indict, the dft is committed to the Bureau of Prisons for 60 months to run consecutively to Ct 1. Thereafter, dft placed on supervised release for 5 years as to Ct 1 w/conditions as set forth in the 12/15/93 order & are adopted by reference. On mtn of the Govt, IT IS ORDERED THAT THE ORIGINAL INDICT IS DISMISSED. FURTHER ORDERED that the dft pay to the US a special assessment of $50.00 as to Cts 1 & 22 for a total of $100.00. (AJM) 10/3/95 dktd 10/4/95 **(S. STERLING)** | | | | |
| 10/16/95 | XX | Ret mail to Packard Phillips of doc. 700. | | | | |
| 10/27/95 | 701 | Req of dft Noah Moore for the Court to order copies of docs re the wiretapping. **(N. MOORE)** | | | | |
| 11/1/95 | 702 | JUDGMENT from the 5th Circuit Court of Appeals: Ordered that the jgm of the Dist Court is affirmed. issd as mandate 10/27/95 **(LAY, DUHE, & DEMOSS) (G. ARTHUR)** | | | | |
| 11/1/95 | 703 | JUDGMENT from the 5th Circuit Court of Appeals: Ordered that the jgm of the Dist Court is affirmed. issd as mandate 10/27/95 **(LAY, DUHE, & DEMOSS) (M. HELMSTETTER)** | | | | |
| 11/1/95 | 704 | JUDGMENT from the 5th Circuit Court of Appeals: Ordered that the jgm of the Dist Court is affirmed. issd as mandate 10/27/95 **(LAY, DUHE & DEMOSS) (G. ELWOOD)** | | | | |
| 11/1/95 | 705 | ORDER From the 5th Circuit Court of Appeals: AFFIRMED in part, VACATED in part, DISMISSED in part & REMANDED in part for resentencing. (LAY, DUHE, & DEMOSS) **(S. TOLLIVER, G. ELWOOD, D. METZ, G. ARTHUR, N. MOORE, JR., M. HELMSTETTER, G. METZ, S. STERLILNG)** | | | | |
| 11/7/95 | 706 | M.E. (11/2/95) Dft's req seeking copies of every legal doc including court authorizations related to the wiretapping of a cellular telephone is denied. (AJM) dktd 11/7/95. **(MOORE)** | | | | |
| 11/7/95 | 707 | M.E. 11/7/95: The Court is in receipt of a req from dft & is being treated as a mtn to appoint counsel. IT IS ORDERED that dft Helmstetter's req/mtn to appoint atty is DENIED. (AJM) dktd 11/8/95. **(M. HELMSTETTER)** | | | | |
| 12/13/95 | XX | Record returned from Ct. of Appeals EXCEPT SEALED DOC'S# 658-682 & 502-505 & 525(PNC) | | | | |
| 12/22/95 | | Sealed doc's#502-505 & #525 and #658-682 returned from Ct.of Appeals (PNC) | | | | |

Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|---|---|---|---|---|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 1/18/96 | 708 | Mtn of dft Gennero Author, for jgm of acquittal pursuant to Rule 29. **(G. ARTHUR)** | | | | |
| 1/22/96 | 709 | M.E. 1/22/96: The mtn of dft for jgm of acquittal pursuant to Rule 29 is DENIED as untimely. (AJM) dktd 1/23/96. **(G. ARTHUR)** | | | | |
| 2/29/96 | 710 | Return of Exhibits to John Musser, on 2/29/96. | | | | |
| 2/29/96 | 711 | Return of Exhibits to Patrick Fanning on 2/29/96. | | | | |
| 2/29/96 | 712 | REturn of Exhibits to George Simno, III, on 2/29/96. | | | | |
| 2/29/96 | 713 | Return of Exhibits to Raymond McGuire on 2/29/96. | | | | |
| 2/29/96 | 714 | Return of Exhibits to Packard Phillips on 2/29/96. | | | | |
| 3/6/96 | 715 | Receipt of Exhibits by Packard Phillips 3/4/96. | | | | |
| 3/6/96 | 716 | Receipt of Exhibits by Patrick Fanning 3/4/96. | | | | |
| 3/6/96 | 717 | Receipt of Exhibits by John Musser 3/5/96. | | | | |
| 3/12/96 | 718 | Receipt of Exhibits by Geroge Simno, III on 3/11/96. | | | | |
| 3/11/96 | 719 | Receipt of Exhibits by Raymond McGuire on 3/11/96. | | | | |
| 3/20/96 | 720 | Receipt of exhibits by Patrick Fanning on 3/4/96. | | | | |
| 3/25/96 | 721 | Mtn of dft for new trial pursuant to FRCP Rule 33 newly discovered evidence. No hrg set. **(G. ELWOOD)** | | | | |
| 3/25/96 | 722 | Ltr to court from dft Sylvester Tolliver re jail time. **(TOLLIVER)** | | | | |
| 3/28/96 | 723 | Mtn of dft for new trial pursuant to F.R.Cr.P. Rule 33 newly discovered evidence. **(HELMSTETTER)** | | | | |
| 4/9/96 | 724 | M.E. 4/8/96: IT IS ORDERED that the mtns for New Trial filed by dfts Elwood & Helmstetter are DENIED. (AJM) dktd 4/10/96 **(ELWOOD & HELMSTETTER)** | | | | |
| 4/17/96 | 725 | Mtn of dft for telephone docs & the warrant authorizing the wire tap. **(N. MOORE)** | | | | |
| 4/22/96 | 726 | Ntc of Appeal by dft of the Court's denial of dft's mtn for new trial pursuant to Rule 33, New Discovered evidence. **(G. ELWOOD)** | | | | |
| 4/22/96 | 727 | Ntc of Appeal by dft of the Court's denial of dft's mtn for a new trial pursuant to Rule 33, Newly Discovered Evidence. **(M. HELMSTETTER)** | | | | |
| 4/24/96 | 728 | M.E. 4/23/96: The Court DENIES the dft's req for telephone docs & warrant authorizing wire-tap as the requested docs are not contained in the record. (AJM) dktd 4/25/96 **(N. MOORE)** | | | | |
| 4/25/96 | XX | Letter from USCA regarding Writ of Certiorari | | | | |
| 5/3/96 | 729 | Receipt of exhibits by P. Ware, DEA on 5/3/96. | | | | |
| 5/10/96 | 730 | Mtn of dft & ORDER that the dft is not entitled to proceed in forma pauperis as the appeal is legally frivolous. (AJM)5/15/96 dktd 5/15/96 **(M. HELMSTETTER)** | | | | |
| 5/10/96 | 731 | Mtn of dft and ORDER that dft is not entitled to proceed in forma pauperis as appeal is legally frivolous. (AJM) 5/15/96 dktd 5/15/96. **(G. ELWOOD)** | | | | |
| 5/31/96 | XX | Record fwd. to ct. of Appeals (PNC) | | | | |
| 6/3/96 | XX | Sealed doc's #669-675 fwd. to ct. of Appeasl (PNC) | | | | |

(Cont

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

MASTER DOCKET SHEET PAGE 32

Glenn Metz et al

**92-469 D**

AO 256A ⊕

| Yr. | Docket No. | Def. |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
|------|------------|------|
| | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | |
| 6/4/96 | 732   Receipt of exhibits by Ronald J. Rakowsky. **(G. ARTHUR)** | | | | |
| 10/4/96 | XX  Record returned from Ct.of Appeals (PNC) | | | | |
| 10/4/96 | 733  JUDGMENT FROM THE 5TH CIRCUIT COURT OF APPEALS: Ordered that the appeal is dism as frivolous. issd as mandate 10/3/96 (SMITH, DUHE', BARKSDALE) **(HELMSTETTER)** | | | | |
| 10/4/96 | 734  JUDGMENT FROM THE 5TH CIRCUIT COURT OF APPEALS: Ordered that the appeal is dism as frivolous. issd as mandate 10/3/96 **(G. ELWOOD)** | | | | |
| 11/25/96 | 735  Mtn of dft for a downward departurne under USSG Amendment 505. **(D. METZ)** | | | | |
| 12/5/96 | 736  M.E. 12/4/96: ORDERED that dft Danielle Metz's Mtn for departure under retroactive USSG Amend 505 is DENIED. (AJM) dktd 12/6/96 **(D. METZ)** | | | | |
| 12/10/96 | 737  Authority to pay Court Appointed Counsel & ORDER that George Simno, III, be paid $20,000.08 for services rendered for dft. (AJM) 10/25/96 dktd 12/11/96. **(N. MOORE)** | | | | |
| 12/30/96 | 738  Mtn of dft for return of property. **(G. METZ)** | | | | |
| 1/6/97 | 739  M.E. 1/6/97- ORDERED that the Govt file a resp by 2/7/97 to Glenn Metz mtn for return of property. (AJM) dktd 2/7/97 **(G. METZ)** | | | | |
| 1/7/97 | 740  Mtn of dft under 28:2255 to vacate, set aside, or correct sent & ORDER to proceed in forma pauperis, MOOT. (AJM) 1/10/97 dktd 1/13/97 **(M. HELMSTETTER)** (REF: C.A. 97-54) | | | | |
| 1/7/97 | 741  Mtn of dft for recusal. No hrg set. **(HELMSTETTER)** | | | | |
| 1/10/97 | 742  ORDER: ORDERED that the US Atty file by 2/24/97 ans answer to the dft's application for relief from sent. (AJM) dktd 1/13/97 **(HELMSTETTER)** | | | | |
| 1/10/97 | 743  ORDER: ORDERED that dft's mtn for recusal is DENIED. (AJM) dktd 1/13/97 **(HELMSTETTER)** | | | | |
| 1/21/97 | 744  ORDER: ORDERED that the FPD is appointed to represent dft for post-conviction relief. The ltr received 1/16/97 is considered a timely application for post-conviction relief. FPD to respond w/in 90 days. (AJM) dktd 1/21/97 **(G. ARTHUR)** | | | | |
| 1/27/97 | 745  Govt's mtn & ORDER for an extension of time to file ans to dft's application for post conviction relief to 5/1/97. (AJM) dktd 1/29/97 **(HELMSTETTER)** | | | | |
| 2/3/97 | XX  Mail REturned addressed to Gennero Arthur of doc # 744. | | | | |
| 2/4/97 | 746  Govt's mtn & ORDER that a 30 day extension of time for Govt's response to mtn for return of property, by 3/7/97. (AJM) dktd 2/6/97. **(G. METZ)** | | | | |
| 1/28/97 | 745 a  Mtn of dft for return of seized property. **(G. ELWOOD)** | | | | |

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|--|--------------------------|------|------|------|------|
| | (Document No.) | | (a) | (b) | (c) | (d) |
| 2/7/97 | 747 | M.E. 2/7/97: ORDERED that the USA file by 4:00 pm 3/7/97 a response to GErald Elwood's mtn for return of property. (AJM) dktd 2/10/97 **(G. ELWOOD)** | | | | |
| **2/25/97** | 748 | Mtn of dft to vacate, set aside or correct sentence under 28:2255 & ORDER that the dft is allowed to proceed in forma pauperis. **(G. ELWOOD)**   **REF:  C.A.97-558** | | | | |
| 3/5/97 | 749 | ORDER: ORDERED that the US Atty file by 4/28/97 an answer, as stip to dft's mtn to vacate. (AJM) 3/4/97 dktd 3/5/97 **(G. ELWOOD)** | | | | |
| 2/27/97 | 750 | Mtn of dft for new trial pursuant to Rule 33 based on newly discovered evidence. **(D. METZ)** | | | | |
| 3/3/97 | 751 | Mtn of dft for new trial pursuant to Rule 33 based on newly discovered evidence. **(G. METZ)** | | | | |
| 2/27/97 | 752 | Ltr to Court from dft G. Elwood re his mtn to vacate. **(G. ELWOOD)** | | | | |
| 3/6/97 | 753 | M.E. 3/6/97: ORDERED that the US Atty file by 4:00 p.m. 6/9/97 a response to dft' D. Metz mtn for a new trial. (AJM) dktd 3/6/97 **(D. METZ)** | | | | |
| 3/6/97 | 754 | M.E. 3/6/97: ORDERED that the US Atty file by 4:00 p.m. 6/9/97 a response to dft's mtn for a new trial. (AJM) dktd 3/6/97 **(G. METZ)** | | | | |
| 3/10/97 | 755 | Govt's Response & memo in opp to dft's mtn for return of property. **(G. METZ)** | | | | |
| 3/10/97 | 756 | Govt's response & memo in opp to dft's mtn for return of property. **(ELWOOD)** | | | | |
| 3/18/97 | 757 | M.E. 3/18/97: IT IS ORDERED that Glenn Mets's mtn for Return of Property Pursuant to Federal Rule of Criminal Procedure 41(3) is DENIED. (AJM) dktd 3/19/97 **(G. METZ)** | | | | |
| 3/18/97 | 758 | M.E. 3/18/97: ORDERED that dft Gerald Elwood's mtn for return of property is DENIED. (AJM) dktd 3/19/97 **(G. METZ (ELWOOD)** | | | | |
| 3/31/97 | 759 | Mtn of dft for reconsideration of 41(e) mtn for return of property. **(G. METZ)** | | | | |
| 3/31/97 | 760 | Mtn of dft for reconsideration of 41(e) mtn for return of property. **(G. ELWOOD)** | | | | |
| 4/2/97 | 761 | Govtt's mtn & ORDER for an extension of time to file ans to dft's application for post conviction relief uner 28:2255 to 5/30/97. (AJM) dktd 4/3/97. **(G. ELWOOD & M. HELMSTETTER)** | | | | |
| 4/2/97 | 762 | M.E. 4/2/97: The Court DENIES dft Metz's mtn for recomsideration of 41(e) mtn for return of property. (AJM) dktd 4/3/97 **(G. METZ)** | | | | |
| 3/31/97 | 763 | Reply to the Govt's Response to mtn for return of property. **(G. ELWOOD)** | | | | |
| 4/3/97 | 764 | M.E. 4/3/97) Mtn for recon of 41(e) mtn for return of property by dft is denied. (AJM) dktd 4/7/97 **(G. ELWOOD)** | | | | |
| 4/15/97 | | XXRecord fwd. to Ct. of Appeals (PNC | | | | |
| 4/21/97 | 765 | Petn of the dft pursuant to 28:2255 to vacate sentence. **(ARTHUR)** (ref: 97-1249) | | | | |
| 4/23/97 | 766 | Ntc of appeal by dft on the jgm entered 4/7/97 denying his mtn for return of property. **(G. ELWOOD)** | | | | |

Interval
(per Section II)   Start Date
End Date   Ltr.
Code   Total
Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

**MASTER DOCKET SHEET PAGE 33**

**GLENN METZ, ET AL**

92-469 "D"

| Yr. | Docket No. | Def. |

AO 256A ⊕

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|-------------------------|:---:|:---:|:---:|:---:|
| | | (a) | (b) | (c) | (d) |
| | (Document No.) | | | | |
| 4/23/97 | 767 Ntc of appeal by dft of the jgm entered 4/3/97 denying his mtn for return of property. **(G. METZ)** | | | | |
| 4/29/97 | 768 2255 RESPONSE ORDER: ORDERED that the US Atty file by 5/30/97 an answer, as stip, to dft's application for post conviction relief. (AJM)4/28/97 dktd 5/1/97 **(G. ARTHUR)** | | | | |
| 4/25/97 | 769 Mtn of dft to vacate, set aside or correct sent under 28:2255. **(D. METZ)  (REF: c.a. 97-1388)** | | | | |
| 5/5/97 | 770 Ntc of Change of Address by dft Marlo Helmstetter. | | | | |
| 5/7/97 | 771 ORDER: ORDERED that the USA file by 6/9/97 an answer to dft's mtn to vacate. (AJM) dktd 5/8/97 **(D. METZ)** | | | | |
| 5/9/97 | 772 Govt's Response to dfts' mtn for new trial pursuant to Rule 33 based on newly discover evidence. **(G & D METZ)** | | | | |
| 5/12/97 | XX Mail returned addressed to G. Arthur of doc # 768. | | | | |
| 5/13/97 | 773 M.E. 5/13/97: IT IS ORDERED that the mtns for new trial pursuant to Rule 33 based on newly discovered evidence be DENIED. (AJM) dktd 5/14/97 **(G. & D. METZ)** | | | | |
| 5/15/97 | XX Record fwd. to ct. of Appeals doc's#765-773 only w/sealed doc's#669-771(PNC) | | | | |
| 5/19/97 | 774 Mtn of dft for extension of time to file reply to the Govt's response to dft's mtn for new trial under Rule 33. **(D. METZ)** | | | | |
| 5/19/97 | 775 Mtn of dft for extension of time to file reply to the Govt's response to dft's mtn for new trial under Rule 33. **(G. METZ)** | | | | |
| 5/27/97 | 776 Ntc of appeal by dft Danielle Bernard Metz from final jgm entered on 5/14/97 denying mtn for new trial. **(D. METZ)** | | | | |
| | 777 Document not used. | | | | |
| 5/27/97 | 778 Ntc of appeal by dft Glenn Metz from final jgm entered on 5/14/97 denying mtn for new trial. **(G. METZ)** | | | | |
| 5/23/97 | 779 Mtn by dft Glenn Metz for extension of time to resp to the Govt's resp. **(G. METZ)** | | | | |
| 5/23/97 | 780 Dft's ntc of change of address. **(G. METZ)** | | | | |
| 5/27/97 | 781 Govt's mtn for extension of time to file response to the 2255 mtn to vacate & ORDER that the Govt's resp is due by 6/30/97. (AJM) 5/30/97 dktd 6/3/97 **(G. ARTHUR)** | | | | |
| 5/30/97 | 782 Govt's response to mtn to vacate. **(G. ELWOOD)** | | | | |
| 6/2/97 | 783 Govt's response to mtn to vacate. **(M. HELMSTETTER)** | | | | |
| 6/2/97 | 784 Mtn of dft for leave to file traverse to the Govt's response to the 2255 mtn. **(G. ELWOOD)** | | | | |
| 6/6/97 | 785 M.E. 6/6/97: IT IS ORDERED that dft is allowed to file a written traverse to the Govt's response to 2255 mtn by 7/9/97. (AJM) dktd 6/6/97 **(HELMSTETTER)** | | | | |
| 6/6/97 | 786 M.E. 6/6/97: IT IS ORDERED that dft is allowed to file a written traverse to the Govt's response re 2255 mtn by 7/9/97. (AJM) dktd 6/6/97 **(ELWOOD)** | | | | |

| | | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |



UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|------|------|-------------------------|------|------|------|------|
| | | (Document No.) | (a) | (b) | (c) | (d) |
| 6/10/97 | 787 | Govt's response to dft's mtn to vacate, set aside or correct sent pursuant to 28§2255.  (D. METZ) | | | | |
| 6/6/97 | 788 | Mtn of dft for an extension of time to file a traverse. (HELMSTETTER) | | | | |
| 6/9/97 | 789 | Letter to Court dated 6/2/97  requesting appointment of atty re 2255 mtn.  (D. METZ) | | | | |
| 6/18/97 | 790 | Ltr to Court dated 6/14/97 re req for a copy of the Govt's response to dft's rule 33 mtn.  (G. METZ) | | | | |
| 6/19/97 | 791 | ORDER from the 5th Circuit Court of Appeals: granting Metz's mtn recall the mandate, and the jgm of the Dist Court is AFFIRMED IN PART, VACATED IN PART, AND REVERSED AND REMANDED IN PART.  (LAY, DUHE & DEMOSS) (G. METZ) | | | | |
| 6/27/97 | 792 | M.E. 6/27/97:  ORDERED that dft's req for appointment of counsel in her 2255 proceeding is DENIED.  (AJM) dktd 6/27/97.  (D. METZ) | | | | |
| 6/27/97 | 793 | ORDER AND REASONS:  ORDERED that dft's mtn under 28:2255 to Vacate, Set Aside, or Correct SEntence is DENIED.  FURTHER ORDERED that dft's conviction and sent on Count 1 conspiracy is VACATED.  (AJM) dktd 6/27/97  (D. METZ) | | | | |
| 6/27/97 | 794 | JUDGMENT:  ORDERED that dft's mtn under 28:2255 to Vacate, Set Aside, or Correct SEnt is DENIED.  FURTHER ORDERED that dft's conviction & sent on Ct 1 conspiracy is VACATED.  (AJM)  dktd 6/27/97  (D. METZ) | | | | |
| 6/30/97 | 795 | Govt's response to dft's mtn to vacate, set aside, or correct sent pursuant to 28:2255.  (G. ARTHUR) | | | | |
| 7/3/97 | 796 | Dft's traverse to Govt's response to mtn pursuant to 28:2255.  (G. ELWOOD) | | | | |
| 7/8/97 | 797 | JUDGMENT FROM THE 5th CIRCUIT COURT APPEALS:  On remand from the Supreme Court Ordered that the jgm of the Dist Court is AFFIRMED IN PART, VACATED IN PART AND REVERSED AND REMANDED IN PART.  issd as mandate 7/7/97 (LAY, DUHE & DEMOSS)  (G. METZ)     FAX COPY | | | | |
| 7/8/97 | 798 | JUDGMENT ON REMANDE FROM THE SUPREME COURT FROM THE 5th CIRCUIT COURT OF APPEALS:  Ordered that the jgm is AFFIRMED IN PART, VACATED IN PART AND REVERSED AND REMANDED IN PART.  issd as mandate 7/7/97 (LAY, DUHE & DEMOSS)  (STERLING)     FAX COPY | | | | |
| 7/14/97 | 799 | Dft's traverse to Govt's response to 2255 mtn.  (HELMSTETTER) | | | | |
| 7/17/97 | 800 | AMENDED JGM AND COMMITMENT ORDER:  As directed by the 7/7/97 5th Circuit Mandate, dft Noah Moore, Jr.'s sentence is AMENDED by vacating the 60 month term from his conviction on Ct 22 of the Superseding Indict. The Special assessment of $50.00 for Ct 22 is also vacated.  Count 22 of the Superseding Indict is DISM for lack of evidence.  (AJM)  dktd 7/21/97  (MOORE) | | | | |
| 7/21/97 | 801 | JUDGMENT ON REMAND FROM THE US SUPREME COURT by the 5th Circuit Court of Appeals:  Ordered that the jgm of the Dist Court is affirmed in part, vacated in part and reversed & remanded in part.  issd as mandate 7/21/97 (LAY, DUHE & DEMOSS) (MOORE)     FAX COPY | | | | |
| 7/16/97 | 802 | Orig JUDGMENT ON REMAND FROM THE US SUPREME COURT from the 5th Circuit Court of Appeals:  Ordered that the jgm of the Dist Court is affirmed in part, vacated in part and reversed and remanded in part.  issd as mandate 7/7/97 (LAY, DUHE, DEMOSS) (G. METZ) | | | | |

cont

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|--|--|--|--|--|



UNITED STATES DISTRICT COURT
CRIMINAL DOCKET    *U. S. vs*

**MASTER DOCKET SHEET PAGE 34**

**GLENN METZ, ET AL**

AO 256A ⊕

92-469  "D"
Yr. | Docket No. | Def.

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY |
| | | (a) | (b) | (c) | (d) |
|---|---|---|

(Document No.)

| 7/16/97 | 803 | Orig JUDGMENT ON REMAND FROM THE SUPREME COURT FROM THE 5TH CIRCUIT COURT OF APPEALS:  Ordered that the gjm is affirmed in part, vacated in part and reversed and remanded in part.  issd as mandate 7/7/97  (LAY, DUHE & DEMOSS)  **(STERLING)** |

| 7/22/97 | 804 | Orig. JUDGMENT ON REMAND FROM THE US SUPERME COURT BY THE 5TH CIRCUIT COURT OF APPEALS:  Ordered that the jgm of the Dist Court is affirmed in part, vacated in part and reversed in part.  issd as mandate 7/21/97  (LAY, DUHE & DEMOSS)  **(MOORE)** |

| 7/29/97 | 805 | ORDER AND REASONS:  ORDERED that dft Helmstetter's mtn under 28:2255 to vacate, set aside or correct sent is GRANTED, but only to the extent that the court sets aside 18:924 conviction & § 924 sent (Ct. 15).  FURTHER ORDERED that the govt notify the Court by 8/20/97 if it elects to retry Helmstetter on Ct. 15.  Dft's mtn is DENIED to the extent that all of his convictions & sentences, other that those pertaining to his 18:924 conviction & sent (Ct. 15), remain unchanged.  (AJM) 7/28/97 dktd 7/29/97  **(HELMSTETTER)** |

| 7/29/97 | 806 | JUDGMENT:  ORDERED that dft's mtn to vacate under 28:2255 is GRANTED only to the extent that the Court sets aside 18:924 conviction and sent(Ct. 15).  FURTHER ORDERED that the dft's mtn is DENIED, to the extent that all of dft's convictions & sentences, other than those re his 18:924 conviction & sent (ct 15), remain unchanged.  (AJM) 7/28/97 dktd 7/29/97.  **(HELMSTETTER)**   (REF: 97-54) |

| 7/29/97 | 807 | ORDER AND AREASONS:  IT IS ORDERED that dft's mtn under 28:2255 to vacate, set aside, or correct sent is GRANTED, ONLY to the extent that the court SETS ASIDE dft's 18:924 convictions and 924 sentences (Cts 16 & 17).  FURTHER ORDERED that the Govt notify the court by 8/20/97 if it elects to retry Elwood on that limited portion of Ct 16 re the 30-06 Remington rifle which was lying next to the bed where dft was sleeping 4/20/90.  FURTHER ORDERED that dft's mtn is DENIED, to the extent that all of his other convictions & sentences, other than those pertaining to his 18:924 convictions & sentences (Cts 16 & 17) remain unchanged.  (AJM)   dktd 7/29/97  **(G. ELWOOD)** |

| 7/29/97 | 808 | JUDGMENT:  ORDERED that dft's mtn under 28:2255 to vaCATE IS GRANTED only to the extent that the court sets aside his 18:924 convictions & sentences (Cts 16 & 17).  FURTHER ORDERED that dft's mtn is DENIED to the extent that all of his convictions, & sentences, other than those pertaining to his 18:924 convictions & sentences (Cts 16 & 17), remain unchanged.  (AJM)  dktd 7/29/97  **(G. ELWOOD)**  (REF:  97-558):: |

| 7/29/97 | 809 | ORDER AND REASONS:  ORDERED that dft's mtn under 28:2255 to vacate, set aside, or correct sent & application for H/C relief pursuant to 28:2241 are DENIED.  (AJM)  dktd 7/29/97  **(G. ARTHUR)** |

| 7/29/97 | 810 | JUDGMENT:  ORDERED that dft's mtn under 28:2255 to vacate & his application for H/C relief pursuant to 28:2241 are DENIED.  (AJM)  dktd 7/29/97  **(G. ARTHUR)**  (REF:  97-1249) |

| 7/24/97 | 811 | Ntc of Appeal by dft of the Court ruling denying mtn to vacate pursuant to 28:2255.  **(D. METZ)** |

| 7/29/97 | 812 | Mtn of dft to release the wiretap docs & the warrant authoriz ing the wiretap; no hrg set.  **(MOORE)** |

| 8/8/97 | | XX Record fwd. to Ct. of Appeals only doc's#774-811(PNC) |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

( O V E R )



UNITED STATES DISTRICT COURT
CRIMINAL DOCKET

AO 256A

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 8/11/97 | X    Retn mail addressed to Gennero Arthur of doc #809 & 810. | | | | |
| 8/11/97 | 813  Ntc of appeal by Gerald Elwood of court's 7/29/97 ruling denying its mtn for h/c relief pursuant to 28 USC 2255. **(ELWOOD)** (97-558) | | | | |
| 8/13/97 | XX Doc#813 fwd. to Ct. of Appeals  (PNC) | | | | |
| 8/11/97 | 814  NOTICE OF APPEAL:  by dft of the order & reasons entered 7/29/97.  **(HELMSTETTER)** | | | | |
| 8/18/97 | XX SEALED DOC"S#660-663 fwd. to Ct. of Appeals (PNC) | | | | |
| 8/18/97 | 815  CERTIFICATE OF APPEALABILITY:  Certif of appealability shall not be issd- legally frivolous (AJM) 8/15/97 dktd 8/21/97.  **(ELWOOD)** | | | | |
| 8/20/97 | 816  NOTICE OF APPEAL by dft of the order entered 7/29/97 denying his mtn to vacate.  **(ARTHUR)** | | | | |
| 8/20/97 | 817  Application by dft for certif of appealability & DENIED ORDER for same, as legally frivolous.  (AJM) 8/22/97  dktd 8/22/97  **(ARUTHUR)** | | | | |
| 8/21/97 | 818  Mtn of dft to proceed on appeal in forma pauperis.  **(ELWOOD)** | | | | |
| 8/21/97 | 819  Mtn of dft to proceed on appeal in forma pauperis & ORDER that the mtn is DENIED: the party is not entitled to proceed in forma pauperis as the appeal is legally frivolous. (AJM) 8/29/97 dktd 9/3/97.  **(ELWOOD)** | | | | |
| 8/25/97 | 820  Ntc of dft of change of address.  **(ELWOOD)** | | | | |
| 8/11/97 | 821  Mtn of dft to proceed in forma pauperis on appeal & DENIED ORDER for same as the appeal is legally frivolous. (AJM)9/2/97.  dktd 9/3/97  **(HELMSTETTER)** | | | | |
| 9/2/97 | xx  Mail returned upon Gennero Arthur of doc #216.  **(ARTHUR)**  (Should Be #816) | | | | |
| 9/2/97 | xx  Mail returned upon Gennero ARthur of doc # 817.  **(ARTHUR)** | | | | |
| 9/5/97 | xx  Mail returned upon Gerald elwood of doc # 215 (should be 815)  **(ELWOOD)** | | | | |
| 9/5/97 | 822  Dft's reply to Govt's opp to mtn re the wiretap on a cellular phone.  **(MOORE)** | | | | |
| 9/8/97 | xx  Appeal fee paid by Linda Elwood in the amt of $105.00.  **(G. ELWOOD)** | | | | |
| 9/15/97 | XX Doc#812 and 814thru 821 only Fwd. to Ct. of Appeals (PNC) | | | | |
| 9/16/97 | XX Sealed doc's#664-668 and 672-675 fwd. to Ct. of Appeals (PNC) | | | | |
| 9/22/97 | 823  NOTICE OF APPEAL by dft Moore of amended jgm & commitment order issd on 7/17/97 **(MOORE)** | | | | |
| 9/22/97 | 824  Mtn by dft Moore for reconsideration with request for de novo resentencing or, in the alter, emergency notice of appeal **(MOORE)** | | | | |
| 9/30/97 | 825  ME (9/30/97) ordered that dft Moore's mtn for reconsideration with request for de novo resentencing is hereby denied; further order that dft's mtn not be considered an emergency notice of appeal by (AJM) dktd 10/1/97 **(MOORE)** | | | | |
| 10/6/97 | 826  Govt's mtn & ORDER that the record be corrected by adding the Govt's Exhibits 1-35 to their resp to dft's mtn for return of property.  (AJM)  dktd 10/8/97  **(ELWOOD)** | | | | |
| 10/6/97 | 827  Govt's mtn & ORDER that the record be corrected by adding Govt Exhibts 1-185 to the Govt's resp to dft's mtn for return of property.  (AJM) dktd 10/8/97.  **(G. METZ)** | | | | |

*(Cont'd)*

| | Interval (per Section II) | Start Date End Date | Ltr. Code | Total Days |
|---|---|---|---|---|



MASTER DOCKET SHEET PAGE 35

DC 111A
(Rev. 1/75)

CRIMINAL    XXXX DOCKET CONTINUATION SHEET
             XXXXX

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | METZ, ET AL | DOCKET NO. **92-469** "D |
| | | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/9/97 | XX | Doc's#826 & 827 fwd. to Ct. of Appeals(PNC) |
| 10/7/97 | xx | Appeal fee paid in the amt of $105.00.  **(HELMSTETTER)** |
| 10/15/97 | 828 | CERTIFICATE OF APPEALABILITY:  A Certif of appealability shall not be issd as it is legally frivolous.  (AJM)  **(HELMSTETTER)** |
| 11/10/97 | 829 | CERTIFICATE OF APPEALABILITY:  A Certif of appealability shall not be issd as it is leagally frivolous.  (AJM) dktd 11/12/97  **(MOORE)** |
| 11/10/97 | 830 | CERTIFICATE OF APPEALABILITY:  A certif of appealability shall not be issd as it is legally frivolous.  (AJM) dktd 11/12/97  **(D. METZ)** |
| 11/19/97 | XX | Record fwd. to Ct. of Appeals--only doc's#822-830 except doc#826 & 827 sent previously under separate cover 9/16/97 as to M. Helmstetter(PNC) |
| 12/2/97 | 831 | Ltr from Marlo Helmstetter in re: refund of assessment fee. |
| 12/2/97 | 832 | M.E. (12/2/97) ORDERED that the clerk issue a check in the amount of $50.00 to the dft Marlo Helmstetter. (AJM) dktd 12/5/97  **(HELMSTETTER)** |
| 12/9/97 | 833 | ORDER FROM THE 5TH CIRCUIT OF APPEALS:  APPEAL DISMISSED.  (GARWOOD, WIENER & BENVIDES)  **(N. MOORE)** |
| 12/24/97 | 834 | ORDER FROM THE 5TH CIRCUIT COURT OF APPEALS:  Dft Gennero Arthur's COA application is DENIED. (DAVIS)  **(ARTHUR)** |
| 1/13/98 | 835 | ORDER FROM THE 5TH CIRCUIT COURT OF APPEALS:  The appeal is held in abeyance & the case is remanded for the limited purpose of payment of the full filing fee or compliancd w/the PLRA.  (BY 5TH CIRCUIT JUDGE)  **(ELWOOD.)** |
| 2/6/98 | 836 | ORDER FROM THE 5TH CIRCUIT COURT OF APPEALS:  Dft's appeal is dism for want of prosecution for failure of appellant to pay docketing fee w/in time. By Clerk 5th Circuit.  **(D. METZ)** |
| 2/25/98 | xx | Sealed docs # 664 through 668 returned from the Court of Appeals for the 5th Circuit.  **(ARTHUR)** |
| 1/29/98 | 837 | Mtn of dft to procced on appeal in forma pauperis & ORDER that the dft is not entitled to proceed in forma pauperis as the appeal is not taken in good faith & legally frivolous.  (AJM)  3/5/98  dktd 3/9/98.  **(ELWOOD)** |
| 4/27/98 | 838 | JUDGMENT FROM THE 5TH CIRCUIT COURT OF APPEALS:  ORDERED that the jgm of the Dist Court is affirmed, as to dft's mtn for return of property. issd as mandate 4/24/98 (JOLLY, BENAVIDES, PARKER)  **(G. METZ)** |
| 5/6/98 | 839 | Letter to dft from the 5th Circuit Court of Appeals dated 5/4/98 re application to proceed in forma pauperis.  **(G. ELWOOD)** |
| 5/4/98 | 840 | ORDER FROM THE 5TH CIRCUIT COURT OF APPEALS:  ORDERED that the certif of appealabilit is DENIED.  (WIENER)  **(HELMSTETTER)** |
| 5/6/98 | 841 | ORDER FROM THE 5TH CIRCUIT COURT OF APPEALS:  ORDERED that the certif of appealability is DENIED.  (WIENER)  **(ELWOOD)** |
| 5/28/98 | 842 | APPEAL JGM Affirming the decision of the Dist Court issd as mandate 5/25/98 **(D.METZ)**  **(G.METZ)** |
| 6/4/98 | XX | ONLY docs#813 and 822-830 and SEALED DOCS#669-671 and SEALED docs#672-675 RETURNED from Ct. of Appeals(PNC) |
| 6/23/98 | XX | ONLY 2 vols of doc#827 and SEALED docs#658 & 659 RETURNED from Ct. of Appeals(PNC) |
| 6/23/98 | XX | ONLY SEALED DOCS#660-663 returned form ct. of Appeals(PNC) |

DC 111A
(Rev. 1/75)



### ~~DOCKET~~ DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/22/98 | 843 | Mtn of dft to vacate, set aside, or correct sent. **(G. METZ)**  (REF:  C.A. 98-1743) |
| 6/22/98 | 844 | ORDER:  ORDERED that the Clerk serve the application & order upon the US Atty & US Atty ordered to file by 8/26/98 an ans.  (AJM) dktd 6/25/98  **(G. METZ)** |
| 7/21/98 | 845 | Mtn of dft to vacate sentence/2255 petn.  **(N. MOORE)** |
| 7/21/98 | 846 | Mtn of dft for an extension of time to suppl 2255 application & ORDER that dft is granted an extension to 8/21/98 to perfect the 2255 application.  (AJM) 8/4/98 dktd 8/5/98  **(N. MOORE)** |
| 8/20/98 | XXX | Record returned from ct. of appeals (PNC) |
| 8/20/98 | 847 | ORDER FROM THE 5th CIRCUIT COURT OF APPEALS:  Appeal is dism for want of prosecution for appellant's failure to comply with the prison litigationReform Act w/in time. Clerk 5th Circuit.  **(G. ELWOOD)** |
| 8/21/98 | 848 | Memo in Support of mtn to vacate conviction 7 correct sentence under 28;2255.  **(N. MOORE)** |
| 8/25/98 | 849 | 2255 RESPONSE ORDER:  ORDERED that the Clerk serve this order & dft's application on the US Atty & the uS Atty to file an ans by 10/7/98.  (AJM) 8/24/98  dktd 8/25/98.  **(MOORE)** |
| 8/26/98 | 850 | Govt's opp memo in response to dft's mtn to vacate, set aside or correct sent unter 28;2255.  **(G. METZ)** |
| 8/26/98 | 851 | Dft's Suppl memo of law in support of mtn to vacate.  **(G. METZ)** |
| 8/28/98 | 852 | ORDER AND REASONS:  ORDERED that dft's mtn under 28;2255 to vacate, set aside, or correct sent is DENIED.  (AJM) dktd 8/28/98.  **(G. METZ)**   **(REF: 98-1743)** |
| 8/28/98 | 853 | JUDGMENT:   ORDERED that dft's mtn under 28;2255 to vacate, set aside, or correct sent is DENIED.  (AJM) dktd 8/28/98.  **(G. METZ)   (REF: 98-1743)** |
| 9/11/98 | 854 | NTC OF APPEAL BY dft from the jgm entered 8/28/98 denying his mtn for relief under 2255.    **(G. METZ)** |
| 9/16/98 | 855 | Application for certif of Appealability & ORDER that the certif of appealability shall not be issd as it is legally frivolous.  (AJM) 9/21/98  dktd 9/23/98  **(G. METZ)** |
| 9/25/98 | 856 | Mtn of dft to req an extension of time to file mtn pursuant to 28;2255.  **(S.STERLING)** |
| 10/6/98 | 857 | M.E.  10/6/98;  ORDERED that dft's mtn for an extension of time to file mtn pursuant to 28;2255 is DENIED, as untimely.  (AJM)  dktd 10/8/98.  **(STERLING)** |
| 10/7/98 | 858 | Govt's response & memo to dft's mtn to vacate, set aside or correct sent under 28§2255.  **(N.MOORE)** |
| 10/4/98 | 859 | Mtn of dft for an extension of time to file supplement to 2255 application & DENIED ORDER for same, see M.E. of 10/6/98, doc # 857 & 803. (AJM)  10/15/98  **(STERLING)** |
| **10/21/98** | 860 | Mtn of dft & ORDER that dft is granted until 11/23/98 to traverse the  Govt's response to dft's 2255 application.  (AJM)  10/22/98 dktk 10/23/98  **(MOORE)** |
| 10/21/98 | 861 | Mtn of dft & ORDER that the denial of dft's req for time be w/drawn & dft has until 11/23/98 to perfect the 2255.  (AJM)   dktd 10/23/98.  **(STERLING)** |
| 10/26/98 | 862 | Letter to Court from the Supreme Court of U S dated 10/5/98 stating that petn for writ of certiorari is denied.  (Clerk Supreme Court)  **(HELMSTETTER)** |

CONT



MASTER DOCKET SHEETE PAGE 36

DC 111A
(Rev. 1/75)

CRIMINAL ~~XXXX~~ DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| USA | METZ, ET AL | DOCKET NO. **92-469** **"D"** <br> PAGE ___ OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 11/6/98 | 863 | ORDER FROM THE 5TH CIRCUIT COURT OF APPEALS: The appeal is dism for want of prosecution for failure of appellant to pay fee on time. (Clerk 5th Circuit) **(G. METZ)** |
| 11/19/98 | 864 | 2nd mtn by dft & ORDER that an extension of time of 30 days to file the 2255 application be granted. (AJM) **(MOORE)** |
| 11/19/98 | 865 | 2nd mtn by dft & ORDER that an extension of time of 30 days to file the 2255 application. (AJM) **(STERLING)** |
| 12/9/98 | 866 | Letter to Court from the Supreme Court of the US dated 10/14/97 stating that the petn for a writ of certiorari is denied. (Clerk Supreme Court) **(STERLING)** |
| 12/23/98 | 867 | Reply to govt's response to dft's mtn to vacate, set aside or correct statement under 28;2255 **(MOORE)** |
| 12/23/98 | 868 | mtn of dft to vacate conviction & correct sent under 28;2255. **(STERLING)** **(REF: CA 98-3822)** |
| **12/30/98** | 869 | Amended mtn to vacate conviction & correct sent under 28:2255 **(STERLING)** |
| 1/5/99 | 870 | ORDER ORDERED that the Clerk serve the US Atty w/this order & the US ATty to file by 3/1/99 an ans re Sterling's mtn to vacate. (AJM) 1/4/99 dktd 1/5/99 **(STERLING)** |
| **1/13/99** | 871 | ORDER AND REASONS: ORDERED that Noah Moore's mtn under 28;2255 to vacate, set aside or correct sentence is DENIED. (AJM) dktd 1/15/99. **(MOORE)** |
| 1/13/99 | 872 | JUDGMENT: ORDERED that Noah Moore's mtn under 28;2255 to vacate, set aside, or correct sent is DENIED. dktd 1/15/99 **(MOORE)** |
| 2/4/99 | 873 | **NOTICE OF APPEAL** of the Court's 1/13/99 jgm. **(MOORE)** |
| 2/11/99 | 874 | CERTIFICATE OF APPEALABILITY: A certif of appealability shall not be issd as legally frivolous. (AJM) dktd 2/18/99. **(MOORE)** |
| 2/19/99 | 875 | ORDER FROM THE 5TH CIRCUIT OF APPEALS: Dft Arthur's certif of appealability is DENIED. (DAVIS) **(ARTHUR)** |
| 3/1/99 | 876 | Mtn for retroactive application of guideline amendment 505 by dft. **(D. METZ)** |
| 3/1/99 | 877 | Govt's resp to dft's mtn to vacate, set aside or correct sent under 28;2255. **(S. STERLING)** |
| 3/2/99 | 878 | Ntc of appeal of denial of mtn to vacate & request to hold 10 day time limit in abeyance. **(MOORE)** |
| 3/4/99 | 879 | M.E. 3/3/99: The Court DENIES dft's mtn for retroactive application of guideline amendment 505 for the same reasons set forth in the Court's m.e. (#736) entered 12/6/96. **(AJM)** dktd 3/5/99 **(D. METZ)** |
| 3/3/99 | 880 | Mtn of dft & ORDER that Anderson Council is enrolled as trial atty for dft & Donald Pinkston is withdrawn as atty for dft. (AJM) 3/5/99 dktd 3/5/99 **(MOORE)** |
| 3/3/99 | 881 | Mtn of dft & ORDER that Anderson Council is enrolled as trial atty for dft & Donald Pinkston is withdrawn as atty of record for dft. (AJM) 3/5/99 dktd 3/5/99 **(STERLING)** |



DC 111A
(Rev. 1/75)

CRITICAL ~~CIVIL~~ DOCKET CONTINUATION SHEET

| PLAINTIFF | | | DEFENDANT | DOCKET NO. _____ |
|---|---|---|---|---|
| | | | | PAGE ____ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 3/4/99 | 882 | Order from the 5th Circuit Court of Appeals; : The petn for a writ of mandamus is DENIED. (REAVLEY, JONES, WIENER) **(G. METZ)** |
| 3/5/99 | 883 | ORDER AND REASONS;  ORDERED that dft's mtn under 28:2255 to vacate, set aside, or correct sent is DENIED. (AJM) dktd 3/8/99 **(STERLING)** |
| 3/5/99 | 884 | JUDGMENT:  ORDERED that dft's mtn under 28:2255 to vacate, set aside, or correct sent is DENIED. (AJM) dktd 3/8/99 **(STERLING)**   (REF: 98-3822) |
| 3/12/99 | XX | Mail Returned addressed to GEnnero Arthur of doc # 875. **(G. ARTHUR)** |
| 4/6/99 | XX | Record copies Fwd. to Ct. of Appeals w/25 original transcripts and sealed docs#678 & 679(as to Noah Moore(PNC) |
| 4/30/99 | 885 | Ntc of appeal by Shane Sterling of court's decision. **(STERLING)** |
| 5/7/99 | xx | Mail returned addressed to Sylvester Tolliver of doc # 885. |
| 5/7/99 | xx | Mail returned addressed to Gennero Arthur of doc # 885. |
| 5/4/99 | 886 | Ntc of appeal by dft Sterling of the denial of mtn under 28:2255. **(STERLING)** |
| 5/7/99 | 887 | Mtn of dft Sterling to name Shannon Sterling to be his "power of attorney." **(STERLING)** |
| 5/10/99 | 888 | Dft's mtn for supplment under rule 15(d) seeking permission to suppl ntc for appealability. **(STERLING)** |
| 5/18/99 | 889 | CERTIFICATE OF APPEALABILITY:  A certif of appealability shall not be issd, as appeal is legally frivolous. (AJM) dktd 5/19/99. **(STERLING)** |
| 5/24/99 | 890 | Mtn of dft for the prod of docs. **(STERLING)** |
| 6/1/99 | XX | Record copies fwd. to Ct. of Appeals w/ original sealed docs#676&677(as to Shane Sterling(PNC) |
| 6/2/99 | 891 | M.E. (6/2/99)  The mtn by dft Shane Sterling for the prod of doc is dismissed for lack of subject matter juris because Sterling is currently appealing this court's denial of his 2255 mtn; Alternatively, if this court does not have juris to hear this mtn, the court denies it because this court has previously found that Sterling's appeal of this court's denial of his 2255 mtn is "legally frivolous" (doc. no, 889) (AJM) dktd 6/3/99. **(STERLING)** |
| 6/7/99 | 892 | Mtn of dft to alter or amd jgm denying certif of appealability. **(STERLING)** |
| 6/22/99 | 893 | M.E. 6/21/99:  ORDERED THAT Sterling's mtn to alter or amd jgm denying certif of appealability is DENIED. (AJM) dktd 6/23/99 **(STERLING)** |
| 6/30/99 | XX | Record copiesreturned from ct. of Appeals; 25 vols Transcripts cross filed w/appeal of Shane Sterling; Sealed docs#678&679 originals Ret'd. (as to N. Moore(PNC) |
| 6/30/99 | 894 | ORDER FROM THE 5TH CIRCUIT COURT OF APPEALS:  The appeal is dism for want of prosecution for failure of appellant to file mtn for certif of appealability on time. By Clerk 5th Circuit. **(MOORE)** |
| 7/1/99 | 895 | Mtn of dft to recall mandate issd 8/28/98 in the 28:2255 proceedings. **(G. METZ)** |
| 7/7/99 | 896 | ORDER FROM THE 5TH CIRCUIT COURT OF APPEALS: appeal is dism for want of prosecution for failure to pay fee. By Clerk 5th Circuit **(STERLING)** |

7/14/1999   897   ORDER AND REASONS that [895] Motion to Recall Mandate construed as a successive 2255 Motion is TRANSFERRED to the US 5th Circuit Court of Appeals to determine whether Petitioner is authorized to file the instant motion in this District Court.

7/12/1999   898   MOTION AND ORDER denying leave to exempt Shane Sterling from Paying $105.00 filing fee for the appeal of the underlying 2255 proceedings Signed by Judge A. J. McNamara on 7/20/1999.

7/20/1999   899   Letter from 5th Circuit Court of Appeals to Glen Metz re 28:2255 motion.

8/19/1999   900   ORDER of 5th Circuit Court of Appeals granting motion to reinstate appeal as to Glen Metz.

8/24/1999   901   ORDER of 5th Circuit Court of Appeals granting Motion to reinstate appeal as to Shane Sterling.

9/2/1999   902   ORDER from 5th Circuit Court of Appeals denying successive Habeas Corpus Petition for failure to comply with notice of 7/19/1999.

9/3/1999   903   Transfer Order from EDTX transferring 2255 petition to this court.

9/21/1999   904   ORDER that the Clerk of Court file petition pursuant to 28:2241 as a petition for habeas corpus relief & assign to this Judge.

9/21/1999   905   ORDER that Motion to vacate be construed in part as a motion for authorization for the District Court to consider the successive claim. FURTHER ORDERED that the motion is TRANSFERRED to the US 5th Circuit Court of Appeals under 28:1631 for that Court to determine whether movant has made the required showing set forth in 28:2255. Signed by Judge A. J. McNamara on 9/20/1999.

9/23/1999   906   Letter from 5th Circuit Court of Appeals to Glen Metz re 28:2255 motion.

11/26/1999   907   ORDER from 5th Circuit Court of Appeals denying Motion for permission to file a successive 28:2255 motion in the District Court as to Glenn Metz. (Politz, Davis, & Wiener).

3/22/2000   908   ORDER from 5th Circuit Court of Appeals denying Motion for a Certificate of Appealability as to Glenn Metz.

4/12/2000   909   ORDER from 5th Circuit Court of Appeals denying Motion for a Certificate of Appealability as to Shane Sterling.

1/25/2001   910   MOTION to Modify Term of Imprisonment pursuant to 18:3582©)(2) by Gerald Elwood.

| | | |
|---|---|---|
| 1/31/2001 | 911 | ORDER that the Government file its memorandum in response to [910] Motion to Modify Term of Imprisonment pursuant to 18:3582(c)(2) by 3/2/2001. Signed by Judge A. J. McNamara. |
| 3/2/2001 | 912 | Response/Memorandum in Opposition to [910] Motion to Modify Term of Imprisonment pursuant to 18:3582(c)(2) by USA as to Gerald Elwood. |
| 3/13/2001 | 913 | Reply to Response to [910] Motion to Modify Term of Imprisonment pursuant to Sec. 18:3582(c)(2) by Gerald Elwood. |
| 3/13/2001 | 914 | ORDER denying [910] Motion to Modify Term of Imprisonment pursuant to 18:3582 (c)(2). Signed by Judge A. J. McNamara. |
| 3/22/2001 | 915 | NOTICE of appeal of Minute Entry dtd 3/13/2001 by Gerald Elwood. |
| 5/2/2001 | 916 | ORDER from 5th Circuit Court of Appeals dismissing [915] Notice of Appeal as of 4/30/2001 for want of prosecution as to Gerald Elwood. |
| 7/27/2001 | 917 | ORDER from 5th Circuit Court of Appeals closing second or successive 28:2255 petition on 7/23/2001 as to Marlo Helmstetter. |
| 10/31/2001 | 918 | Letter from 5th Circuit Court of Appeals to Danielle Metz re 28:2255 motion. |
| 10/29/2001 | 919 | MOTION for All Writs Equitable & Available pursuant to 28:1651(a) by Glenn Metz. |
| 11/29/2001 | 920 | ORDER that the Government to file a brief in response to Motion for All Writs Equitable & Available pursuant to 28:1651(a) to 12/21/2001. Signed by Judge A. J. McNamara. |
| 12/6/2001 | 921 | ORDER of 5th Circuit Court of Appeals that authorization to file a successive 2255 Petition is denied for failure to comply with this Court's notice of 10/30/2001. Signed by Clerk of Court. |
| 12/19/2001 | 922 | ORDER extending the Government's deadline to file a brief in response to Motion for All Writs Equitable & Available pursuant to 28:1651(a) to 1/22/2002. Signed by Judge A. J. McNamara. |
| 1/22/2002 | 923 | Response to Motion for All Writs Equitable & Available pursuant to 28:1651(a) by USA. |
| 2/25/2002 | 924 | ORDER that the Motion for All Writs Equitable & Available Pursuant to 28:1651(a) filed by Glenn Metz, is DENIED. Signed by Judge A. J. McNamara. |

4/18/2003    925    MOTION AND ORDER Authorizing the Destruction of Firearms by the Drug Enforcement Administration. Signed by Judge A. J. McNamara on 4/21/2003.

9/19/2003    926    MOTION AND ORDER that intercepted wire communications stored on the 78,16,89, & 58 tapes described herein be destroyed by the Drug Enforcement Administration. Signed by Judge A. J. McNamara on 9/22/2003.

.11A
. 1/75)

CRIMINAL
CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. __92-469 "D" |
|---|---|---|
| USA | METZ, ET AL | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 0/01/04 | 927 | Motion filed by Glenn Metz to recall mandate to be held before Judge McNamara; no hrg set (G Metz) |
| /14/04 | 928 | M.E. (10/13/04) Court ORDERS govt to file a written response to dft Glenn Metz's mtn to recall mandate by 11/30/04 by Judge McNamara (DKTD 11/19/04) |
| /24/04 | 929 | RESPONSE filed by USA to mtn to recall mandate filed by Glenn Metz. |
| 2/1/04 | 930 | ORDER & REASONS: Glenn Metz's mtn to recall mandate, construed as a successive 2255 mtn is TRANSFERRED to US 5th Circuit Court of Appeals for determination by Judge A.J. McNamara (dktd 12/13/04) C.A. 04-3318 |
| '28/05 | 931 | ORDER from 5th Circuit Court of Appeals denying Glenn Metz's successive 2255 petition. |
| '4/05 | 932 | MOTION filed by Glenn Metz for appt of counsel to be held before Judge McNamara;no hrg set |
| /10/05 | 933 | ORDER that dft Glenn Metz mtn for appt of counsel is GRANTED and FPD is appt regarding his 2255 by Judge A.J. McNamara |
| /31/05 | 934 | CJA 20 ORDER appointing Christpher Aberle for dft Glenn Metz by Judge A.J. McNamara Date signed 3/10/05. |
| /23/05 | 935 | MOTION filed by dft Noah Moore for appointment of counsel to be held before Jude A. J. McNamara; no hrg set. |
| /22/05 | 936 | ORDER granting dft Noah Moore's mtn for appointment of counsel. FPD is appointed. Signed by Judge A.J. McNAMARA. |
| /3/05 | 937 | Mail returned addressed to Noah Moore on doc #936. |
| 3/5/05 | 938 | Motion filed by Glenn Metz to recall mandate to be held be Judge McNamara; no hrg set. |
| )/10/05 | 939 | ORDER appointing William R. Campbell,Jr. as attorney for Noah Moore, JR. BY Judge A.J.McNamara singed 6/22/05. |
| 11/9/05 | 940 | ORDER & REASONS: Dft's Metz mtn to recall mandate is construed as a 2255 mtn & is transferred to 5th Circuit by Judge A.J. Mcnamara signed 11/7/05 |
| ./13/06 | 941 | RECEIPT of TRANSMISSION by USCA of 2255 mtn (USCA# 06-30051) (METZ) |
| 1-27-06 | 942 | LETTER to Glenn Metz from USCA dated 1-12-06 |
| /20/06 | 943 | ORDER from 5th Circuit Court of Appeals denying Glenn Metz' [940] successive 2255 petition. |
| /25/06 | 944 | EXPARTE/CONSENT MOTION for relief from Final Judgment by Shane Sterling. |
| )/3/06 | 945 | ORDER to serve a copy of [944] Motion for relief from Final Judgment & a copy of this Order on the US Atty for the EDLA. FURTHER ORDERED that the Government file a response to Motion by 11/6/06 by Judge A. J. McNamara signed 10/3/2006. |

DC 111A
(Rev. 1/75)

### CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | |
|---|---|---|
| | | DOCKET NO. _____ |
| | | PAGE ____ OF _____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 10/27/06 | 946 | EXPARTE/CONSENT MOTION to Substitute Attorney by United States of America as to Shane Sterling. |
| 10/31/06 | 947 | EXPARTE/CONSENT MOTION to Substitute Attorney by United States of America as to Shane Sterling. |
| 10/31/06 | 948 | EXPARTE/CONSENT MOTION for Extension of Time to File Response/Reply to Petitioner's Motion for relief from final judgment by United States of America as to Shane Sterling. |
| 11/2/06 | 949 | ORDER GRANTING [946] Motion to Substitute Attorney. R. Christopher Cox III substituted for Marilyn Gainey Mitchell for USA as to Shane Sterling. Signed by Judge A. J. McNamara on 10/31/2006. |
| 11/2/06 | 950 | ORDER granting [947] Motion to Substitute Attorney R. Christopher Cox III substituted for Marilyn Gainey Mitchell for USA as to Shane Sterling. Signed by Judge A. J. McNamara on 11/1/2006. |
| 11/2/06 | 951 | ORDER granting [948] Motion for extension of time to File Response/Reply to Petitioner's Motion for relief from final judgment. The Government's response is due on or before 12/11/2006 as to Shane Sterling. Signed by Judge A. J. McNamara on 10/31/2006. |
| 11/22/06 | 952 | Mail Returned as undeliverable re Correction of Docket Entry by Clerk.  Mail sent to Gennero Arthur. |
| 11/27/06 | 953 | Mail Returned as Undeliverable re Correction of Docket Entry by Clerk. Mail sent to Noah Moore Jr. |
| 12/7/06 | 954 | Response/Memorandum in Opposition by United States of America as to Shane Sterling re [944] MOTION for relief from Final Judgment. |
| 12/26/06 | 955 | EXPARTE/CONSENT MOTION for Extension of time to file Response/Reply to the government's response in opposition to motion for relief from final judgment by Shane Sterling. Motion(s) referred to Martin L.C. Feldman. |
| 12/26/06 | 956 | Mail Returned as Undeliverable re [2] Correction of Docket Entry by Clerk. Mail sent to Marlo Heimstetter. |
| 1/10/07 | 957 | ORDER granting [955] Motion for Extension of Time to file Reply by 1/22/2007, as to Shane Sterling (11). Signed by Judge A. J. McNamara on 1/9/2007. |
| 1/22/07 | 958 | REPLY TO RESPONSE to Motion by Shane Sterling re [944] MOTION for Relief from Final Judgment. |
| 1/30/07 | 959 | ORDER AND REASONS denying [944] Motion for relief from Final Judgment by Shane Sterling. Signed by Judge A. J. McNamara on 2/5/2007. |
| 2/26/07 | 960 | NOTICE OF APPEAL [959] Order and Reasons denying Motion for relief from Final Judgment by Shane Sterling. |
| 2/26/07 | 961 | EXPARTE/CONSENT MOTION for leave to Appeal In Forma Pauperis by Shane Sterling. |
| 3/14/07 | 962 | EXPARTE/CONSENT MOTION to Recall the Mandate by Glen Metz. Motion referred to Judge Martin L.C. Feldman. |
| | | — All further entries on computer— |